LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

FILED
08 JAN -4 PM 3: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

RICARDO MARCELOS,
            Plaintiff,
    v.
EDWIN MAURICIO PARADA DOMINGUEZ,
GLENDA PARADA, LORENZO PARADA,
VIKI RAAB, COUNTRYWIDE HOME
LOANS, ARGENT MORTGAGE COMPANY,
LLC, PRIMESTAR FINANCIAL SERVICES,
SHOAIB MAHMUD, FINANCIAL TITLE
COMPANY, NEW CENTURY TITLE
COMPANY, RECONTRUST COMPANY, N.A.

AND DOES 1 through 100,
            Defendants.

Case No. CV 08 0056

ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER

TO DEFENDANTS EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA,
EDWIN ARTURO MARTINEZ, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE
HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, NEW CENTURY TITLE
COMPANY, RECONTRUST COMPANY, N.A.:

YOU, AND EACH OF YOU, ARE ORDERED TO SHOW CAUSE on January 7,
at 1:00 P.M. 2008 ~~or as soon thereafter as counsel may be heard in~~ located at 450 Golden Gate Avenue in San

Page 1
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

1. Francisco, California, why you, your agents, assigns and those acting in concert with you, should not
2. be restrained and enjoined pending trial from selling or attempting to sell the real property located at
3. 4023 Folsom Avenue, San Francisco, CA 94110. PENDING HEARING on the above Order To Show
4. Cause, you, your agents, servants, assigns and all those acting in concert with you ARE HEREBY
5. RESTRAINED AND ENJOINED from selling or attempting to sell the real property located at 4023
6. Folsom Street, San Francisco, CA 94110. The above temporary restraining order is effective on
7. Plaintiff posting an undertaking the sum of $ 5,000 . This order to show cause and
8. supporting papers must be served on defendants no later than Monday, January 7, 2008, at 9:00 AM ~~days before the date set for~~
9. ~~hearing~~ and proof of service must be filed no later than Monday, January 7, 2008, at 10:00 AM ~~days before the date set for hearing,~~
10. ~~and service shall be filed no later than_____days before the Court hearing.~~

[handwritten at top: 19th Floor, Courtroom 9]

12. Date: January 4 2008
13. It is so ordered,

14. UNITED STATES DISTRICT COURT JUDGE

[signature: Wm Alsup]

Page 2
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER