IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

    Defendants.

No. C 08-00056 WHA

**TEMPORARY RESTRAINING ORDER**

TO:    DEFENDANTS COUNTRYWIDE HOME LOANS, EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, EDWIN ARTURO MARTINEZ, LORENZO PARADA, VIKI RAAB, ARGENT MORTGAGE COMPANY, LLC, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A.:

You are **ENJOINED** from proceeding in any way with the foreclosure sale scheduled for January 7, 2008, at 2:00 p.m., concerning the property located at 4023 Folsom Street, San Francisco, California, under defendant Countywide Loan Number 71152031, which property is owned by plaintiff herein. There will be a further hearing on this matter at **10:00 A.M. ON JANUARY 22, 2008**. All defendants are **ORDERED** to appear at the hearing.

    **IT IS SO ORDERED.**

Dated: January 7, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE