**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>January 7, 2008</u>

Case No.  <u>C 07-00056 WHA</u>

Title: <u>RICARDO MARCELOS</u>  v. <u>EDWIN MAURICIO PARADA DOMINGUEZ</u>

Plaintiff Attorneys: Micahel Hale; Shirley Hochhausen

Defense Attorneys: n/a

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Motion for Temporary Restraining Order - HELD</u>

2)   _____


Continued to  <u>**1/22/08 at 10:00am**</u>   for Motions

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court granted the Motion for TRO and stayed the foreclosure sale scheduled for today.  Plaintiff is directed to serve the defendants and give them notice of the hearing set for 1/22/08.

The clerk advised plaintiff to post the $5000 undertaking in the Clerk's Office of the USDC.