1  LIUZZI, MURPHY & SOLOMON, LLP
   Martin D. Murphy (SBN 164669)
2  Michael E. Hale (SBN 245378)
   101 Montgomery St., 27th Floor
3  San Francisco, CA, 94104
4  T: (415) 543-5050
   F: (415) 543-3550
5
   COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
6  Shirley Hochhausen (SBN 145619)
   2117(b) University Avenue
7  East Palo Alto, CA 94303
8  T: (650) 326-6440

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT – SAN FRANCISCO DIVISION

12  RICARDO MARCELOS,                    ) Case No.: 08-00056 WHA
                    Plaintiff,           )
13                                       ) STIPULATION AND [PROPOSED] ORDER
14           v.                          ) TO CONTINUE HEARING OF PLAINTIFF'S
                                         ) PETITION FOR TEMPORARY
15  EDWIN MAURICIO PARADA DOMINGUEZ,     ) RESTRAINING ORDER AND
    GLENDA PARADA, LORENZO PARADA,       ) PRELIMINARY INJUNCTION
16  VIKI RAAB, COUNTRYWIDE HOME          )
    LOANS, ARGENT MORTGAGE COMPANY,      )
17  LLC, PRIMESTAR FINANCIAL SERVICES,   ) Date of Hearing: January 22, 2008
    SHOAIB MAHMUD, FINANCIAL TITLE       ) Time: 10:00 a.m.
18  COMPANY, NEW CENTURY TITLE           ) Dept.: Courtroom 9, Fl 19, 450 Golden Gate Ave.
    COMPANY, RECONTRUST COMPANY, N.A.    ) Judge: Honorable William H. Alsup
19                                       )
                                         )
20  AND DOES 1 through 100,              )
                    Defendants.          )
21

22       Plaintiff RICARDO MARCELOS and defendant COUNTRYWIDE HOME LOANS, INC.,

23  erroneously named and served as COUNTRYWIDE HOME LOANS ("COUNTRYWIDE")

24  stipulate to the following:

25  1. The date of the hearing of plaintiff's petition for Temporary Restraining Order and Preliminary

26     Injunction ("Injunction Motion") to stay the foreclosure sale of the plaintiff's property located at

27     4023 Folsom St. in the City and County of San Francisco, CA 94110 (hereinafter "Folsom

28

1. Property") will be continued from January 22, 2008 to February 26, 2008 at 10:00a.m., or to a date and time convenient to the court.

2. COUNTRYWIDE'S opposition to the Injunction Motion will be filed and served upon plaintiff's counsel no later than February 21, 2008.

3. The foreclosure sale of the Folsom Property currently scheduled for February 25, 2008 will be postponed to March 6, 2008 at 2 p.m. at 400 Van Ness in San Francisco, CA unless the relevant parties agree to further postpone the sale, or it is postponed by an order of the Court.

4. COUNTRYWIDE'S responsive pleadings to plaintiff's Complaint, which are currently due to be filed on January 24, 2008, will instead be filed and served upon plaintiff's counsel no later than February 28, 2008.

5. COUNTRYWIDE'S response to plaintiff's rescission letter, dated December 31, 2007, will be served upon plaintiff's counsel no later than January 22, 2008.

6. The parties agree to accept service of all documents identified in this stipulation via facsimile or email.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: January 18, 2008

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale (SBN 245378)
Attorney for Plaintiff

Dated: January 18, 2008

COUNTRYWIDE HOME LOANS, INC.,

By: _____
David A. Brooks
Attorney for
Countrywide Home Loans, Inc.

IT IS SO ORDERED.

Dated:   January 22, 2008.

By: _____
Honorable William H. Alsup

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA