United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

Plaintiff,

v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

Defendants.
_______________________________________/

No. C 08-00056 WHA

**ORDER RE CONTINUING HEARING DATE**

The Court has approved the stipulation between Countrywide and plaintiff concerning postponement of the hearing date to February 26, 2008. This does not alter the time within which an answer or motion to dismiss was due, which is normally 20 days after service of the complaint and summons. All defendants are to respond with an answer or motion to dismiss within 20 days of the service of the complaint and summons, which plaintiff represented was to occur on January 7, 2008. All defendants should be mindful of their obligation to timely respond and to be aware that the allegations in the complaint extend beyond the issues in the

United States District Court
For the Northern District of California

foreclosure. Plaintiff shall cause a copy of this order to be served on all remaining defendants by Thursday, January 25, 2008.

**IT IS SO ORDERED.**

Dated: January 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE