Sanford Shatz        State Bar No. 127229
David A. Brooks      State Bar No. 179716
David_Brooks@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Home Loans, Inc.
and ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, | Case No.: CV 08 0056 WHA |
| Plaintiff, | DECLARATION OF DAVID A. BROOKS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE RESPONSIVE PLEADING BY COUNTRYWIDE HOME LOANS, INC. AND RECONTRUST COMPANY, N.A. |
| vs. | |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100, | Courtroom: 9  Judge: Honorable William H. Alsup  [Stipulation and [Proposed] Order Re Responsive Pleading By Countrywide Home Loans, Inc., and Recontrust Company, N.A. Filed Concurrently] |
| Defendants. | |

<u>DECLARATION OF DAVID A. BROOKS</u>

I, David A. Brooks, declare:

1.  I am an attorney licensed to practice law before all state and federal courts of the State of California and am one of the attorneys of record for defendant Countrywide Home Loans, Inc. ("Countrywide") in the above-referenced matter. I make this declaration pursuant to Civil L.R. 6-2 and in support of the stipulation and proposed order to establish a responsive pleading date for ReconTrust Company, N.A. ("RT") and Countrywide Home Loans, Inc. ("Countrywide") to file a responsive pleading to Ricardo Marcelos' ("Marecelos") complaint. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would competently testify to them.

2.  In the accompanying stipulation and proposed order, Marcelos and Countrywide agree that Countrywide's responsive pleading shall be filed by February 11, 2008. The parties in this regard recognize that the court's January 22, 2008 order stated, in part, that "[a]ll defendants are to respond with an answer or motion to dismiss within 20 days of the service of the complaint and summons, which plaintiff represented was to occur on January 7, 2008." The parties stipulate to a postponement of Countrywide's responsive pleading date pursuant to Civil L.R. 6-1(b) and 6-2. This additional time may resolve certain issues, as it would further recent discussions between the parties concerning the basis for Marecelos' rescission request, as well as Countrywide's request to Marcelos' counsel to review the complaint as to the necessity of maintaining causes of action against Countrywide including those for violations of RESPA, the Fair Housing Act, Equal Credit Opportunity Act, California Civil Code section 1632, fraud and deceit, and California Business and Professions Code section 17200 violations. In the event these causes of action are not dismissed, Countrywide expects to file a motion to dismiss.

3.  The request is additionally premised on Countrywide's counsel's need for additional time to research the allegations in the complaint, and if appropriate, to file a motion to dismiss as to one or more of the eight (8) causes of action asserted against Countrywide. While the complaint as to Countrywide was apparently served on a San Francisco branch office of Countrywide on January 4, 2008, the complaint was not received by Countrywide's legal

1  department (based in Southern California) until approximately Friday, January 11, 2008; and the
2  matter was not assigned to me until Monday, January 14, 2008. I am one of three litigators in the
3  in-house litigation department, and in addition to this matter, I am the handling attorney on
4  multiple other cases. Shortly after assignment, I worked diligently with counsel for Marcelos to
5  establish a proposed briefing schedule related to the hearing on Marcelos' motion for preliminary
6  injunction, and to postpone the foreclosure sale of Marcelos' property. Moreover, as a token of
7  good faith and cooperation with Marcelos' counsel, I have agreed on behalf of RT to deem the
8  complaint served as of the date of the stipulation, even though the complaint has not yet been
9  served on that entity.

10      4.    Countrywide's proposed responsive pleading date of February 11, 2008, will not
11  impact any other hearings on calendar, and should not impact the schedule of this case.

12      5.    It is respectfully requested that the court enter the stipulation of the parties, and
13  extend Countrywide's responsive pleading due date to February 11, 2008.

14  I declare under penalty of perjury under the laws of the United States of America that the
15  above is true and correct, and that this declaration is executed on January 25, 2008 in Calabasas,
16  California.

_____
DAVID A. BROOKS

<pre>
1
2                                    PROOF OF SERVICE
                                      (C.C.P. section 1013a(3))
3   STATE OF CALIFORNIA          )
                                 )  SS.
4   COUNTY OF LOS ANGELES        )

5        I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a
    party to the within action; my business address is 5220 Las Virgenes Road, MS: AG-11, Calabasas, California
6   91302.

7        On January 25, 2008, I served DECLARATION OF DAVID A. BROOKS on all interested parties in
    this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:
8
    Martin D. Murphy
9   Liuzzi, Murphy & Solomon, LLP
    101 Montgomery Street, 27th Floor
10  San Francisco, CA  94101

11   [X]   (BY MAIL)  On January 25, 2008, I placed said envelopes for collection and mailing, following
    ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth
12  above, for deposit in the United States Postal Service.  I am readily familiar with the practice of Countrywide
    Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal
13  Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary
    course of business.  I am aware that on motion of the party served, service is presumed invalid if postal
14  cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15   [ ]   (BY OVERNIGHT DELIVERY)  On January ___, 2008, I placed said envelopes for collection and
    mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the
16  address set forth above, for deposit with Federal Express with delivery fees provided.  I am readily familiar with
    the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with
17  Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course
    of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation
18  date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19   [ ]   (BY HAND DELIVERY)

20   [ ]   (BY FACSIMILE)  On January ___, 2008, by use of facsimile machine number 818-871-4669, I
    served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated.
21  The transmission was reported as complete and without error.  The transmission report was properly issued by
    the transmitting facsimile machine.
22
         I declare under penalty of perjury under the laws of the State of California, that the above is true and
23  correct.  Executed on January 25, 2008, at Calabasas, California.

24
                                                          _____
25                                                                       Desiree Rais
26
27
28

s:\ss\lc\Marcelos\stip-pord-decl                  – 4 –
DECLARATION OF DAVID A. BROOKS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER
</pre>