```
1  LIUZZI, MURPHY & SOLOMON, LLP
   Martin D. Murphy (SBN 164669)
2  Michael E. Hale (SBN 245378)
   101 Montgomery St., 27th Floor
3  San Francisco, CA, 94104
4  T: (415) 543-5050
   F: (415) 543-3550
5
6  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   Shirley Hochhausen (SBN 145619)
7  2117(b) University Avenue
   East Palo Alto, CA 94303
8  T: (650) 326-6440

9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100,<br>　　　　　　　　　Defendants. | Case No.: 08-00056 WHA<br><br>**NOTICE OF DISMISSAL**<br>Fed. R. Civ. P. 41(a)(1) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff RICARDO MARCELOS dismisses defendant FINANCIAL TITLE COMPANY from this action, and this defendant only, without prejudice.

//

1  Defendant FINANCIAL TITLE COMPANY has been served with process, and has not filed an
2  answer or motion for summary judgment. Plaintiff has not dismissed any other action based on or
3  including the same claim or claims as those presented in this action.

4

5  Dated: January 29, 2008                                LIUZZI, MURPHY & SOLOMON, LLP.

6

7                                                         By: _____
                                                           Michael E. Hale
8                                                          Attorney for Plaintiff