AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/22/2008 |
| NAME OF SERVER *(PRINT)* Eric Montoya / Bear Flag Process Services | TITLE | Ricardo Marcelos v. Edwin Mauricio Dominguez Parada, et al. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
Martin Roman, ON BEHALF OF EDWIN MAURICIO PARADA DOMINGUEZ

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL $0.00 | SERVICES | $200.00 | TOTAL | $200.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ 1/29/2008 _____          _____
                     Date                              *Signature of Server*


P. O. Box 210099, San Francisco, CA 94121
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Bear Flag Process Services**
**P.O. Box 210099**
**San Francisco, CA 94121**
**Phone: (415) 386-5387    Fax: (415) 358-6962**

**Declaration of Dilligence**

On January 9, 2008 I received documents for service on:

Edwin Mauricio Dominguez Parada
5700 Mission Street
San Francisco, CA 94112

The following attempts were made:

- On 1/11/2008 at 7:30PM at 5700 Mission Street, San Francisco, CA - No answer
- On 1/14/2008 at 2:38PM at 1057 El Camino Real, South San Francisco, CA - No answer
- On 1/17/2008 at 10:45AM at 1057 El Camino Real, South San Francisco, CA  - No answer
- On 1/19/2008 at 7:20AM at 1057 El Camino Real, South San Francisco, CA  - No answer
- On 1/22/2008 at 6:30PM at 142 Abbott Avenue, Daly City, CA - served Martin Roman, co-resident, competent and over 18

I declare under penalty of perjury that the foregoing is true and correct and that at the time of service I was over the age of 18 and not a party to this action. This declaration was executed on 1/29/2008 in San Francisco, California.

signature of declarant:   Eric Montoya

Bear Flag Process Services
Registration No. 980
P.O. Box 210099
San Francisco, CA 94121
(415) 972-9000

AO 440  (Rev.  8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  1/16/2008 |
| NAME OF SERVER *(PRINT)*  Eric Montoya / Bear Flag Process Services | TITLE  Marcelos v. Edwin Mauricio Dominguez Parada, et al. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

    **Served Lorenzo Parada at 2894 Mission Street, San Francisco, CA**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $0.00 | SERVICES  $30.00 | TOTAL  $30.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     1/17/2008
                *Date*                *Signature of Server*

             P. O. Box 210099, San Francisco, CA 94121
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/16/2008 |
| NAME OF SERVER (PRINT)<br>Eric Montoya / Bear Flag Process Services | TITLE<br>Marcelos v. Edwin Mauricio Dominguez Parada, et al. | |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served personally upon the defendant.  Place where served: |
| ☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br><br>Name of person with whom the summons and complaint were left:<br>Lorenzo Parada , ᴏɴ BEHALF oF GLENDA PARADA<br>☐ Returned unexecuted: |
| ☐ Other (specify): |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $0.00 | SERVICES  $60.00 | TOTAL  $60.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on ____1/17/2008____          _____<br>                        Date                              Signature of Server<br><br><br>                        P. O. Box 210099, San Francisco, CA 94121<br>                        Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA 94104<br>*Telephone No:* 415-543-5050      *FAX No:* 415-543-3550 | | |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>Marcelos | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* | |
| United States District Court Northern District Of California | |

*Plaintiff:* RICARDO MARCELOS

*Defendant:* Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:*<br>Tue, Jan. 22, 2008 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CV 08-00056 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint Civil Case Cover Sheet; Case Management Order; Supplemental Order; Notice Of Order To Appear In Court; Temporary Restraining Order; Order To Show Cause; Ex Parte Application; Memoradum Of Points And Authorities; Declaration Of Michael E Hale In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Ricardo Marcelos In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction

3. *a. Party served:*      New Century Title Company
   *b. Person served:*      Leigh Johnson, Authorized Agent for Service, Cauc, Female, 35 Years Old, Brown Hair, Unknown Color of Eyes, 5 Feet 6 Inches, 300 Pounds

4. *Address where the party was served:*      Capital Corporate Services, Inc.
   455 Capital Mall
   Suite 217
   Sacramento, CA 95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 15, 2008 (2) at: 2:15PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. T. Andy Harris (United Attorneys' Service)      d. *The Fee for Service was:*    $100.00



