1  DATED: January 31, 2008       SHARTSIS FRIESE LLP

3                                By: _____
                                      SIMONE M. KATZ

5                                Attorneys for Defendants
                                 VIKI RAAB AND NEW CENTURY TITLE
                                 COMPANY

7  DATED: January __, 2008       LIUZZI, MURPHY & SOLOMON, LLP

8                                By: _____
                                      MICHAEL E. HALE

10                               Attorneys for Plaintiff
                                 RICARDO MARCELOS

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111