SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. CV08-0056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY AND VIKI RAAB MAY RESPOND TO THE COMPLAINT**<br><br>Judge:　　　　Hon. William H. Alsup<br>Complaint Filed:　January 4, 2008 |

　　　　Pursuant to Local Rule 6-1(a), Plaintiff Ricardo Marcelos ("Plaintiff") and Defendants New Century Title Company ("New Century") and Viki Raab ("Raab"), by and through they respective counsel, all subject to the approval of this Court, hereby stipulate February 25, 2008 as the date by which New Century and Raab must answer or otherwise respond to the Complaint presently on file herein, based upon the following facts and circumstances:

　　　　1. Plaintiff filed his Complaint on January 4, 2008.

2. New Century was served with the Complaint and summons through its agent for service of process on January 15, 2008.

3. Raab has not yet been served with the Complaint and summons as of the date of this stipulation.

4. Raab is a former employee of New Century, but is no longer employed by New Century.

5. Counsel for New Century has agreed to represent Raab and to accept service on her behalf.

6. Starting on or about February 1, 2008, Raab will be out of the state for two weeks, and counsel for New Century and Raab would like to meet with her upon her return from vacation, before filing a responsive pleading.

7. The parties believe that judicial efficiency and economy will be promoted if New Century and Raab respond to the Complaint at the same time.

8. No prior extensions of time have been requested by New Century or Raab.

9. This extension does not alter the date of any event or any deadline already fixed by Court order.

10. Local Rule 6-1(a) does not require a Court order when the change in the date for a responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

11. The parties nevertheless want to ensure that the extension of time is acceptable to the Court.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

The time within which New Century and Raab may answer or otherwise respond to the Complaint is extended to and including February 25, 2008.

///
///
///

- 2 -

| | | | |
|---|---|---|---|
| 1 | DATED: | January 31, 2008 | SHARTSIS FRIESE LLP |
| 2 | | | |
| 3 | | | By: */s/ Simone M. Katz* |
| 4 | | | SIMONE M. KATZ |
| 5 | | | Attorneys for Defendants<br>VIKI RAAB AND NEW CENTURY TITLE COMPANY |
| 6 | | | |
| 7 | DATED: | January 31, 2008 | LIUZZI, MURPHY & SOLOMON, LLP |
| 8 | | | |
| 9 | | | By: */s/ Michael E. Hale*<br>MICHAEL E. HALE |
| 10 | | | Attorneys for Plaintiff<br>RICARDO MARCELOS |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -

Case No. CV 08-0056 WHA   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY AND VIKI RAAB MAY RESPOND TO THE COMPLAINT

# **ORDER**

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered the time within which New Century and Raab may answer or otherwise respond to the Complaint is extended to and including February 25, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __February 4_____, 2008       _____
                                          HONORABLE WILLIAM H. ALSUP

IT IS SO ORDERED
Judge William Alsup

5982\004\SKATZ\1487230.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -
Case No. CV 08-0056 WHA   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY AND VIKI RAAB MAY RESPOND TO THE COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: January 31, 2008 | SHARTSIS FRIESE LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | SIMONE M. KATZ |
| 5 | | Attorneys for Defendants |
| 6 | | VIKI RAAB AND NEW CENTURY TITLE COMPANY |
| 7 | DATED: January __, 2008 | LIUZZI, MURPHY & SOLOMON, LLP |
| 8 | | By: _____ |
| 9 | | MICHAEL E. HALE |
| 10 | | Attorneys for Plaintiff |
| | | RICARDO MARCELOS |

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111

- 3 -

Case No. CV 08-0056 WHA — STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY AND VIKI RAAB MAY RESPOND TO THE COMPLAINT