1 | BUCHALTER NEMER
A Professional Corporation
2 | DAVID M. LIU (SBN: 216311)
*dliu@buchalter.com*
3 | 18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
4 | Telephone:  (949) 760-1121
Facsimile:   (949) 720-0182
5 |
Attorneys for Defendant
6 | Argent Mortgage Company, LLC

7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10 |

11 | RICARDO MARCELOS,                              Case No.:  CV 08-00056 WHA

12 |                         Plaintiff,             **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ARGENT MORTGAGE COMPANY, LLC**

13 |        v.

14 | EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA;
15 | LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS;
16 | ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL
17 | SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW
18 | CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.;
19 | AND DOES 1 THROUGH 100,

20 |
                        Defendants.
21 |

1  TO THE COURT AND ALL INTERESTED PARTIES:

2  Pursuant to Northern District General Order No. 45, the following firm and attorney is

3  appearing in this matter on behalf of Defendant Argent Mortgage Company, LLC ("Argent"):

David M. Liu (SBN: 216311)
Buchalter Nemer, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6477
Email: dliu@buchalter.com

DATED: February 5, 2008                    BUCHALTER NEMER
                                           A Professional Corporation


                                           By:       /s/ David M. Liu
                                                 DAVID M. LIU
                                                 Attorneys for Defendant
                                                 ARGENT MORTGAGE COMPANY, LLC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.