BUCHALTER NEMER
A Professional Corporation
DAVID M. LIU (SBN: 216311)
*dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Defendant
Argent Mortgage Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>            Plaintiff,<br><br>      v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>            Defendants. | Case No.: CV 08-00056 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT AND ALL INTERESTED PARTIES:

Pursuant to Northern District Local Rule 3-16, the undersigned, counsel of record for Defendant Argent Mortgage Company, LLC ("Argent"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter of the controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   ACC Capital Holdings Corporation          Parent company to Argent

DATED: February 5, 2008              BUCHALTER NEMER
                                     A Professional Corporation


                                     By:      /s/ David M. Liu
                                        DAVID M. LIU
                                        Attorneys for Defendant
                                        ARGENT MORTGAGE COMPANY, LLC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.