# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>    Defendants. | Case No.: CV 08-00056 WHA<br><br>[PROPOSED] ORDER ON DEFENDANT ARGENT MORTGAGE COMPANY'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>Date:  March 20, 2008<br>Time:  8:00 a.m.<br>Place:  Courtroom 9<br>Judge:  The Hon. William Alsup |

  Defendant Argent Mortgage Company, LLC's ("Argent") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) certain of plaintiff Ricardo Marcelos' ("Plaintiff") claims was heard on March 20, 2008, at 8:00 a.m. in Courtroom 9 of the above-entitled Court, the Honorable William Alsup, presiding. David M. Liu of Buchalter Nemer appeared on behalf of Argent. Other appearances were noted on the record.

  The Court, having considered the evidence and points and authorities in support of and in opposition to the motion, and after having heard argument from counsel:

IT IS ORDERED THAT Argent's motion to dismiss the following claims of Plaintiff is GRANTED and that the following claims are dismissed, with prejudice:

1) The first claim for relief for damages for Argent's alleged violations of the Truth-In-Lending Act.

2) The second claim for relief for Argent's alleged violations of the Real Estate Settlement and Procedures Act (12 U.S.C. § 2602);

3) The fourth claim for relief for Argent's alleged violation of Equal Credit Opportunity Act (15 U.S.C. § 1691);

4) The fifth claim for relief for Argent's alleged violation of California Civil Code § 1632;

5) The seventh claim for relief for Argent's alleged fraud and deceit against Plaintiff; and

6) The tenth claim for relief for rescission and restitution.

IT IS SO ORDERED.

DATED: March ____, 2008

_____
THE HONORABLE WILLIAM ALSUP
JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Respectfully submitted by:

BUCHALTER NEMER
A Professional Corporation
DAVID M. LIU (SBN: 216311)
*dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:  (949) 760-1121
Facsimile:  (949) 720-0182

Attorneys for Argent Mortgage Company, LLC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 3:08-cv-00056-WHA     Document 25-2     Filed 02/05/2008     Page 3 of 3