Sanford Shatz        State Bar No. 127229
David A. Brooks      State Bar No. 179716
David_Brooks@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTRUY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100,<br><br>    Defendants. | Case No.: CV 08 0056 WHA<br><br>Courtroom: 9<br>Judge: Honorable William H. Alsup<br><br>[PROPOSED] ORDER GRANTING DEFENDANT COUNTRYWIDE HOME LOAN, INC.'S MOTION TO DISMISS; OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT<br><br>Date: March 20, 2008<br>Time: 9:00 a.m.<br>Courtroom: 9 |

On March 20, 2008 defendant Countrywide Home Loans, Inc.'s ("Countrywide") motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff Ricardo Marcelos' ("Marcelos") complaint, came on regularly for hearing in Courtroom 9 of the United States District Court for the Northern District of California. Appearances were stated on the record.

The Court, considered the evidence, and points and authorities in support of and in

s:\ss\lc\Marcelos\mot-dis-pord.doc — 1 —

[PROPOSED] ORDER GRANTING DEFENDANT COUNTRYWIDE HOME LOAN, INC.'S MOTION TO DISMISS; OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

opposition to the motion, and after having heard argument from counsel, orders as follows:

IT IS ORDERED THAT Countrywide's motion to dismiss the claims of Marcelos is GRANTED and that the following claims are dismissed, with prejudice:

1. The first claim for violations of Truth in Lending Act and Regulation Z.
2. The second claim for violation of Real Estate Settlement Procedures Act.
3. The third claim for violation of Fair Housing Act.
4. The fourth claim for violation of Equal Credit Opportunity Act.
5. The fifth claim for violation of the California Civil Code section 1632.
6. The seventh claim for fraud and deceit.
7. The tenth claim for recessionary [sic] damages and restitution.
8. The eleventh claim for violation of the California Unfair Business Practices Act.

IT IS FURTHER ORDERED THAT Marcelos' claim for punitive damages is stricken from Marcelos' complaint.

IT IS SO ORDERED.

DATED: March ___, 2008            By:_____
                                      Hon. William H. Alsup
                                      United States District Judge

s:\ss\lc\Marcelos\mot-dis-pord.doc    – 2 –

[PROPOSED] ORDER GRANTING DEFENDANT COUNTRYWIDE HOME LOAN, INC.'S MOTION TO DISMISS; OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT