**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   RICARDO MARCELOS                        NO. CV 08-00056 WHA

11              Plaintiff,                   **CLERK'S NOTICE RE: FAILURE
                                             TO FILE ELECTRONICALLY
        v.                                   AND/OR REGISTER AS AN E-
12                                           FILER**

13   EDWIN MAURICIO PARADA DOMINGUEZ
                Defendant.
14   _____/

15
16   On 01/04/08, counsel for Plaintiff filed a Complaint (Doc. 1), Motion (Doc. 4) and supporting

17   Declarations (Docs. 5 & 6) manually, on paper.  This case has been designated for electronic filing,

     pursuant to Local Rule 5-4 and General Order 45.
18
19
20   The above mentioned  paper document has been filed and docketed. However, General Order 45

21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

22   presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the

23   Complaint, Motion and supporting papers, in PDF format within 10 days, as an attachment in an *e-mail*

24   message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click

25   on the **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been

26   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

     be e-filed.
27
28

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2  become an ECF User and be assigned a user ID and password for access to the system upon designation

3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

5  at ecf.cand.uscourts.gov.

6  Dated: February 13, 2008                                    Susan Imbriani
                                                              Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2