Sanford Shatz         State Bar No. 127229
David A. Brooks       State Bar No. 179716
David_Brooks@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Fax: (818) 871-4669

Attorneys for Defendant ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100,<br><br>    Defendants. | Case No.: CV 08 0056 WHA<br><br>Courtroom: 9<br>Judge: Honorable William H. Alsup<br><br>STIPULATION AND [PROPOSED] ORDER RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A. |

    IT IS STIPULATED by and between the parties, plaintiff Ricardo Marcelos, and defendant ReconTrust Company, N.A. ("ReconTrust"), by and through their attorneys of record as follows:

    1.    ReconTrust is the present trustee under a deed of trust given by trustor Ricardo Marcelos to the original beneficiary Argent Mortgage Company, LLC, dated March 28, 2005, and recorded on April 6, 2005, in the official records of San Francisco County as instrument

number 2005-H932349-00. This deed of trust is the subject of the complaint.

2. Town and Country Title Services, Inc. was the original trustee under the subject deed of trust. ReconTrust was substituted as trustee under the substitution of trustee recorded on December 20, 2007, in the official records of San Francisco County as instrument number 2007-I505613-00.

3. ReconTrust is named in the proceedings solely in its capacity as a trustee under the deed of trust, it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties of a trustee, the complaint does not contain any allegations against ReconTrust other than it is a trustee under a deed of trust, and ReconTrust agrees to be bound by whatever order or judgment is issued by the court regarding the subject deed of trust.

4. Absent an order by the court, ReconTrust shall not be required to take any further action in this lawsuit other than to respond to subpoenas, which may be served by mail on ReconTrust's counsel. In particular, ReconTrust shall not be required to file a responsive pleading in the court action and ReconTrust is excused from appearing in, or attending any court proceeding in, this action.

IT IS SO STIPULATED.

DATED: February ___, 2008

By: _[signature]_
MICHAEL E. HALE
Attorneys for Plaintiff
Ricardo Marcelos

DATED: February ___, 2008

By: _____
DAVID A. BROOKS
Attorneys for Defendant
ReconTrust Company, N.A.

1  number 2005-H932349-00. This deed of trust is the subject of the complaint.

2.  Town and Country Title Services, Inc. was the original trustee under the subject deed of trust. ReconTrust was substituted as trustee under the substitution of trustee recorded on December 20, 2007, in the official records of San Francisco County as instrument number 2007-I505613-00.

3.  ReconTrust is named in the proceedings solely in its capacity as a trustee under the deed of trust, it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties of a trustee, the complaint does not contain any allegations against ReconTrust other than it is a trustee under a deed of trust, and ReconTrust agrees to be bound by whatever order or judgment is issued by the court regarding the subject deed of trust.

4.  Absent an order by the court, ReconTrust shall not be required to take any further action in this lawsuit other than to respond to subpoenas, which may be served by mail on ReconTrust's counsel. In particular, ReconTrust shall not be required to file a responsive pleading in the court action and ReconTrust is excused from appearing in, or attending any court proceeding in, this action.

IT IS SO STIPULATED.

DATED: February ___, 2008         By: _____
                                       MICHAEL E. HALE
                                       Attorneys for Plaintiff
                                       Ricardo Marcelos


DATED: February _11_, 2008        By: _____
                                       DAVID A. BROOKS
                                       Attorneys for Defendant
                                       ReconTrust Company, N.A.

1                                          [~~PROPOSED~~] ORDER

2

3              PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

   DATED:    February 13, 2008.                By: _____

5                                                         HONORABLE WILLIAM H. ALSUP

*[Signed and stamped: "IT IS SO ORDERED / Judge William Alsup" — United States District Court, Northern District of California seal]*

s:\ss\lc\Marcelos\stip-nonmon            – 3 –

STIPULATION AND [~~PROPOSED~~] ORDER
RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

# PROOF OF SERVICE
(C.C.P. section 1013a(3))

STATE OF CALIFORNIA    )
                       ) SS.
COUNTY OF LOS ANGELES  )

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 12, 2008, I served STIPULATION AND [PROPOSED] ORDER RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A. on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Martin D. Murphy | Community Legal Services in East Palo Alto |
| Liuzzi, Murphy & Solomon, LLP | Shirley Hochhausen |
| 101 Montgomery Street, 27th Floor | 2117(b) University Avenue |
| San Francisco, CA  94101 | East Palo Alto, CA  94303 |

Jason E. Goldstein
Buchalter Nemer
18400 Von Karman Avenue, Ste 800
Irvine, CA 92612-0514

[X] **(BY MAIL)** On February 12, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid f postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT DELIVERY)** On February ___, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY HAND DELIVERY)**

[ ] **(BY FACSIMILE)** On February ___, 2008, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 12, 2008, at Calabasas, California.

_____
Norma Courtney