1  Sanford Shatz        State Bar No. 127229
2  David A. Brooks      State Bar No. 179716
   David_Brooks@Countrywide.com
3  5220 Las Virgenes Road, MS:  AC-11
   Calabasas, California 91302
4  Telephone:  (818) 871-6073
   Fax:  (818) 871-4669
5

6  Attorneys for Defendants Countrywide Home Loans, Inc.
   and ReconTrust Company, N.A.
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

   RICARDO MARCELOS,                    )   Case No.:  CV 08 0056 WHA
11                                       )
              Plaintiff,                 )
12                                       )
                                         )
13     vs.                               )   Courtroom:  9
                                         )   Judge:  Honorable William H. Alsup
14 EDWIN MAURICIO PARADA                 )
   DOMINGUEZ, GLENDA PARADA,             )   NOTICE OF ENTRY OF ORDER RE
15 LORENZO PARADA, VIKI RAAB,            )   NONMONETARY STATUS OF
   COUNTRYWIDE HOME LOANS, ARGENT )          RECONTRUST COMPANY, N.A.
16 MORTGAGE COMPANY, LLC,                )
   PRIMESTAR FINANCIAL SERVICES,         )
17 SHOAIB MAHMUD, FINANCIAL TITLE        )
   COMPANY, NEW CENTURY TITLE            )
18 COMPANY, RECONTRUST COMPANY,          )
   N.A. AND DOES 1 through 100,          )
19                                       )
20                                       )
              Defendants.                )
21 _____ )
                                         )
22

23     On February 13, 2008, the Honorable William H. Alsup entered an order in connection

24 with the above-captioned matter.  A true and correct copy of the order is attached hereto as

25 Exhibit "A".

26 DATED:  February ⟩᠍, 2008              By: _____
                                              DAVID A. BROOKS
27                                            Attorneys for Defendants
                                              Countrywide Home Loans, Inc.
28

NOTICE OF ENTRY OF NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

Case 3:08-cv-00056-WHA    Document 33    Filed 02/13/2008    Page 1 of 5

1   Sanford Shatz        State Bar No. 127229
    David A. Brooks       State Bar No. 179716
2   David_Brooks@Countrywide.com
3   5220 Las Virgenes Road, MS: AC-11
    Calabasas, California 91302
4   Telephone: (818) 871-6073
    Fax: (818) 871-4669
5

6   Attorneys for Defendant ReconTrust Company, N.A.

7                         UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10  RICARDO MARCELOS,                    )   Case No.: CV 08 0056 WHA
                                         )
11               Plaintiff,              )
                                         )   Courtroom: 9
12                                       )   Judge: Honorable William H. Alsup
                                         )
13        vs.                            )
                                         )   STIPULATION AND [PROPOSED] ORDER
14  EDWIN MAURICIO PARADA                )   RE NONMONETARY STATUS OF
    DOMINGUEZ, GLENDA PARADA,            )   RECONTRUST COMPANY, N.A.
15  LORENZO PARADA, VIKI RAAB,           )
16  COUNTRYWIDE HOME LOANS, ARGENT )
    MORTGAGE COMPANY, LLC,               )
17  PRIMESTAR FINANCIAL SERVICES,        )
    SHOAIB MAHMUD, FINANCIAL TITLE       )
18  COMPANY, NEW CENTURY TITLE           )
19  COMPANY, RECONTRUST COMPANY,         )
    N.A. AND DOES 1 through 100,         )
20                                       )
                                         )
21               Defendants.             )
                                         )
22

23        IT IS STIPULATED by and between the parties, plaintiff Ricardo Marcelos, and

24  defendant ReconTrust Company, N.A. ("ReconTrust"), by and through their attorneys of record

25  as follows:

26        1.      ReconTrust is the present trustee under a deed of trust given by trustor Ricardo

27  Marcelos to the original beneficiary Argent Mortgage Company, LLC, dated March 28, 2005,

28  and recorded on April 6, 2005, in the official records of San Francisco County as instrument

s:\ss\lc\Marcelos\stip-nonmon                    – 1 –
                          STIPULATION AND [PROPOSED] ORDER
            RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

1    number 2005-H932349-00. This deed of trust is the subject of the complaint.

2          2.    Town and Country Title Services, Inc. was the original trustee under the subject

3    deed of trust. ReconTrust was substituted as trustee under the substitution of trustee recorded on

4    December 20, 2007, in the official records of San Francisco County as instrument number 2007-

5    I505613-00.

6          3.    ReconTrust is named in the proceedings solely in its capacity as a trustee under

7    the deed of trust, it has not been named as a defendant due to any acts or omissions on its part in

8    the performance of its duties of a trustee, the complaint does not contain any allegations against

9    ReconTrust other than it is a trustee under a deed of trust, and ReconTrust agrees to be bound by

10   whatever order or judgment is issued by the court regarding the subject deed of trust.

11         4.    Absent an order by the court, ReconTrust shall not be required to take any further

12   action in this lawsuit other than to respond to subpoenas, which may be served by mail on

13   ReconTrust's counsel. In particular, ReconTrust shall not be required to file a responsive

14   pleading in the court action and ReconTrust is excused from appearing in, or attending any court

15   proceeding in, this action.

16         IT IS SO STIPULATED.

17

18

19   DATED: February ___, 2008          By: _____
                                              MICHAEL E. HALE
20                                            Attorneys for Plaintiff
                                              Ricardo Marcelos
21

22

23   DATED: February ___, 2008          By: _____
                                              DAVID A. BROOKS
24                                            Attorneys for Defendant
                                              ReconTrust Company, N.A.
25

26

27

28

s:\ss\lc\Marcelos\stip-nonmon                          -- 2 --

STIPULATION AND [PROPOSED] ORDER
RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

Case 3:08-cv-00056-WHA    Document 33    Filed 02/13/2008    Page 3 of 5

1 | number 2005-H932349-00. This deed of trust is the subject of the complaint.

