1    SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
2    SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
3    San Francisco, CA  94111
Telephone:  (415) 421-6500
4    Facsimile:  (415) 421-2922
Email:  jzeldin@sflaw.com; skatz@sflaw.com

5
Attorneys for Defendants
6    VIKI RAAB AND NEW CENTURY TITLE
COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

12   RICARDO MARCELOS,                        Case No.  CV08-0056 WHA

13              Plaintiff,                    **CERTIFICATE OF SERVICE**

14   v.

15   EDWIN MAURICIO PARADA                    Judge:      Honorable William H. Alsup
DOMINGUEZ, GLENDA PARADA,                Complaint Filed:    January 4, 2008
16   LORENZO PARADA, VIKI RAAB,
COUNTRYWIDE HOME LOANS,
17   ARGENT MORTGAGE COMPANY,
LLC, PRIMESTAR FINANCIAL
18   SERVICES, SHOAIB MAHMUD,
FINANCIAL TITLE COMPANY, NEW
19   CENTURY TITLE COMPANY,
RECONTRUST COMPANY, N.A., AND
20   DOES 1 through 100,

21              Defendants.

22

23

24

25

26

27

28

Case No.                          CERTIFICATE OF SERVICE
CV08-0056 WHA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**PROOF OF SERVICE**

I, NICOLE A. BIGLEY, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On February 20, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**ORDER SIGNED BY HONORABLE WILLIAM ALSUP EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY AND VIKI RAAB MAY RESPOND TO COMPLAINT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

- 1 -
CERTIFICATE OF SERVICE

Case No.
CV08-0056 WHA

1

2    I declare under penalty of perjury under the laws of the State of California that the

3    foregoing is true and correct.

4    Executed on February 20, 2008, in San Francisco, California.

5

6                                    */s/ Nicole A. Bigley*
                                     NICOLE A. BIGLEY

7    5982\004\NBIGLEY\1488117.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.                          CERTIFICATE OF SERVICE
CV08-0056 WHA