1  **Steven Rood, Esq. (Bar No. 69332)**
   LAW OFFICES OF STEVEN ROOD
2  Financial Center Building
   405 - 14th Street, Suite 212
3  Oakland, CA  94612
   (510) 839-0900 [phone]
4
   Attorney for Defendants
5  **SHOAIB MAHMUD** and **ND FINANCIAL INC.** (erroneously sued
   and served herein as PRIMESTAR FINANCIAL SERVICES)
6

**FILED**

**FEB − 6 2008**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

7              **IN THE UNITED STATES DISTRICT COURT**
8        **NORTHERN DISTRICT OF CALIFORNIA − SAN FRANCISCO DIVISION**

9

10  RICARDO MERCELOS,                        Case No.: CV08 0056 WHA

11          Plaintiff,                       **ANSWER TO COMPLAINT**

12      vs.

13  EDWIN MAURICIO PARADA DOMINGUEZ,
    GLENDA PARADA, LORENZO PARADA, VIKI
14  RAAB, COUNTRYWIDE HOME LOANS, ARGENT
    MORTGAGE COMPANY, LLC; PRIMESTAR
15  FINANCIAL SERVICES, SHOAIB MAHMUD,
    FINANCIAL TITLE COMPANY, NEW CENTURY
16  TITLE COMPANY, RECONTRUST COMPANY,
    N.A., and DOES 1 through 100,
17  inclusive,

18          Defendants.

19

20      As and for an Answer to the Complaint of plaintiff RICARDO MERCELOS,

21  answering defendants SHOAIB MAHMUD and ND FINANCIAL INC. (erroneously sued

22  and served herein as PRIMESTAR FINANCIAL SERVICES), for themselves alone,

23  admit, deny, and allege as follows:

24

25

26

ANSWER TO COMPLAINT                                                        1

1.    Answering Paragraphs 1 through 5 of the Complaint, these
answering defendants allege that they have insufficient information or
belief to answer the allegations of said paragraphs, and basing their
denial on that ground, deny generally and specifically, each and every
allegation of said paragraphs.

2.    Answering Paragraphs 6 through 9 of the Complaint, these
answering defendants allege that they have insufficient information or
belief to answer the allegations of said paragraphs, and basing their
denial on that ground, deny generally and specifically, each and every
allegation of said paragraphs.

3.    Answering Paragraphs 10 through 15 of the Complaint, these
answering defendants allege that they have insufficient information or
belief to answer the allegations of said paragraphs, and basing their
denial on that ground, deny generally and specifically, each and every
allegation of said paragraphs.

4.    Answering Paragraph 16 of the Complaint, these answering
defendants admit that ND Financial, Inc. is the entity, and it does
business as Primestar Financial.

5.    Answering Paragraph 17 of the Complaint, these answering
defendants admit that defendant SHOAIB MAHMUD is a broker licensed by

2

the DRE. Save and except as expressly admitted herein, these answering defendants, deny generally and specifically, each and every allegation of this paragraph.

6.   Answering Paragraphs 18 through 24 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

7.   Answering Paragraphs 25 through 43 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

8.   Answering Paragraph 44 of the Complaint, these answering defendants incorporate herein by this reference their answer to Paragraphs 1 through 43, inclusive, of this answer.

9.   Answering Paragraphs 45 through 51 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

3

1

2      8.    Answering Paragraph 52 of the Complaint, these answering

3  defendants incorporate herein by this reference their answer to

4  Paragraphs 1 through 51, inclusive, of this answer.

5

6      9.    Answering Paragraphs 53 through 56 of the Complaint, these

7  answering defendants allege that they have insufficient information or

8  belief to answer the allegations of said paragraphs, and basing their

9  denial on that ground, deny generally and specifically, each and every

10 allegation of said paragraphs.

11

12     10.   Answering Paragraph 57 of the Complaint, these answering

13 defendants incorporate herein by this reference their answer to

14 Paragraphs 1 through 56, inclusive, of this answer.

15

16     11.   Answering Paragraphs 58 through 61 of the Complaint, these

17 answering defendants allege that they have insufficient information or

18 belief to answer the allegations of said paragraphs, and basing their

19 denial on that ground, deny generally and specifically, each and every

20 allegation of said paragraphs.

21

22     12.   Answering Paragraph 62 of the Complaint, these answering

23 defendants incorporate herein by this reference their answer to

24 Paragraphs 1 through 61, inclusive, of this answer.

25

26

ANSWER TO COMPLAINT                                                    4

1    13.    Answering Paragraphs 63 through 66 of the Complaint, these

2    answering defendants allege that they have insufficient information or

3    belief to answer the allegations of said paragraphs, and basing their

4    denial on that ground, deny generally and specifically, each and every

5    allegation of said paragraphs.

6

7    14.    Answering Paragraph 67 of the Complaint, these answering

8    defendants incorporate herein by this reference their answer to

9    Paragraphs 1 through 66, inclusive, of this answer.

10

11    15.    Answering Paragraphs 68 through 70 of the Complaint, these

12    answering defendants allege that they have insufficient information or

13    belief to answer the allegations of said paragraphs, and basing their

14    denial on that ground, deny generally and specifically, each and every

15    allegation of said paragraphs.

