SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. CV08-0056 WHA<br><br>**DEFENDANTS VIKI RAAB AND NEW CENTURY TITLE COMPANY'S NON-OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date:　　　February 26, 2008<br>Time:　　　10:00 a.m.<br>Judge:　　　Honorable William H. Alsup<br>Location:　450 Golden Gate Avenue<br>　　　　　　Courtroom 9<br>　　　　　　San Francisco, CA 94102<br><br>Complaint Filed:　January 4, 2008 |

New Century Title Company ("New Century") and Viki Raab ("Raab") respectfully submit their non-opposition to Plaintiff Ricardo Marcelos' ("Plaintiff") Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction ("TRO Application"). New Century was the escrow company for the refinance of the Folsom Street property and Raab, a former employee of New Century, was the escrow officer. Neither has any interest in nor a position as to the TRO Application.

DATED: February 21, 2008        SHARTSIS FRIESE LLP

By: */s/ Simone M. Katz*
        SIMONE M. KATZ

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

5982\004\SKATZ\1493729.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -
Case No. CV08-0056 WHA    DEFS. VIKI RAAB AND NEW CENTURY TITLE COMPANY'S NON-OPPOSITION TO PLF'S APPLICATION FOR TRO AND OSC RE: PRELIMINARY INJUNCTION