SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, | Case No.  CV08-0056 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100, | Judge:        Honorable William H. Alsup Complaint Filed:    January 4, 2008 |
| Defendants. | |

Shartsis Friese LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

1

## **PROOF OF SERVICE**

2

I, NICOLE A. BIGLEY, declare:

3

I am a citizen of the United States and employed in the City and County of San Francisco,

4

California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco,

5

California 94111. I am over the age of eighteen years and am not a party to the within-entitled

6

action.

7

On February 21, 2008, at Shartsis Friese LLP located at the above-referenced address,

8

and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I

9

served on the interested parties in said cause a copy of the within document(s):

10
11

**DEFENDANTS VIKI RAAB AND NEW CENTURY TITLE COMPANY'S NON-OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

12
13
14

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

15
16

☐ by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

17
18

☐ by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

19
20
21

☐ by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: (☐ by agreement / ☐ not by agreement)

22
23
24
25

☐ by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

26
27

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

28

Shartsis Friese LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -

Case No.
CV08-0056 WHA

CERTIFICATE OF SERVICE

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3    Executed on February 21, 2008, in San Francisco, California.

4

5    /s/ Nicole A. Bigley
     NICOLE A. BIGLEY

6    5982\004\NBIGLEY\1488117.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.                    CERTIFICATE OF SERVICE
CV08-0056 WHA