Sanford Shatz        State Bar No. 127229
David A. Brooks      State Bar No. 179716
David_Brooks@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Home Loans, Inc.
and ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, | Case No.: CV 08 0056 WHA |
| Plaintiff, | |
| vs. | Courtroom: 9 |
| | Judge: Honorable William H. Alsup |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100, | CERTIFICATE OF SERVICE |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned herby certifies as follows:
On February 12, 2008 I served a true and correct copy of the following documents(s):

1) **Notion of Motion and Motion by Countrywide Home Loans, Inc. to Dismiss Plaintiff's Complaint for Failure to State a Claim, or in the Alternative for a More Definite Statement; Memorandum of Points and Authorities**

2) **[Proposed] Order Granting Defendant Countrywide Home Loan, Inc.'s Motion to Dismiss; or in the Alternative, For a More Definite Statement**

On the parties in this action by:

| | |
|---|---|
| Martin D. Murphy<br>Liuzzi, Murphy & Solomon, LLP<br>101 Montgomery Street, 27th Floor<br>San Francisco, CA 94101 | Community Legal Services in East Palo Alto<br>Shirley Hochhausen<br>2117(b) University Avenue<br>East Palo Alto, CA 94303 |
| Jason E. Goldstein<br>Buchalter Nemer<br>18400 Von Karman Avenue, Ste 800<br>Irvine, CA 92612-0514 | Shartsis Friese, LLP<br>Joel Zeldin<br>Simone M. Katz<br>One Maritime Plaza, Eighteenth Floor<br>San Francisco, CA 94111 |

☒    **(BY MAIL)** On February 1__, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 1__, 2008, at Calabasas, California.

_____
Norma Courtney