1  SHARTSIS FRIESE LLP
   JOEL ZELDIN (Bar #51874)
2  SIMONE M. KATZ (Bar #246490)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  jzeldin@sflaw.com; skatz@sflaw.com
5
   Attorneys for Defendants
6  VIKI RAAB AND NEW CENTURY TITLE
   COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | RICARDO MARCELOS,                        | Case No.  CV08-0056 WHA
13 |          Plaintiff,                      | **DEFENDANTS VIKI RAAB AND NEW CENTURY TITLE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS**
14 | v.                                       |
15 | EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, | Date:     April 10, 2008
16 | LORENZO PARADA, VIKI RAAB,               | Time:     8:00 a.m.
   | COUNTRYWIDE HOME LOANS,                  | Judge:    Honorable William H. Alsup
17 | ARGENT MORTGAGE COMPANY,                 | Location: 450 Golden Gate Avenue
   | LLC, PRIMESTAR FINANCIAL                 |           Courtroom 9
18 | SERVICES, SHOAIB MAHMUD,                 |           San Francisco, CA 94102
   | FINANCIAL TITLE COMPANY, NEW             |
19 | CENTURY TITLE COMPANY,                   |
   | RECONTRUST COMPANY, N.A., AND            |
20 | DOES 1 through 100,                      |
21 |          Defendants.                     |

22

23        TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

24        PLEASE TAKE NOTICE THAT on Thursday, April 10, 2008 at 8:00 a.m., or as soon

25 thereafter as may be heard by the Honorable William H. Alsup of the above-referenced Court,

26 located at 450 Golden Gate Street, San Francisco, California, Defendants Viki Raab ("Raab") and

27 New Century Title Company ("New Century"), will and hereby do move to dismiss the

28 Complaint of Ricardo Marcelos ("Plaintiff") pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure. New Century and Raab move to dismiss the Complaint because it fails to meet the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure, merely lumps all of the defendants together, and fails to provide fair notice to New Century or Raab. More specifically, New Century and Raab will move to dismiss all claims in which they, or one of them are named as defendants as follows:

1. The First Cause of Action for violation of the Truth in Lending Act ("TILA") and Regulation Z fails to state a claim against Raab because it is time-barred pursuant to 15 U.S.C. § 1640(e) and, in any event, does not apply to Raab who is not a "creditor" within the meaning of the statute.

2. The Second Cause of Action for violation of the Real Estate Settlement Procedures Act ("RESPA") fails to state a claim against New Century or Raab because it is time-barred pursuant to 12 U.S.C. § 2614, RESPA does not provide a private right of action for violations of its disclosure provisions, and is devoid of any factual allegations asserted against either New Century or Raab.

3. The Third Cause of Action for violation of the Fair Housing Act ("FHA") fails to state a claim against Raab because it is time-barred pursuant to 42 U.S.C. § 3613(a)(1)(A), does not apply to Raab because there are no factual allegations that she is engaged in the business of residential real estate-related transactions, and fails to state a claim because there are no factual allegations that Raab discriminated in any way against Plaintiff.

4. The Fifth Cause of Action for violation of California Civil Code Section 1632 ("Section 1632") fails to state a claim against New Century or Raab because there are no factual allegations that New Century or Raab negotiated anything with Plaintiff primarily in Spanish or that they are real estate brokers.

5. The Seventh Cause of Action for fraud fails to state a claim against New Century or Raab because it is not pled with sufficient particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

6. The Eighth Cause of Action for breach of fiduciary duty and the Ninth Cause of Action for breach of contract each fails to state a claim against New Century or Raab because

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  New Century complied with the escrow instructions, and there are no factual allegations that
2  Raab did anything to breach a fiduciary duty owed to Plaintiff or breach any contract with
3  Plaintiff.

4  7. The Tenth Cause of Action for Rescission and Restitution fails to state a claim
5  against New Century or Raab because rescission and restitution are remedies, not independent
6  causes of action.

7  8. The Eleventh Cause of Action for violation of California's Unfair Competition
8  Law ("UCL") fails to state a claim against New Century or Raab because Plaintiff has not alleged
9  any particular conduct on the part of either New Century or Raab that is unlawful, unfair or
10 fraudulent.

11 This motion is based upon this Notice of Motion and Motion, the supporting
12 Memorandum of Points and Authorities submitted herewith, the Declaration of Harold Grossman,
13 the pleadings and records on file in this action, all other matters of which the Court is permitted to
14 take judicial notice, and such argument and evidence as may be presented at the hearing on this
15 motion.

DATED: February 25, 2008         SHARTSIS FRIESE LLP

By: */s/ Simone M. Katz*
       SIMONE M. KATZ

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

5982\004\NBIGLEY\1493465.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 3 -
Case No. CV08-0056 WHA   DEFENDANTS VIKI RAAB AND NEW CENTURY TITLE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS