SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　Defendants. | Case No.  CV08-0056 WHA<br><br>**DECLARATION OF HAROLD E. GROSSMAN IN SUPPORT OF DEFENDANT VIKI RAAB AND NEW CENTURY TITLE COMPANY'S MOTION TO DISMISS**<br><br>Date:　　April 10, 2008<br>Time:　　8:00 a.m.<br>Judge:　　Honorable William H. Alsup<br>Location:　450 Golden Gate Avenue<br>　　　　　Courtroom 9<br>　　　　　San Francisco, CA 94102 |

I, Harold E. Grossman, hereby declare:

1. I am currently Claims Counsel for New Century Title Company ("New Century"), a defendant in this action. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify thereto under oath. I offer this Declaration in support of New Century and Viki Raab's ("Raab") Motion to Dismiss.

2. I am one of the custodians of record for New Century's escrow files, particularly

such files on which a claim has been made. I have custody of the escrow file for the refinance loan of Ricardo Marcelos' ("Plaintiff") property at 4023 Folsom Street in San Francisco (the "Escrow File").

3. Attached hereto as **Exhibit A** is a true and correct copy of the escrow instructions provided by Argent Mortgage Company, LLC ("Argent") and signed by Raab on March 29, 2005. These escrow instructions are part of the Escrow File.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Right to Cancel which appears to have been signed by Plaintiff on March 29, 2005. The Notice of Right to Cancel is also part of the Escrow file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed this 22nd day of February 2008, at Los Angeles, California.

*/s/ Harold E. Grossman*
HAROLD E. GROSSMAN

5982\004\SKATZ\1493672.1

- 2 -
Case No. CV08-0056 WHA
DECLARATION OF HAROLD E. GROSSMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS