1 such files on which a claim has been made. I have custody of the escrow file for the refinance
2 loan of Ricardo Marcelos' ("Plaintiff") property at 4023 Folsom Street in San Francisco (the
3 "Escrow File").

4     3. Attached hereto as **Exhibit A** is a true and correct copy of the escrow instructions
5 provided by Argent Mortgage Company, LLC ("Argent") and signed by Raab on March 29, 2005.
6 These escrow instructions are part of the Escrow File.

7     4. Attached hereto as **Exhibit B** is a true and correct copy of the Notice of Right to
8 Cancel which appears to have been signed by Plaintiff on March 29, 2005. The Notice of Right
9 to Cancel is also part of the Escrow file.

10 I declare under penalty of perjury under the laws of the State of California that the
11 foregoing is true and correct, and that this declaration was executed this 22 day of February 2008,
12 at Los Angeles, California.

*Harold E. Grossman*
HAROLD E. GROSSMAN

---

Case No.  
CV08-0056 WHA

DECLARATION OF HAROLD E. GROSSMAN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS

- 2 -