**EXHIBIT A**

# Argent Mortgage Company, LLC
## CLOSING INSTRUCTIONS TO TITLE

Date: March 28, 2005

To: FINANCIAL TITLE COMPANY
3726 CASTRO VALLEY BLVD
Castro Valley, CA 94546
(415)885-3965
VIKI RAAB

RE: RICARDO MARCELOS

FROM: Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868
Division 01 - Reg 05
Ohannes Gagossian
(888)311-4721
866-254-3435

Broker:
Primestar Financial Services
200 Brown Road Suite - 103,
Fremont, CA 94539
Humberto Covurrusias

ADDRESS: 4023 FOLSOM STREET, SAN
FRANCISCO, CA 94110

1st LOAN AMOUNT: $598,500.00
2nd LOAN AMOUNT: $0.00

1st LOAN NUMBER: 0076100551
2nd LOAN NUMBER:
ESCROW NO: 09050143
ORDER NO: 45034984-582-PLS

With regard to the above-referenced transaction, attached/enclosed is the complete Argent Mortgage Company, LLC (Lender) closing document package.

Please carefully review and COMPLY WITH ALL INSTRUCTIONS prior to document execution and loan proceeds disbursement. Closing Agent is responsible for compliance with all closing requirements and conditions.

The following are Lender's Policies with regard to all Mortgage Loan Closings:

1) Any deviation from the Closing Instructions must be authorized by Lender's Funding Transaction Manager in writing prior to closing/funding of the loan.

2) Closing Instructions NOT directly provided by Lender are considered invalid. Please contact the Lender's Funding Transaction Manager if you have any questions or concerns.

3) No disbursement of loan proceeds are permitted until Lender is assured of its position as First Lien Holder and if there is a concurrent 2nd mortgage, it must be in second lien position.

4) No disbursement of loan proceeds may not be paid until all loan closing documents have been received and approved by Lender.

5) In the event that funds are not disbursed in a timely manner after receipt from Lender, Closing Agent will be responsible for any interest adjustments owed to borrower(s) per the terms of the Promissory Note and applicable law.

6) Closing Agent agrees to cooperate with Lender's request for settlement information or documentation of disbursements. This request may include copies of cancelled checks for disbursement of loan proceeds.

7) Closing Agent must be in receipt of Lender's funds (wire) prior to the disbursement of the loan.

8) If this is a simultaneous First and Second Mortgage loan closing, Closing Agent must comply with all conditions on both loans.

## GENERAL SIGNING AND DOCUMENT INSTRUCTIONS:

- Closing Agent is responsible for closing the loan with the borrower(s). Closing of the loan may not be delegated. Loan documents may not be given to the borrower for signing.
- Lender does not accept faxed closing documents.
- Closing Agent must sign and date these Closing Instructions.
- All Documents require original signatures and must be manually dated by the signor(s) in ink.
- Any corrections/modifications to loan documents including these Closing Instructions must be approved in writing by the lender's Funding Transaction Manager. Unapproved alterations will delay the wiring of funds.
- Any documents returned to the Lender with "White-Out" or unauthorized changes will require the loan documents to be redrawn and resigned at no charge to Lender or Borrower.
- Provide the Borrower with a full copy of all loan documents, including copy of Note, Deed/Mortgage, and Federal Truth-In-Lending Disclosure Statement. Refer to Notice of Right to Cancel instructions below for additional instructions regarding the Notice or Right to Cancel.
- Use of a Power of Attorney generally not allowed by Lender. If special circumstances warrant, contact Lender's Funding Transaction Manager for approval and instructions.
- If funds need to be returned to the Lender, please contact the Funding Transaction Manager at (888)311-4721 for "Returned Wire Instructions."

