SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>    Defendants. | Case No. CV08-0056 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VIKI RAAB AND NEW CENTURY TITLE COMPANY'S MOTION TO DISMISS**<br><br>Date: April 10, 2008<br>Time: 8:00 a.m.<br>Judge: Honorable William H. Alsup<br>Location: 450 Golden Gate Avenue<br>Courtroom 9<br>San Francisco, CA 94102 |

The Motion to Dismiss of Defendants Viki Raab ("Raab") and New Century Title Company ("New Century") (collectively, "Defendants"), came on regularly for hearing on Thursday, April 10, 2008, at 8:00 a.m., pursuant to notice, the Honorable William Alsup presiding. Having fully considered all of the pleadings and papers filed in support of and in opposition to the motion, all pleadings on file with the Court, all other matters of which the Court is permitted to take judicial notice and the arguments of counsel, this Court hereby rules as

1 follows:

2     IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND ORDERED that the Complaint against New Century and Raab is dismissed because it fails to meet the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure, merely lumps all of the defendants together, and fails to provide fair notice to New Century or Raab. Specifically:

    1.    The First Cause of Action for violation of the Truth in Lending Act ("TILA") and Regulation Z is dismissed against Raab because it is time-barred pursuant to 15 U.S.C. § 1640(e) and, in any event, does not apply to Raab who is not a "creditor" within the meaning of the statute.

    2.    The Second Cause of Action for violation of the Real Estate Settlement Procedures Act ("RESPA") is dismissed against New Century and Raab because it is time-barred pursuant to 12 U.S.C. § 2614, RESPA does not provide a private right of action for violations of its disclosure provisions, and is devoid of any factual allegations asserted against either New Century or Raab.

    3.    The Third Cause of Action for violation of the Fair Housing Act ("FHA") is dismissed against Raab because it is time-barred pursuant to 42 U.S.C. § 3613(a)(1)(A), does not apply to Raab because there are no factual allegations that she is engaged in the business of residential real estate-related transactions, and fails to state a claim because there are no factual allegations that Raab discriminated in any way against Plaintiff.

    4.    The Fifth Cause of Action for violation of California Civil Code Section 1632 ("Section 1632") is dismissed against New Century and Raab because there are no factual allegations that New Century or Raab negotiated anything with Plaintiff primarily in Spanish or that they are real estate brokers.

    5.    The Seventh Cause of Action for fraud is dismissed against New Century and Raab because it is not pled with sufficient particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure.

    6.    The Eighth Cause of Action for breach of fiduciary duty and the Ninth Cause of Action for breach of contract are dismissed against New Century and Raab because New Century

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

complied with the escrow instructions, and there are no factual allegations that Raab did anything to breach a fiduciary duty owed to Plaintiff or breach any contract with Plaintiff.

7. The Tenth Cause of Action for Rescission and Restitution is dismissed against New Century and Raab because rescission and restitution are remedies, not independent causes of action.

8. The Eleventh Cause of Action for violation of California's Unfair Competition Law ("UCL") is dismissed against New Century and Raab because Plaintiff has not alleged any particular conduct on the part of either New Century or Raab that is unlawful, unfair or fraudulent.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE WILLIAM ALSUP
DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

5982\004\NBIGLEY\1493671.1