1  SHARTSIS FRIESE LLP
   JOEL ZELDIN (Bar #51874)
2  SIMONE M. KATZ (Bar #246490)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  jzeldin@sflaw.com; skatz@sflaw.com
5
   Attorneys for Defendants
6  VIKI RAAB AND NEW CENTURY TITLE
   COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| 12 | RICARDO MARCELOS, | Case No.  CV08-0056 WHA |
|---|---|---|
| 13 | Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 14 | v. | |
| 15 | EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100, | Judge:  Honorable William H. Alsup
Complaint Filed:  January 4, 2008 |
| 21 | Defendants. | |

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associated persons, firms, partnerships, corporations (including parent corporations) or other entities have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. LandAmerica Financial Group, Inc.

2. Capital Title Group, Inc.

DATED: February 25, 2008        SHARTSIS FRIESE LLP

By: */s/ Simone M. Katz*
          SIMONE M. KATZ

Attorneys for Defendants
VIKI RAAB AND NEW CENTURY TITLE COMPANY

5982\004\NBIGLEY\1489479.1