BUCHALTER NEMER
A Professional Corporation
JASON E. GOLDSTEIN (State Bar No. 207481)
jgoldstein@buchalter.com
DAVID M. LIU (SBN: 216311)
dliu@buchalter.com
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:  (949) 760-1121
Facsimile:   (949) 720-0182

Attorneys for Defendant
Argent Mortgage Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>                    Plaintiff,<br><br>          v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>                    Defendants. | Case No.:  CV 08-00056 WHA<br><br>**NOTICE OF APPEARANCE OF JASON E. GOLDSTEIN AS COUNSEL FOR DEFENDANT ARGENT MORTGAGE COMPANY, LLC** |

NOTICE OF APPEARANCE OF JASON E. GOLDSTEIN AS COUNSEL
FOR DEFENDANT ARGENT MORTGAGE COMPANY

1    TO THE COURT AND ALL INTERESTED PARTIES:

2    Pursuant to Northern District General Order No. 45, the following firm and attorney is

3    appearing in this matter on behalf of Defendant Argent Mortgage Company, LLC ("Argent"):

4
        Jason E. Goldstein (State Bar No. 207481)
5        Buchalter Nemer, A Professional Corporation
        18400 Von Karman Avenue, Suite 800
6        Irvine, California 92612
        Telephone:  (949) 760-1121
7        Facsimile:  (949) 224-6477
        Email:  jgoldstein@buchalter.com
8

9    DATED:  February 25, 2008              BUCHALTER NEMER
                                            A Professional Corporation
10

11                                          By:  _____/s/ Jason E. Goldstein_____
12                                               DAVID M. LIU
                                                 Attorneys for Defendant
13                                               ARGENT MORTGAGE COMPANY, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.