# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF APPEARANCE OF JASON E. GOLDSTEIN AS COUNSEL FOR DEFENDANT ARGENT MORTGAGE COMPANY, LLC**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

☒    **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on February 25, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 25, 2008, at Irvine, California.

_____
Joanne D. Mealey-Hatch

_(Signature)_

1712193_1.DOC                                  3                              CV 08-00056 WHA

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

NOTICE OF APPEARANCE OF JASON E. GOLDSTEIN AS COUNSEL
FOR DEFENDANT ARGENT MORTGAGE COMPANY