United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-00056 WHA<br><br>**ORDER GRANTING<br>PRELIMINARY INJUNCTION** |

　　　　This order grants plaintiff Ricardo Marcelos a preliminary injunction enjoining the owners of the loan, Countrywide, and the agents for Countrywide from foreclosing on Mr. Marcelos' home pending the resolution of this action. The five-thousand dollar bond will remain in place. Plaintiffs will also pay $1900 per month on the first day of each month into a fund established and maintained by plaintiff's counsel, said fund to be kept intact and not to be used for litigation expenses or fees. The Court and defendants must be immediately informed if plaintiff misses a payment.

　　　　Discovery will proceed on the expedited schedule described during the hearing on February 26, 2008. There will be a case management conference on April 24, 2008, at 11:00

a.m. All parties should be present (including the Paradas). Most discovery should be completed by then. The Court will set a trial date at the case management conference.

The Court finds that there are serious questions going to the merits regarding violations of the Truth in Lending Act, the right to rescind the loan based upon the alleged failure to receive notice of rescission, and the alleged theft of $200,000 in loan proceeds. The Court further finds that the balance of hardships tips sharply in plaintiff's favor. The failure to grant an injunction will result in the irreparable loss of the family home if the foreclosure were to go forth. *See First Brands Corp. V. Fred Meyers, Inc.*, 809 F.2d 1378, 1381 (9th Cir. 1987).

**IT IS SO ORDERED.**

Dated: February 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2