**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 26, 2008

Case No.  C 08-0056 WHA

Title: RICARDO MARCELOS v. EDWIN MAURICIO PARADA DOMINGUEZ

Plaintiff Attorneys: Michael Hale; Shirley Hochhausen

Defense Attorneys: Simone Katz; David Brooks; Steve Rood

Deputy Clerk:  Dawn Toland              Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   Plt's Motion for Preliminary Injunction - HELD

2)   

Continued to **4/24/08 at 11:00am**  for Further Case Management Conference

**ORDERED AFTER HEARING:**

The TRO is extended and the $5,000 bond posted by plaintiff shall remain in place.  On the first business day each month, plaintiff shall pay $1900 into an escrow fund account to be established and maintained by counsel.

Wide discovery shall commence on an expedited basis.  Court wants to know what the relationship was between Parada, Argent, Mahmud and Countrywide.  Countrywide and Mahmud shall turn over all emails and internal memos regarding Parada by 3/21/08.  Parties shall start taking depositions by March 31, 2008 to be completed by the last week of April.

Plaintiff shall send a letter to the Paradas regarding the schedule and make arrangements to have them deposed.

Plaintiff may also file a brief on the Truth and Lending Act which the Court will take under consideration at a later time.