1  LIUZZI, MURPHY & SOLOMON, LLP
   Martin D. Murphy (SBN 164669)
2  Michael E. Hale (SBN 245378)
   101 Montgomery St., 27th Floor
3  San Francisco, CA, 94104
4  T: (415) 543-5050
   F: (415) 543-3550
5
   COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
6  Shirley Hochhausen (SBN 145619)
7  2117(b) University Avenue
   East Palo Alto, CA 94303
8  T: (650) 326-6440

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT – SAN FRANCISCO DIVISION

12 RICARDO MARCELOS,              ) Case No.: 08-00056 WHA
                    Plaintiff,    )
13                                ) **STIPULATION AND [PROPOSED]**
14     v.                         ) **ORDER TO CONTINUE HEARING**
                                  ) **DEFENDANT COUNTRYWIDE'S**
15 EDWIN MAURICIO PARADA          ) **MOTION TO DISMISS**
   DOMINGUEZ, GLENDA PARADA,      )
16 LORENZO PARADA, VIKI RAAB,     ) Date of Hearing: March 20, 2008
   COUNTRYWIDE HOME LOANS,        ) Time: 8:00 a.m.
17 ARGENT MORTGAGE COMPANY,       ) Dept.: Courtroom 9, Fl 19, 450 Golden
   LLC, PRIMESTAR FINANCIAL       ) Gate Ave.
18 SERVICES, SHOAIB MAHMUD,       ) Judge: Honorable William H. Alsup
   FINANCIAL TITLE COMPANY,       )
19 NEW CENTURY TITLE COMPANY,     )
20 RECONTRUST COMPANY, N.A.       )
                                  )
21 AND DOES 1 through 100,        )
                                  )
22 Defendants.                    )

23     Plaintiff RICARDO MARCELOS and defendant COUNTRYWIDE HOME LOANS, INC.,

24 erroneously named and served as COUNTRYWIDE HOME LOANS ("COUNTRYWIDE")

25 stipulate to the following:

26     1. The date of the hearing of defendant COUNTRYWIDE'S motion to dismiss, currently

27        scheduled for March 20, 2008 at 8a.m. in courtroom 9, is now continued to April 10, 2008 at

28        8a.m. in courtroom 9.

---
Page 1
STIPULATION AND ORDER TO CONTINUE HEARING OF DEFENDANT COUNTRYWIDE'S MOTION TO DISMISS

2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant COUNTRYWIDE's motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.

3. Likewise, COUNTRYWIDE'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.

4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.

5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.

6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008				LIUZZI, MURPHY & SOLOMON, LLP

						By: _____
						Michael E. Hale (SBN 245378)
						Attorney for Plaintiff

Dated: February 27, 2008				COUNTRYWIDE HOME LOANS, INC.,

						By: _____
						David A. Brooks
						Attorney for
						Countrywide Home Loans, Inc.

IT IS SO ORDERED.

Dated:						By: _____
						Honorable Judge William H. Alsup

2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant COUNTRYWIDE's motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.

3. Likewise, COUNTRYWIDE'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.

4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.

5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.

6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale (SBN 245378)
Attorney for Plaintiff

Dated: February 27, 2008

COUNTRYWIDE HOME LOANS, INC.,

By: _____
David A. Brooks
Attorney for
Countrywide Home Loans, Inc.

IT IS SO ORDERED.

Dated:

By: _____
Honorable Judge William H. Alsup