LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>             Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>             Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF DEFENDANT ARGENT MORTGAGE COMPANY'S MOTION TO DISMISS**<br><br>Date of Hearing: March 20, 2008<br>Time: 8:00 a.m.<br>Dept.: Courtroom 9, Fl 19, 450 Golden Gate Ave.<br>Judge: Honorable William H. Alsup |

     Plaintiff RICARDO MARCELOS and defendant ARGENT MORTGAGE COMAPNY ("ARGENT") stipulate to the following:

1. The date of the hearing of defendant ARGENT'S motion to dismiss, currently scheduled for March 20, 2008 at 8a.m. in courtroom 9, is now continued to April 10, 2008 at 8a.m. in courtroom 9.
2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant ARGENT'S motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.
3. Likewise, ARGENT'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.
4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.
5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.
6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.
7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008                LIUZZI, MURPHY & SOLOMON, LLP

                                        By: _____
                                        Michael E. Hale (SBN 245378)
                                        Attorney for Plaintiff


Dated: February 27, 2008                BUCHALTER NEMER, APC

                                        By: _____
                                        David Liu
                                        Attorney for Argent Mortgage Company


IT IS SO ORDERED.

Dated:                                  By: _____
                                        Honorable Judge William H. Alsup

1. The date of the hearing of defendant ARGENT'S motion to dismiss, currently scheduled for March 20, 2008 at 8a.m. in courtroom 9, is now continued to April 10, 2008 at 8a.m. in courtroom 9.

2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant ARGENT'S motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.

3. Likewise, ARGENT'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.

4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.

5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.

6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008                LIUZZI, MURPHY & SOLOMON, LLP

                                        By: _____
                                        Michael E. Hale (SBN 245378)
                                        Attorney for Plaintiff


Dated: February 27, 2008                BUCHALTER NEMER, APC

                                        By: _____
                                        David Liu
                                        Attorney for Argent Mortgage Company

IT IS SO ORDERED.

Dated:                                  By: _____
                                        Honorable Judge William H. Alsup

---

Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF DEFENDANT ARGENT MORTGAGE COMPANY'S MOTION TO DISMISS