LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br><br>Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DEFENDANT COUNTRYWIDE'S MOTION TO DISMISS**<br><br>Date of Hearing: March 20, 2008<br>Time: 8:00 a.m.<br>Dept.: Courtroom 9, Fl 19, 450 Golden Gate Ave.<br>Judge: Honorable William H. Alsup |

   Plaintiff RICARDO MARCELOS and defendant COUNTRYWIDE HOME LOANS, INC., erroneously named and served as COUNTRYWIDE HOME LOANS ("COUNTRYWIDE") stipulate to the following:

1. The date of the hearing of defendant COUNTRYWIDE'S motion to dismiss, currently scheduled for March 20, 2008 at 8a.m. in courtroom 9, is now continued to April 10, 2008 at 8a.m. in courtroom 9.

STIPULATION AND ORDER TO CONTINUE HEARING OF DEFENDANT COUNTRYWIDE'S MOTION TO DISMISS

2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant COUNTRYWIDE's motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.

3. Likewise, COUNTRYWIDE'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.

4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.

5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.

6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008                          LIUZZI, MURPHY & SOLOMON, LLP

                                                  By: _____
                                                  Michael E. Hale (SBN 245378)
                                                  Attorney for Plaintiff

Dated: February 27, 2008                          COUNTRYWIDE HOME LOANS, INC.,

                                                  By: _____
                                                  David A. Brooks
                                                  Attorney for
                                                  Countrywide Home Loans, Inc.

IT IS SO ORDERED.

Dated:                                            By: _____
                                                  Honorable Judge William H. Alsup

1  2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant COUNTRYWIDE's motion to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or March 20, 2008.

3. Likewise, COUNTRYWIDE'S reply brief will be due no less than 14 days before the hearing, or March 27, 2008.

4. In so doing, the parties will be consolidating this hearing with a hearing for a motion to dismiss filed by defendant NEW CENTURY that is to be heard on April 10, 2008 at 8a.m.

5. Prior enlargements of time were made by stipulation to permit more time to respond to the complaint for defendants COUNTRYWIDE and NEW CENTURY.

6. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

7. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: February 27, 2008

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale (SBN 245378)
Attorney for Plaintiff

Dated: February 27, 2008

COUNTRYWIDE HOME LOANS, INC.,

By: _____
David A. Brooks
Attorney for
Countrywide Home Loans, Inc.

IT IS SO ORDERED.

Dated: February 28, 2008.

By: _____
Honorable Judge William H. Alsup

*[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court Northern District California]*