Sanford Shatz (State Bar No. 127229)
David A. Brooks (State Bar No. 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone:   (818) 871-6073
Facsimile:   (818) 871-4669
E-Mail: David_Brooks@Countrywide.com

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
E-Mail: reboone@bryancave.com
        jajackson@bryancave.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-Mail: stephanie.blazewicz@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100,<br><br>    Defendants. | Case No. CV 08 0056 WHA<br><br>NOTICE OF ASSOCIATION OF COUNSEL AND APPEARANCE OF BRYAN CAVE LLP |

TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants COUNTRYWIDE HOME LOANS, INC. AND RECONTRUST COMPANY, N.A. ("Defendants") hereby associate Bryan Cave LLP as additional legal counsel for Defendants, effective immediately.

All pleadings, papers, court notices and orders should also be directed to:

>   Robert E. Boone III
>   Jennifer Jackson
>   BRYAN CAVE LLP
>   120 Broadway, Suite 300
>   Santa Monica, California  90401
>   Telephone:  (949) 223-7000
>   Facsimile:  (949) 223-7100
>   E-Mail:  reboone@bryancave.com
>   jajackson@bryancave.com

and

>   Stephanie Blazewicz
>   BRYAN CAVE LLP
>   2 Embarcadero Center, Suite 1410
>   San Francisco, CA  94111
>   Telephone:  (415) 675-3400
>   Facsimile:  (415) 675-3434
>   E-Mail:  stephanie.blazewicz@bryancave.com

Dated: March 11, 2008.                    Respectfully submitted,

SANFORD SHATZ
DAVID A. BROOKS

By:  /s/ David A. Brooks
     David A. Brooks

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
STEPHANIE BLAZEWICZ

By:  /s/ Robert E. Boone III
     Robert E. Boone III

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.