| | |
|---|---|
| 1 | Sanford Shatz (State Bar No. 127229) |
|   | David A. Brooks (State Bar No. 179716) |
| 2 | 5220 Las Virgenes Road, MS: AC-11 |
|   | Calabasas, California 91302 |
| 3 | Telephone:    (818) 871-6073 |
|   | Facsimile:    (818) 871-4669 |
| 4 | E-Mail: David_Brooks@Countrywide.com |

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
E-Mail: reboone@bryancave.com
           jajackson@bryancave.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail: stephanie.blazewicz@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, | Case No. CV 08 0056 WHA |
| Plaintiff, | PROOF OF SERVICE BY MAIL OF NOTICE OF ASSOCIATION OF COUNSEL AND APPEARANCE OF BRYAN CAVE LLP |
| v. | |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUST COMPANY, N.A. AND DOES 1 through 100, | |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On March 11, 2008, I served the foregoing document(s), described as **NOTICE OF ASSOCIATION OF COUNSEL AND APPEARANCE OF BRYAN CAVE LLP**, on the interested party(s) in this action, as follows:

>   Shirley Hochhausen
>   Community Legal Services
>   2117-B University Avenue
>   East Palo Alto, CA 94303

☒   (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒   (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 11, 2008, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

   /s/ June Smith
   June Smith