1  BUCHALTER NEMER
   A Professional Corporation
2  JASON E. GOLDSTEIN (State Bar No. 207481)
   jgoldstein@buchalter.com
3  DAVID M. LIU (SBN: 216311)
   dliu@buchalter.com
4  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
5  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
6

7  Attorneys for Defendant
   Argent Mortgage Company, LLC
8

9                UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

12 | RICARDO MARCELOS,                         | Case No.: CV 08-00056 WHA
13 |          Plaintiff,                       | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**
14 |   v.                                      |
15 | EDWIN MAURICIO PARADA                     |
   | DOMINGUEZ; GLENDA PARADA;                 |
16 | LORENZO PARADA; VIKI RAAB;                |
   | COUNTRYWIDE HOME LOANS;                   |
17 | ARGENT MORTGAGE COMPANY,                  |
   | LLC; PRIMESTAR FINANCIAL                  |
18 | SERVICES; SHOAIB MAHMUD;                  |
   | FINANCIAL TITLE COMPANY; NEW              |
19 | CENTURY TITLE COMPANY;                    |
   | RECONSTRUCT COMPANY, N.A.;                |
20 | AND DOES 1 THROUGH 100,                   |

21

22         Defendants.

23
24
25
26
27
28

BN 1795891v1                             1                              CV 08-00056 WHA
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

1  TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to United States District Court for the Northern District of California Local Rule 3-13, Defendant Argent Mortgage Company, LLC hereby gives notice that, pursuant to Rules 1.1, 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Argent has identified this lawsuit as a possible tag-along action to the Multidistrict Litigation pending in the United States District Court for the Northern District of Illinois, <u>In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, the Honorable Marvin E. Aspen, presiding.

This Multidistrict Litigation involves the lending practices of, among others, Argent, and the transfer of this lawsuit to this Multidistrict Litigation will conserve resources and promote an efficient determination of this action since this lawsuit also involves allegations regarding the lending practices of Argent.

DATED: March 12, 2008

BUCHALTER NEMER
A Professional Corporation


By:  _____/s/ Jason E. Goldstein_____
JASON E. GOLDSTEIN
Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
2117-B University Avenue
East Palo Alto, California 94303

☒    **BY MAIL**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on March 12, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐    **BY FACSIMILE AND MAIL**    I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Buchalter, Nemer's three Xerox 745 WorkCenter facsimile machine(s) [telephone number(s): (213) 896-0400, (213) 896-0411, (213) 896-0408], and (213) 896-0409 is(are) made a part of this proof of service pursuant to CRC §2008. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited in an envelope with the United States Postal Service this day in the ordinary course of business for mailing to the address(es) shown above. The envelope was sealed and placed for collection and mailing with the United States Postal Service at Buchalter Nemer in Irvine, California on March 12, 2008 following ordinary business practices.

BN 1796382v1

☐ **BY OVERNIGHT DELIVERY** On March 12, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐ **BY PERSONAL DELIVERY** On March 12, 2008, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on March 12, 2008, at Irvine, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 12, 2008, at Irvine, California.

Laura Urias

_____
(Signature)