Sanford Shatz (State Bar No. 127229)
David A. Brooks (State Bar No. 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone:    (818) 871-6073
Facsimile:    (818) 871-4669
E-Mail:  David_Brooks@Countrywide.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:  stephanie.blazewicz@bryancave.com

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone:    (949) 223-7000
Facsimile:    (949) 223-7100
EMail:   reboone@bryancave.com
         jajackson@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUST COMPANY, N.A. AND DOES 1 through 100,<br><br>    Defendants. | Case No. CV 08 0056 WHA<br><br>NOTICE OF FILING OF POTENTIAL TAG-ALONG ACTION |

SM01DOCS\672698.1

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND
2  THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that on December 13, 2005, the Judicial Panel on Multidistrict
4  Litigation ("JPML") entered an order transferring five cases based on allegedly predatory lending
5  practices by Ameriquest Mortgage Co. and related entities to the United State District Court,
6  Northern District of Illinois, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407
7  (MDL 1715, *In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*).

8  MDL Rule 7.5(e) provides:

9  Any party or counsel in actions previously transferred under section 1407 or under
10  consideration by the Panel for transfer under section 1407 shall notify the Clerk of the
11  Panel of any potential "tag-along actions" in which that party is also named or in which
12  that counsel appears.

13  Defendant Countrywide Home Loans, Inc. ("CHL") notified the JPML that this case is a
14  potential "tag-along action" that may be subject to the transfer to the Northern District of Illinois.
15  Such notification is attached as Exhibit A. The Clerk of the Panel may either (1) enter a
16  conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the
17  action should not be transferred, pursuant to MDL Rule 7.5(b).

18  Dated: March 13, 2008

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
STEPHANIE BLAZEWICZ

By: /s/ Robert E. Boone III
    Robert E. Boone III

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\672698.1                2

NOTICE OF FILING OF POTENTIAL TAG-
ALONG ACTION