BUCHALTER NEMER
A Professional Corporation
JASON E. GOLDSTEIN (State Bar No. 207481)
jgoldstein@buchalter.com
DAVID M. LIU (SBN: 216311)
dliu@buchalter.com
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Defendant
Argent Mortgage Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>                    Plaintiff,<br><br>     v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>                    Defendants. | Case No.: CV 08-00056 WHA<br><br>**DECLARATION OF JOSE LEAL** |

**DECLARATION OF JOSE LEAL**

I, Jose Leal, declare:

1.   I am a Manager of ACC Capital Holdings Corporation ("ACC").

2.   This declaration is based upon my own personal knowledge, and if sworn as a witness, I could and would testify to the facts set forth herein under oath.

BN 1818138v1                                              1                                       CV 08-00056 WHA

DECLARATION OF JOSE LEAL

3. Defendant Argent Mortgage Company, LLC ("Argent') and non-party Ameriquest Mortgage Company ("Ameriquest") are subsidiaries of ACC. Each loan funded by Argent is sold to Ameriquest as a matter of course. Argent does not directly sell any of its loans to any other entity.

4. Argent has funded 7,481 loans that have been sold by Ameriquest to Countrywide.

5. Argent has funded 48,847 loans that have been put into securitizations that have either been sold and/or service released to Countrywide.

6. Argent has funded 325 loans that were brokered by ND Financial, Inc. dba Primestar Financial Services.

7. Only 6 of the loans funded by Argent that were brokered by ND Financial, Inc. dba Primestar Financial Services were sold to Countrywide by Ameriquest. This does not include the subject loan to Ricardo Marcelos, as it was sold to an entity other than Countrywide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 18, 2008 at Orange, California.

_____
JOSE LEAL

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**DECLARATION OF JOSE LEAL**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
2117-B University Avenue
East Palo Alto, California 94303

☐ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on March 18, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY FACSIMILE AND MAIL** I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Buchalter, Nemer's three Xerox 745 WorkCenter facsimile machine(s) [telephone number(s): (213) 896-0400, (213) 896-0411, (213) 896-0408], and (213) 896-0409 is(are) made a part of this proof of service pursuant to CRC §2008. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited in an envelope with the United States Postal Service this day in the ordinary course of business for mailing to the address(es) shown above. The envelope was sealed and placed for collection and mailing with the United States Postal Service at Buchalter Nemer in Irvine, California on March 18, 2008 following ordinary business practices.

BN 1796382v1

3

| | |
|---|---|
| 1 | ☒ **BY OVERNIGHT DELIVERY** On March 18, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence. |

☐ **BY PERSONAL DELIVERY** On March 18, 2008, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on March 18, 2008, at Irvine, California.

☒ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 18, 2008, at Irvine, California.

Laura Urias     *(Signature)*

BN 1796382v1

2

**PROOF OF SERVICE**