|     |                                                                                                                                                                                                                                                                                                |                                                                                                                                                                                                                                                                                                                                                                                  |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>　　　　Defendants. | Case No.: CV 08-00056 WHA<br><br>[PROPOSED] ORDER ON DEFENDANT ARGENT MORTGAGE COMPANY'S EX PARTE APPLICATION FOR A STAY OF ALL PROCEEDINGS PENDING TRANSFER OF ACTION TO MDL 1715; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO FILE AND SERVE A MOTION FOR STAY<br><br>[Concurrently filed with Ex Parte Application; and Declarations of Jason E. Goldstein and Jose Leal] |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

1820424_1.DOC

1

ORDER ON ARGENT'S EX PARTE APPL. FOR STAY OF PROCEEDINGS

      The Court, having considered the Ex Parte Application of Defendant Argent Mortgage Company, LLC ("Argent") to stay all proceedings pending transfer of this action by the MDL, or alternatively, for an order shortening time to file a noticed motion for stay, and having considered all other papers filed in opposition or in support of the ex parte application, the Court hereby GRANTS the ex parte application as follows:

      1.    This action, including all discovery, is stayed in its entirety, pending a decision by the Judicial Panel on Multidistrict Litigation to transfer this case to MDL 1715 or by further order of this Court;

      Or

      2.    All discovery in this action is stayed pending a decision by the Judicial Panel on Multidistrict Litigation to transfer this case to MDL 1715 or by further order of this Court;

      Or

      3.    The Court orders that Argent will file a noticed motion for stay of all proceedings, on shortened notice, which will be heard by this Court on March ____, 2008, at ____ a.m. The notice of motion and motion for stay will be filed by March ___, 2008. Any opposition to the motion will be filed by March ___, 2008. Any reply in support of the motion will be filed by March ___, 2008.

IT IS SO ORDERED.

DATED: March ___, 2008

                                                _____
                                                THE HONORABLE WILLIAM A. ALSUP
                                                JUDGE, UNITED STATES DISTRICT COURT

1  Respectfully submitted by:

2  BUCHALTER NEMER
   A Professional Corporation
3  JASON E. GOLDSTEIN (State Bar No. 207481)
   jgoldstein@buchalter.com
4  DAVID M. LIU (SBN: 216311)
   dliu@buchalter.com
5  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
6  Telephone: (949) 760-1121
   Facsimile: (949) 720-0182
7
   Attorneys for Defendant
8  ARGENT MORTGAGE COMPANY, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER ON DFENDANT ARGENT MORTGAGE COMPANY'S EX PARTE APPLICATION FOR A STAY OF ALL PROCEEDINGS PENDING TRANSFER OF ACTION TO MDL 1715; OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME TO FILE AND SERVE A MOTION FOR STAY**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
2117-B University Avenue
East Palo Alto, California 94303

☐ **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on March 18, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐ **BY FACSIMILE AND MAIL**   I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Buchalter, Nemer's three Xerox 745 WorkCenter facsimile machine(s) [telephone number(s): (213) 896-0400, (213) 896-0411, (213) 896-0408], and (213) 896-0409 is(are) made a part of this proof of service pursuant to CRC §2008. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited in an envelope with the United States Postal Service this day in the ordinary course of business for mailing to the address(es) shown above. The envelope was sealed and placed for collection and mailing with the United States Postal Service at Buchalter Nemer in Irvine, California on March 18, 2008 following ordinary business practices.

BN 1796382v1

1  ☒   **BY OVERNIGHT DELIVERY**   On March 18, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐   **BY PERSONAL DELIVERY**   On March 18, 2008, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents.  The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause.  The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on March 18, 2008, at Irvine, California.

☒   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on March 18, 2008, at Irvine, California.

_____          _____
        Laura Urias                                   (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1796382v1

2

**PROOF OF SERVICE**