Aboingo Services    P 510-475-6161
1780 Whipple Rd    F 510-475-6262
Suite #102    www.aboingo.net
Union City, CA 94587

    e. I am: (3) registered California process server
       *(i)* Independent Contractor
       *(ii) Registration No.:*    81-002
       *(iii) County:*    Sacramento
       *(iv) Expiration Date:*    Fri, Jan. 02, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jan. 16, 2008

**Judicial Council Form POS-010**
**Rule 982.9.(a)&(b) Rev January 1, 2007**

     **PROOF OF SERVICE**
     **SUMMONS & COMPLAINT**

(T. Andy Harris (United Attorneys' Service))
*5433050.37354*

| Attorney or Party without Attorney:<br>Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA 94104 | | For Court Use Only |
|---|---|---|
| Telephone No: 415-543-5050    FAX: No: 415-543-3550 | Ref. No or File No.:<br>Marcelos | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: RICARDO MARCELOS

Defendant: Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date:<br>Tue, Jan. 22, 2008 | Time:<br>10:00am | Dept/Div: | Case Number:<br>CV 08-00056 |
|---|---|---|---|---|

1. I, Aboingo Services Garret L Brown, and any employee or independent contractors retained by Aboingo Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Primestar Financial Services, Inc. as follows:

2. *Documents:*    **Summons (And) Complaint Civil Case Cover Sheet; Case Management Order; Supplemental Order; Notice Of Order To Appear In Court; Temporary Restraining Order; Order To Show Cause; Ex Parte Application; Memoradum Of Points And Authorities; Declaration Of Michael E Hale In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Ricardo Marcelos In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 01/15/08 | 9:15am | Business | ADDRESS IS VACANT. Attempt made by: T. Andy Harris (United Attorneys' Service). Attempt at: The Corporation Company 2295 Gateway Oaks Drive, Suite 185 Sacramento CA 95833. |
| Tue | 01/15/08 | 9:15am | Business | Returned Not Served on: Primestar Financial Services, Inc. Business - The Corporation Company 2295 Gateway Oaks Drive, Suite 185 Sacramento, CA. 95833 |

3. *Person Executing*
   a. Garret L Brown
   **b. Aboingo Services**
      1780 Whipple Rd, Registration # 1074
      Suite #102
      Union City, CA 94587
   c. 510-475-6161

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee* for service was: $100.00
e. I am: (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 1074
   *(iii) County:* Santa Clara
   *(iv) Expiration Date:* Tue, Dec. 11, 2007

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 17, 2008    **AFFIDAVIT OF REASONABLE DILIGENCE**    (Garret L Brown)    5435050.37357

| Attorney or Party without Attorney:<br>Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA 94104<br>Telephone No: 415-543-5050       FAX No: 415-543-3550 | For Court Use Only |
|---|---|

Attorney for: Plaintiff

| | Ref. No. or File No.:<br>Marcelos |
|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court Northern District Of California

Plaintiff: RICARDO MARCELOS

Defendant: Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date:<br>Tue, Jan. 22, 2008 | Time:<br>10:00AM | Dept/Div: | Case Number:<br>CV 08-00056 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint Civil Case Cover Sheet; Case Management Order; Supplemental Order; Notice Of Order To Appear In Court; Temporary Restraining Order; Order To Show Cause; Ex Parte Application; Memoradum Of Points And Authorities; Declaration Of Michael E Hale In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Ricardo Marcelos In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction

3. a. Party served:  Shoaib Mahmud
   b. Person served:  party in item 3.a., Middle Eastern, Male, 38 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 180 Pounds

4. Address where the party was served:  Primestar Financial
   200 Brown Road, Suite 100
   Fremont, CA 94536

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 15, 2008 (2) at: 5:14PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. Paul Hammond Norman

Aboingo Services       P 510-475-6161
1780 Whipple Rd        F 510-475-6262
Suite #102             www.aboingo.net
Union City, CA 94587

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. **The Fee** for Service was:     $200.00

e. I am: (3) registered California process server
   (i)    Independent Contractor
   (ii)   Registration No.:     1135
   (iii)  County:               Santa Clara
   (iv)   Expiration Date:      Thu, Jun. 04, 2009

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:Thu, Jan. 17, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(Paul Hammond Norman)

5435050.37356

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA 94104 | *For Court Use Only* |