2 |     2.    Town and Country Title Services, Inc. was the original trustee under the subject

3 | deed of trust. ReconTrust was substituted as trustee under the substitution of trustee recorded on

4 | December 20, 2007, in the official records of San Francisco County as instrument number 2007-

5 | I505613-00.

6 |     3.    ReconTrust is named in the proceedings solely in its capacity as a trustee under

7 | the deed of trust, it has not been named as a defendant due to any acts or omissions on its part in

8 | the performance of its duties of a trustee, the complaint does not contain any allegations against

9 | ReconTrust other than it is a trustee under a deed of trust, and ReconTrust agrees to be bound by

10 | whatever order or judgment is issued by the court regarding the subject deed of trust.

11 |     4.    Absent an order by the court, ReconTrust shall not be required to take any further

12 | action in this lawsuit other than to respond to subpoenas, which may be served by mail on

13 | ReconTrust's counsel. In particular, ReconTrust shall not be required to file a responsive

14 | pleading in the court action and ReconTrust is excused from appearing in, or attending any court

15 | proceeding in, this action.

16 |     IT IS SO STIPULATED.

17 |

18 |

19 | DATED: February ___, 2008

20 | By: _____
       MICHAEL E. HALE
       Attorneys for Plaintiff
       Ricardo Marcelos

21 |

22 |

23 | DATED: February ___, 2008

By: _____
    DAVID A. BROOKS
24 |     Attorneys for Defendant
25 |     ReconTrust Company, N.A.

26 |

27 |

28 |

s:\ss\lc\Marcelos\stip-nonmon      – 2 –

STIPULATION AND [PROPOSED] ORDER
RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

Case 3:08-cv-00056-WHA   Document 33   Filed 02/13/2008   Page 4 of 5

1

[PROPOSED] ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:   February 13, 2008.                   By: _____

5                                                    HONORABLE WILLIAM H. ALSUP

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s:\ss\lc\Marcelos\stip-nonmon                                           – 3 –

STIPULATION AND [PROPOSED] ORDER
RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

1

**PROOF OF SERVICE**
(C.C.P. section 1013a(3))

2    STATE OF CALIFORNIA          )
                                 )    SS.
3    COUNTY OF LOS ANGELES        )

4          I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a
     party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California
5    91302.

6          On February 12, 2008, I served STIPULATION AND [PROPOSED] ORDER RE
     NONMONETARY STATUS OF RECONTRUST COMPANY, N.A. on all interested parties in this action by
7    placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

8    Martin D. Murphy                          Community Legal Services in East Palo Alto
     Liuzzi, Murphy & Solomon, LLP              Shirley Hochhausen
9    101 Montgomery Street, 27th Floor          2117(b) University Avenue
     San Francisco, CA  94101                   East Palo Alto, CA  94303
10

11   Jason E. Goldstein
     Buchalter Nemer
12   18400 Von Karman Avenue, Ste 800
     Irvine, CA 92612-0514

13   [X]    (BY MAIL) On February 12, 2008, I placed said envelopes for collection and mailing, following
14   ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth
     above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide
15   Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal
     Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary
16   course of business. I am aware that on motion of the party served, service is presumed invalid f postal
     cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
17
     [  ]    (BY OVERNIGHT DELIVERY) On February ___, 2008, I placed said envelopes for collection and
18   mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the
     address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with
19   the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with
     Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course
20   of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation
     date or postage meter date is more than one day after date of deposit for mailing in affidavit.
21
     [  ]    (BY HAND DELIVERY)
22
     [  ]    (BY FACSIMILE) On February ___, 2008, by use of facsimile machine number 818-871-4669, I
23   served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated.
     The transmission was reported as complete and without error. The transmission report was properly issued by
24   the transmitting facsimile machine.

25         I declare under penalty of perjury under the laws of the State of California, that the above is true and
     correct. Executed on February 12, 2008, at Calabasas, California.
26

27                                              _____
                                                         Norma Courtney
28

s:\ss\lc\Marcelos\stip-nonmon                     – 4 –

STIPULATION AND [PROPOSED] ORDER
RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.

## PROOF OF SERVICE
(C.C.P. section 1013a(3))

STATE OF CALIFORNIA          )
                             )  SS.
COUNTY OF LOS ANGELES        )

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 20, 2008, I served NOTICE OF ENTRY OF ORDER RE STIPULATION AND ORDER RE NONMONETARY STATUS OF RECONTRUST COMPANY, N.A. on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Martin D. Murphy                          Community Legal Services in East Palo Alto
Liuzzi, Murphy & Solomon, LLP             Shirley Hochhausen
101 Montgomery Street, 27th Floor         2117(b) University Avenue
San Francisco, CA  94101                  East Palo Alto, CA  94303

Shartsis Friese LLP                       Jason E. Goldstein
Joel Zeldin                               Buchalter Nemer
Simone M. Katz                            18400 Von Karman Avenue, Suite 800
One Maritime Plaza, Eighteenth Floor      Irvine, CA 92612-0514
San Francisco, CA 94111

[x]    **(BY MAIL)** On February 20, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY OVERNIGHT DELIVERY)** On February _____, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY FACSIMILE)** On February ____, 2008, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 20, 2008, at Calabasas, California.

_____
Norma Courtney

NOTICE OF ENTRY OF NONMONETARY STATUS OF RECONTRUST COMPANY, N.A.