16

17    16.    Answering Paragraph 71 of the Complaint, these answering

18    defendants incorporate herein by this reference their answer to

19    Paragraphs 1 through 70, inclusive, of this answer.

20

21    17.    Answering Paragraphs 72 through 77 of the Complaint, these

22    answering defendants allege that they have insufficient information or

23    belief to answer the allegations of said paragraphs, and basing their

24    denial on that ground, deny generally and specifically, each and every

25    allegation of said paragraphs.

26

ANSWER TO COMPLAINT

18.  Answering Paragraph 78 of the Complaint, these answering defendants incorporate herein by this reference their answer to Paragraphs 1 through 77, inclusive, of this answer.

19.  Answering Paragraphs 79 through 87 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

20.  Answering Paragraph 88 of the Complaint, these answering defendants incorporate herein by this reference their answer to Paragraphs 1 through 87, inclusive, of this answer.

21.  Answering Paragraphs 89 through 92 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

22.  Answering Paragraph 93 of the Complaint, these answering defendants incorporate herein by this reference their answer to Paragraphs 1 through 92, inclusive, of this answer.

ANSWER TO COMPLAINT

6

23.    Answering Paragraphs 94 through 101 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

24.    Answering Paragraph 102 of the Complaint, these answering defendants incorporate herein by this reference their answer to Paragraphs 1 through 101, inclusive, of this answer.

25.    Answering Paragraphs 103 through 110 of the Complaint, these answering defendants allege that they have insufficient information or belief to answer the allegations of said paragraphs, and basing their denial on that ground, deny generally and specifically, each and every allegation of said paragraphs.

26.    Answering all paragraphs of the Complaint, these answering defendants deny that plaintiff was damaged in the ways and amounts specified, or in any ways or amounts whatsoever.

## General Denial

These answering defendants deny each and every and all of the allegations contained in said Complaint, and further deny that plaintiff has sustained damages in any sum or sums whatsoever, or at

ANSWER TO COMPLAINT

7

all, by reason of any act or omission on the part of these answering defendants.

## FIRST AFFIRMATIVE DEFENSE
### FAILURE TO STATE A CAUSE OF ACTION

AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action against these answering defendants.

## SECOND AFFIRMATIVE DEFENSE
### UNCLEAN HANDS

AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that the plaintiff in this case is guilty of "unclean hands" in the matters set forth in the Complaint, which conduct extinguishes the right to legal and equitable relief in this action.

## THIRD AFFIRMATIVE DEFENSE
### STATUTE OF LIMITATIONS

AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS' COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that the action and all causes of action are barred by the applicable statute of limitations.

8

## FOURTH AFFIRMATIVE DEFENSE
### WAIVER

AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS' COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that plaintiff has waived his right to maintain the action filed in this case.

## FIFTH AFFIRMATIVE DEFENSE
### ESTOPPEL

AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS' COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that the plaintiff is estopped by action of law or by conduct from maintaining the action filed in this case.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS' COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that plaintiff failed to mitigate damages, which he contends he suffered and are therefore barred from recovery.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS' COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that other persons or entities for whom

ANSWER TO COMPLAINT

1  said defendant is not responsible, are or may be responsible for the

2  damages sought by plaintiff.

3

4  ## EIGHTH AFFIRMATIVE DEFENSE

5

6  AS AND FOR A EIGHTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS'

7  COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these

8  answering defendants allege that the Complaint, and each cause of

9  action therein, states no claim upon which relief can be granted.

10

11  ## NINTH AFFIRMATIVE DEFENSE

12  AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE TO PLAINTIFFS'

13  COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these

14  answering defendants allege that the Complaint, and each cause of

15  action therein, is barred by reason of the doctrine of laches.

16

17

18  ## PRAYER

19  WHEREFORE, these answering defendants pray for judgment as

20  follows:

21

22  1.    That plaintiff take nothing by way of his Complaint on file

23  herein;

24  2.    For cost of suit incurred herein;

25  3.    For attorneys' fees; and

26

---

**ANSWER TO COMPLAINT**

10

1        4.     For such other and further relief as the Court may deem just

2    and proper.

3

4

    DATED: February 6, 2008                    Respectfully submitted,

5

6

7                                   Steven Rood, Esq.

                                Attorney for defendants **SHOAIB MAHMUD** and **ND**

8                                    **FINANCIAL INC.** (erroneously sued and served herein

                                as PRIMESTAR FINANCIAL SERVICES)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ANSWER TO COMPLAINT**

1

**PROOF OF SERVICE BY MAIL**
(CCP §§ 1013(A) - 2015.5)

2

MARCELOS v. PARADA, et al.
3    United States District Court Case No. CV08 0056 WHA

4
I am employed in the County of Alameda, State of
5  California.   I am over the age of 18 years and not a party to
6  the within action; my business address is 405 - 14th Street,
7  Suite 212, Oakland, California 94612.
8

9
On the below-mentioned date, I served the attached:
10

11                               **ANSWER**

12
on the parties to said matter by depositing a true copy thereof
13  in a sealed envelope with postage thereon fully prepaid, in the
14  United States mail at Oakland, California, addressed as follows:
15

16

17  **Martin D. Murphy, Esq.**
101 Montgomery Street, 27th Floor
18  San Francisco, CA 94104

19

20      I declare under penalty of perjury under the laws of the
21  State of California that the foregoing is true and correct.
22  Executed on this **6th** day of **February, 2008,** at Oakland,
23  California.

24

25

26  Thomas K. Mallon

27

28