## NOTICE OF RIGHT TO CANCEL INSTRUCTIONS:

- **If the Notice of Right to Cancel is not properly executed, a new 3-day rescission will be required and it will cause a delay in wiring the funds.**
- The borrower, owner and/or owner's spouse or any party with an ownership interest in the collateral property may not waive the right of rescission.
- The Notice of Right to Cancel form has been pre-printed with the estimated closing date and rescission date. If the closing date changes, EACH COPY of the Notice of Right to Cancel must be accurately corrected with appropriate new dates. In correcting the Notice of Right to Cancel, the first boxed area requires the CLOSING AGENT to enter the date of the transaction, which is the date the Notice of Right to Cancel document is signed. The second boxed area requires the CLOSING AGENT to enter the date the rescission (cancellation) date which must be at least three (3) business days following the last date this form was signed by the necessary party. (Sundays and legal holidays are not counted as business days). ALL CHANGES MUST BE INITIALED BY ALL BORROWERS AND EACH PERSON HAVING AN OWNERSHIP INTEREST IN THE COLLATERAL PROPERTY.
- Each borrower and each person having an ownership interest in the collateral property must sign and date the document at the very bottom.
- EACH BORROWER and EACH PERSON HAVING AN OWNERSHIP INTEREST IN THE COLLATERAL PROPERTY must receive two (2) original copies of the completed Notice of Right to Cancel at the closing.
- If changes/corrections are made to the Notice of Right to Cancel, each borrower and each person having ownership interest in the collateral property must receive two (2) original copies of the completed, corrected Notice of Right to Cancel.

SEND ALL SIGNED AND DATED LOAN DOCUMENTS TO:        Argent Mortgage Company, LLC
One City Boulevard West
Orange, CA 92868

All documents and certified copies of documents to be recorded must be returned within 24 hours of closing. Failure to comply with these instructions will delay wiring of funds. Closing
Agent must e-mail Lender that the closing is complete and documents have been sent.  Include tracking information in the e-mail notification.

closinginst (070303)                                                                                                        NC000093

## TITLE INSURANCE INSTRUCTIONS:

1. For a first mortgage transaction Closing Agent shall issue an extended ALTA Title Insurance Policy (ALTA Policy) naming as the insured thereunder "Argent Mortgage Company, LLC, its Successors and/or Assigns" (Lender) in the principal amount of $598,500.00 at the date and time of recording as described in paragraphs 1-7. The full Alta Policy shall insure lender in First Lien Position.

2. For a simultaneous 2nd mortgage closing transaction, Closing Agent shall issue an Short Form ALTA Title Insurance Policy (Short Form Policy) naming as the insured thereunder "Argent Mortgage Company, LLC, its Successors and/or Assigns" (Lender) in the principal amount of $0.00 at the date and time of recording as described in paragraphs 1-7 of this section. The Short Form Policy shall insure the lender in Second Lien Position.

3. The Policy shall show and insure the marital status and vesting which appears on Deed of Trust/Mortgage and the last recorded transfer deed, including any transfer documents enclosed for recording. Any discrepancies in marital status and vesting must be resolved prior to disbursement of funds and issuance of the Policy. The vesting information below must match the Title Prelim/Commitment or any applicable transfer deed.

   Vesting: RICARDO MARCELOS, An Unmarried Man

4. Only the following items may be included in Schedule B of the Policy:
   - Property Taxes: The Final Title Policy must reflect all real estate/municipal taxes and/or assessments of any nature as current or future taxes that are not yet due and payable.
   - All delinquencies due or payable within 60 days must be resolved (cleared) prior to the issuance of Schedule B.

5. Except as expressly and specifically permitted in these instructions, all liens must be satisfied by payment in full prior to recording the enclosed Deed of Trust/Mortgage(s).

6. The following requirements for the Final Title Policy and Deed of Trust/Mortgage must be met. If any of the following requirements are not met, Closing Agent agrees to correct them at no extra charge to Argent Mortgage Company, LLC or its representatives.

   **Deed of Trust/Mortgage:** Must ensure the following are attached to the document prior to recording:

   | X | Full and correct legal description | | Condominium Rider | | Planned Unit Development Rider |
   |---|---|---|---|---|---|
   | X | Adjustable Rate Rider | | Second Home Rider | | 1-4 Family Rider |
   | | Other | | | | |

   Must ensure Notary Acknowledgment includes the following:
   * State and County names
   * For each signor, complete name for all borrowers and each person having an ownership interest in the collateral property.
   * Date Acknowledged
   * Notary signature, date commission expires, seal (if required), and witnesses (if required)
   * Each borrower and each person having an ownership interest in the collateral property must sign and initial the Deed of Trust/Mortgage.
   * Document must be proof read. Closing Agent must contact Lender's Funding Transaction Manager for corrections prior to disbursement of funds.