*Telephone No:* 415-543-5050    *FAX: No:* 415-543-3550

*Ref. No or File No.:*
Marcelos

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* RICARDO MARCELOS

*Defendant:* Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:*<br>Tue, Jan. 22, 2008 | *Time:*<br>10:00am | *Dept/Div:* | *Case Number:*<br>CV 08-00056 |
|---|---|---|---|---|

1. I, Aboingo Services Garret L Brown, and any employee or independent contractors retained by Aboingo Services are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Shoaib Mahmud as follows:

2. **Documents:** Summons (And) Complaint Civil Case Cover Sheet; Case Management Order; Supplemental Order; Notice Of Order To Appear In Court; Temporary Restraining Order; Order To Show Cause; Ex Parte Application; Memoradum Of Points And Authorities; Declaration Of Michael E Hale In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Ricardo Marcelos In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 01/10/08 | 9:40pm | Home | This address is a business address, named: Warm Springs Professional Center (510) 429-0112<br>Suites are numbered as follows: 100-110, 112, 114, 200-210, 300, 304, 306, 308 and 310 on the directory. I do not see Shoaib Mahmud on the directory.<br>I need a suite number to try. Attempt made by: Laura K. Ruelas. Attempt at: 200 Brown Road Fremont CA 94536. |
| Fri | 01/11/08 | 9:30am | Home | Client approved research: Looked online for Primestar Financial. The suite number is 210 Attempt made by: Laura Ruelas. Attempt at: 200 Brown Road Fremont CA 94536. |
| Fri | 01/11/08 | 9:47am | Business | I called (510) 429-0112 property management and spoke with Sharon. She advised that Primestar Financial is no longer located at this address and that they were a sub-tenant. She verified that the suite is now vacant. She was unsure of their current where abouts and said that she would see if she had further information and call me back, she was also going to see if she could find anything for Shoaib Mahmud. Attempt made by: Laura Ruelas. Attempt at: Primestar Financial 200 Brown Road, Suite 100 Fremont CA 94536. |
| Mon | 01/14/08 | 9:58am | Business | Office at #103 is locked, tenant in #101 said tenants in in #100 are in and out, no answer. Attempt made by: Paul Hammond Norman. Attempt at: Primestar Financial 200 Brown Road, Suite 100 Fremont CA 94536. |

Page Number 1
*Date:* Thu, Jan. 17, 2008    **AFFIDAVIT OF REASONABLE DILIGENCE**    5435050.37356

| *Attorney or Party without Attorney:*<br>Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA 94104 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:* 415-543-5050    *FAX: No:* 415-543-3550 | *Ref. No or File No.:*<br>Marcelos | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Northern District Of California | | |

*Plaintiff:* RICARDO MARCELOS

*Defendant:* Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:*<br>Tue, Jan. 22, 2008 | *Time:*<br>10:00am | *Dept/Div:* | *Case Number:*<br>CV 08-00056 |
|---|---|---|---|---|

## SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 01/15/08 | 5:14pm | Business | Personal Service on: Shoaib Mahmud Business - Primestar Financial 200 Brown Road, Suite 100 Fremont, CA. 94536  by Serving: party in item 3.a., Middle Eastern, Male, 38 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 180 Pounds. Served by: Paul Hammond Norman |

3.  *Person Executing*
   a. Garret L Brown
   **b. Aboingo Services**
      1780 Whipple Rd, Registration # 1074
      Suite #102
      Union City, CA 94587
   c. 510-475-6161

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee** *for service was:* $200.00
*e. I am:* (3) registered California process server
   *(i)*    Employee
   *(ii)*   *Registration No.:*     1074
   *(iii)*   *County:*       Santa Clara
   *(iv)*   *Expiration Date:*     Tue, Dec. 11, 2007

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2

*Date:* Thu, Jan. 17, 2008       **AFFIDAVIT OF REASONABLE DILIGENCE**      (Garret L Brown)      5435050.37356

| ATTORNEY OR PARTY WITHOUT ATTORNEY    (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR | 415-543-5050 | |
| SAN FRANCISCO CA 94104 | Ref. No. or File No.<br>Marcelos | |
| ATTORNEY FOR    Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, Gl

| INVOICE NO.<br>599438 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0800056WHA |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