   **Final Title Policy:**

   | X | Comprehensive Coverage (State Specific) | X | Environmental Protection | | Manufactured Housing |
   |---|---|---|---|---|---|
   | | Survey or Location Endorsement (State Specific) | | Condominium | X | Restrictions, Encroachments, and Minerals |
   | | Planned Unit Development | | Variable Rate Endorsement | | |
   | | Other | | | | |

   * Must have original title jacket
   * Endorsements and Schedule A must be countersigned
   * Must include GAP coverage (on both loans if simultaneous first and second mortgage transaction)
   * Must contain a complete legal description

## SETTLEMENT INSTRUCTIONS:

7. When Closing Agent is satisfied that Closing Agent is in the position to issue the Final Title Policy as described in paragraphs 1-6 of this section, then Closing Agent may pay in full the following item(s). Closing Agent must obtain current payoffs and utilize the appropriate per diem interest to insure that the payoff is accurate and acceptable to the prior lender. No disbursement may be made payable directly to a home improvement contractor.

   | Company | Amount | Item # |
   |---|---|---|
   | NATIONAL CITY MORTGAGE | $323,608.00 | |
   | Edwin Parada | $200,000.00 | |

   Any excess funds must be refunded directly to the borrower(s) within 10 days of disbursement. A copy of the refund check must be forwarded to the Lender at the address shown below.

   The total consideration in this transaction except for Lender's loan fees and approved secondary financing, if any, must pass in the form of cash through Closing Agent's escrow. If the loan is short to close, the borrower(s) must provide certified funds. Do not record Lender's Deed of Trust/Mortgage if Closing Agent has knowledge of a concurrent or subsequent escrow to be opened or closed upon completion of this escrow, which will transfer the subject property. If so, immediately notify the Lender's Funding Transaction Manager.

## HUD-1 SETTLEMENT STATEMENT INSTRUCTIONS:

Closing Agent must prepare a final HUD-1 Settlement Statement and accurately reflect the actual receipts and disbursements which should match those indicated on the Borrower's Disbursement Authorization form. If the fees are increased at the closing, Closing Agent must stop and contact the Lender's Transaction Manager. The Closing Agent must provide the lender with a certified copy of the preliminary/estimated HUD-1 Settlement Statement signed by the borrower(s) and returned with the closing documents within 24 hours. The Closing Agent must provide the Lender with a final written HUD-1 Settlement Statement. Closing the final HUD-1 Settlement Statement within 24 hours of disbursement. The lender does not accept hand written HUD-1 Settlement Statements. Closing Agent is responsible for the accuracy of the preliminary/estimated HUD and the final HUD, including payoff amounts and mortgage tax where applicable. Submit all recordable instruments for recording within 24 hours of Lender's wiring of closing funds or expiration of rescission period, if applicable.

   * Record all original recordable instruments and send 2 certified copies of each to lender.
   * Funds cannot be disbursed until recording confirmation or intent to record is obtained.

   **Please forward the original and one copy of the Final Title Policies with plat map and a final HUD-1 to:**

   Argent Mortgage Company, LLC Its Successors and/or Assigns
   P.O. Box 5047 Rolling Meadows, IL 60008

## HAZARD INSURANCE REQUIREMENTS:

**INSURANCE LOSS PAYEE CLAUSE:**
Argent Mortgage Company, LLC, Its Successors and/or Assigns
P.O. Box 11056
Orange, CA 92856

**ON REFINANCE TRANSACTIONS:**
Homeowners Insurance must be paid through Closing if premium is due, past due or coming due within 30 days of closing. The premium must be shown as a disbursement on the final HUD-1.

If you have any questions or concerns regarding these instructions on loan documents, please contact the Lender's Funding Transaction Manager At (888) 311-4721

Thank You,

Argent Mortgage Company, LLC
One City Boulevard West, Orange, CA 92868

I hereby acknowledge and agree to disburse all loan funds as instructed by Argent Mortgage Company, LLC at the time of wiring. A separate final HUD-1 Settlement Statement will be required for each loan.

| | 32905 | Viki Raab | |
|---|---|---|---|
| Title Company/Attorney Acknowledgment Signature | Date | Print Name/Title | Date |

ClosingInst (06/04)

NC000094