        CIVIL CASE COVER SHEET
        CIVIL CASE INFORMATION STATEMENT
        COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
        SUMMONS
        NOTICE OF HEARING
        TEMPORARY RESTRAINING ORDER
        EX PARTE APPLICATION
        ORDER
        MEMORANDUM OF POINTS AND AUTHORITIES
        DECLARATION

ON: ARGENT MORTGAGE COMPANY BY
    SERVING NATIONAL REGISTERED AGENTS

AT: 2030 MAIN STREET
    STE 1030
    IRVINE CA 92614

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

DENA LAPORTA
WHOSE TITLE IS: CLERK

ON: 01/16/08      AT: 11:10AM


RAPID LEGAL, INC.                          d.  Registered California process server
1199 MONTEREY PASS ROAD                    (1) [ X ] Employee or [    ] Independent Contractor
MONTEREY PARK, CA 91754                    (2) Registration No. PSC#1915
323-526-7300 FAX 323-526-7377             (3) County: ORANGE
                                           (4) Expiration:  01/18/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/17/08                              >   CONTINUED ON THE NEXT PAGE

                                          SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR    Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, G1

| INVOICE NO.<br>599438 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0800056WHA |
|---|---|---|---|---|

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: ANDRICK DEE MINTER        FEE FOR SERVICE:    179.00

RAPID LEGAL, INC.
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d.  Registered California process server
(1) [    ] Employee or [    ] Independent Contractor
(2) Registration No. PSC#1915
(3) County: ORANGE
(4) Expiration:  01/18/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/17/08                                    >
                                          SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL HALE  SBN 245378<br>LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Marcelos v Parada, et. al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 601121 | | | | 0800056 |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

          CIVIL CASE INFORMATION STATEMENT
          COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
          NOTICE TO LITIGANTS
          SUMMONS
          MEMORANDUM OF POINTS AND AUTHORITIES
          DECLARATION IN SUPPORT
          EX PARTE APPLICATION
          ORDER
          TEMPORARY RESTRAINING ORDER

ON: FINANCIAL TITLE COMPANY

AT: 818 W. 7TH ST.
    #200
    LOS ANGELES CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

BJORN FLOR
WHOSE TITLE IS: AUTHORIZED AGENT FOR SERVICE

ON: 01/16/08     AT: 1:15PM


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE

RAPID LEGAL                          d.  Registered California process server
1199 MONTEREY PASS RD                (1) [ X ] Employee or [   ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 3107
323-526-7300                         (3) County: LOS ANGELES
                                     (4) Expiration:  02/27/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 01/17/08                    >   CONTINUED ON THE NEXT PAGE
                                 SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL HALE   SBN 245378<br>LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR    Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Marcelos v Parada, et. al.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 601121 | | | | 0800056 |

RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: JACK TINOCO                FEE FOR SERVICE:     49.50

RAPID LEGAL                          d.  Registered California process server
1199 MONTEREY PASS RD                (1) [  ] Employee or [    ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 3107
323-526-7300                         (3) County: LOS ANGELES
                                     (4) Expiration:  02/27/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 01/17/08                              >
                                                 SIGNATURE

| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Liuzzi, Murphy & Solomon, Bar #245378<br>101 Montgomery Street<br>27th Floor<br>San Francisco, CA  94104<br>*Telephone No:* 415-543-5050    *FAX No:* 415-543-3550 | | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:* Marcelos

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* RICARDO MARCELOS

*Defendant:* Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Country

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:*<br>Tue, Jan. 22, 2008 | *Time:*<br>10:00AM | *Dept/Div:* | *Case Number:*<br>CV 08-00056 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons (And) Complaint Civil Case Cover Sheet; Case Management Order; Supplemental Order; Notice Of Order To Appear In Court; Temporary Restraining Order; Order To Show Cause; Ex Parte Application; Memoradum Of Points And Authorities; Declaration Of Michael E Hale In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction; Declaration Of Ricardo Marcelos In Support Of Plaintiff's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction

3. a. *Party served:*  Primestar Financial Services, Inc.
   b. *Person served:*  party in item 3.a.  Shoaib Mahmuel, Able to Accept, Middle Eastern, Male, 39 Years Old, Black Hair, Brown Eyes, 5 Feet 11 Inches, 185 Pounds

4. *Address where the party was served:*  200 BROWN RD, SUITE 100<br>Fremont, CA  94536

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 18, 2008 (2) at: 10:54AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. Paul Hammond Norman

   Aboingo Services    P 510-475-6161<br>1780 Whipple Rd    F 510-475-6262<br>Suite #102    www.aboingo.net<br>Union City, CA 94587

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $8.90
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*  1135
   (iii) *County:*  Santa Clara
   (iv) *Expiration Date:*  Thu, Jun. 04, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Fri, Jan. 18, 2008

(Paul Hammond Norman)

Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE<br>SUMMONS & COMPLAINT

5435050.37660

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, Gl

| INVOICE NO.<br>599441 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>C0800056WHA |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:


CIVIL CASE COVER SHEET
CIVIL CASE INFORMATION STATEMENT
COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS
NOTICE OF HEARING
TEMPORARY RESTRAINING ORDER
EX PARTE APPLICATION
ORDER
MEMORANDUM OF POINTS AND AUTHORITIES
DECLARATION

ON: COUNTRYWIDE HOME LOANS, BY
    SERVING, ANGELO MOZILO, AGENT FOR SERVICE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
5220 LOS VIRGINES RD.
CALABASAS CA 91302-106
ON: 01/11/08  AT: 11:20AM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF
ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
KARINA BUITRAGO

RAPID LEGAL                         d.  Registered California process server
1199 MONTEREY PASS ROAD             (1) [   ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754             (2) Registration No. 2627
323-526-7300 FAX 323-526-7377       (3) County: LOS ANGELES
                                    (4) Expiration:  01/17/09

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/15/08                          >   CONTINUED ON THE NEXT PAGE

SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |
| ATTORNEY FOR   Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, Gl

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 599441 | | | | C0800056WHA |

WHOSE RELATIONSHIP/TITLE IS: MANAGER FOR LITIGATION

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: HUMBERTO PALACIO          FEE FOR SERVICE:    109.50

RAPID LEGAL                          d.  Registered California process server
1199 MONTEREY PASS ROAD              (1) [   ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 2627
323-526-7300 FAX 323-526-7377        (3) County: LOS ANGELES
                                     (4) Expiration: 01/17/09

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/15/08                          >
                                        SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR    Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, Gl

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 599441 | | | | C0800056WHA |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 01/15/08 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
CIVIL CASE INFORMATION STATEMENT
COMPLAINT-PERSONAL INJURY, PROPERTY DAMAGE, WRONGFUL DEATH
SUMMONS
NOTICE OF HEARING
TEMPORARY RESTRAINING ORDER
EX PARTE APPLICATION
ORDER
MEMORANDUM OF POINTS AND AUTHORITIES
DECLARATION


ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:   MONTEREY PARK   , CALIFORNIA,  ADDRESSED AS FOLLOWS:

COUNTRYWIDE HOME LOANS, BY
SERVING, ANGELO MOZILO, AGENT FOR SERVICE

5220 LOS VIRGINES RD.
CALABASAS CA 91302-106


RAPID LEGAL                          d.  Registered California process server
1199 MONTEREY PASS ROAD              (1) [   ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754              (2) Registration No. 5612
323-526-7300 FAX 323-526-7377        (3) County: LOS ANGELES
                                     (4) Expiration:  02/06/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/15/08                        >   CONTINUED ON THE NEXT PAGE        .

SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY   (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| LIUZZI MURPHY & SOLOMON, LLP<br>101 MONTGOMERY STREET<br>27TH FLOOR<br>SAN FRANCISCO CA 94104 | 415-543-5050<br><br>Ref. No. or File No.<br>Marcelos | |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Francis
450 Golden Gate Ave San Francisco CA 94102

SHORT TITLE OF CASE:

Ricardo Marcelos v Edwin Mauricio Parada Dominguez, Gl

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 599441 | | | | C0800056WHA |


DECLARANT: TERESA GUARDADO


RAPID LEGAL                                d.  Registered California process server
1199 MONTEREY PASS ROAD                    (1) [    ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754                     (2) Registration No. 5612
323-526-7300 FAX 323-526-7377              (3) County: LOS ANGELES
                                           (4) Expiration: 02/06/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 01/15/08                             >
                                           SIGNATURE