Sanford Shatz (State Bar No. 127229)
David A. Brooks (State Bar No. 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone:     (818) 871-6073
Facsimile:     (818) 871-4669
E-Mail:  David_Brooks@Countrywide.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA  94111
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-Mail:  stephanie.blazewicz@bryancave.com

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
EMail:   reboone@bryancave.com
             jajackson@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICARDO MARCELOS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUST COMPANY, N.A. AND DOES 1 through 100,<br><br>        Defendants. | Case No. CV 08 0056 WHA<br><br>DECLARATION OF ROBERT E. BOONE III IN SUPPORT OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S *EX PARTE* APPLICATION FOR A STAY OF THE DISCOVERY ORDER, DATED FEBRUARY 26, 2008, PENDING TRANSFER OF THE CASE TO MDL 1715<br><br>[FILED CONCURRENTLY WITH *EX PARTE* APPLICATION FOR A STAY OF DISCOVERY; MEMORANDUM OF POINTS & AUTHORITIES & [PROPOSED] *EX PARTE* ORDER] |

DECLARATION OF ROBERT E. BOONE III
CV-08-0056 (WHA)

I, ROBERT E. BOONE III, declare:

1. I am an attorney duly licensed to practice law before all the courts of the State of California and the United States District Court for the Northern District of California. I am a partner in the law firm of Bryan Cave LLP, counsel of record for defendants Countrywide Home Loans, Inc. ("CHL"). I have personal knowledge of the facts set forth below, and if called upon to testify regarding such facts, I could and would competently do so.

2. I make this declaration in support of Defendants' *Ex Parte* Application for a Stay of the Discovery Order, dated February 26, 2008 (the "Discovery Order") Pending Transfer Of The Case To MDL 1715.

**A.   CHL'S Efforts to Comply With This Court's Discovery Order**

3. Since the February 26, 2008 hearing, CHL has been working diligently to comply with the Discovery Order, including retaining my firm as outside counsel to assist with that effort, and will continue to do so as long as the Discovery Order is in effect.

4. CHL has already produced to Plaintiff's counsel a copy of Plaintiff's loan origination file CHL received when it acquired the servicing rights to Plaintiff's loan.

5. CHL's loan originating divisions have searched for loans involving Plaintiff's mortgage brokers, Primestar Financial Services and Shoaib Mahmud (collectively "Primestar") or Primestar's alleged agents and Plaintiff's purported real estate agent/financial advisors, Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada and Viki Raab (collectively the "Paradas").

6. Thus far, CHL's retail divisions have not found any loans involving Primestar or the Paradas. (Those divisions obviously would not be involved with any Argent Mortgage Company, LLC ("Argent") originated loans.)

7. CHL's wholesale division, which originates loans through mortgage brokers, has not identified any loans involving Primestar or the Paradas.

SM01DOCS\672610.2

DECLARATION OF ROBERT E. BOONE III
CV-08-0056 (WHA)

8. CHL's divisions which acquire loans and/or the servicing rights to loans post-origination have been conducting a search to identify loans originated by Argent which involved Primestar or the Paradas.

9. Between 2002 and 2005, one such division acquired the servicing rights to approximately 78,000 loans originated by Argent. None of these servicing rights were acquired directly from Argent.

10. During that same time period, CHL purchased approximately 6,000 loans originated by Argent. None of these loans were acquired directly from Argent.

11. So far, this division has identified only six loans (not including Plaintiff's loan) out of the 84,000 loans originated by Argent which involved Primestar. Argent actually identified the six loans. None of the six loans appear to have involved the Paradas.

12. The only way CHL can identify any additional loans acquired by this division is to examine each of the approximately 84,000 loan files for documents evidencing involvement by the Paradas or Primestar. Since that would be impossible to do by the Court's March 21, 2008 deadline, CHL has examined a random sampling of those 84,000 loan files to determine if there are any loans involving Primestar and the Paradas besides the six already identified by Argent. None of the loans examined in the random sampling involved Primestar or the Paradas

13. Another division has identified 114 loans brokered by Primestar. None of these loans was originated by Argent and none of these loans appear to have involved the Paradas. That division does not have records of any relationship with the Paradas.

14. The loan files for any and all of the foregoing loans contain confidential personal and financial information the other borrowers. Such information is protected by various federal and state laws governing the privacy rights of those borrowers, and CHL cannot produce such information without written permission from those borrowers and/or compliance with consumer notice statutes.

15. In addition, CHL has located contract documents related to its acquisition of the subject loan from Goldman, and acquisition of other loans originated by Argent.

SM01DOCS\672610.2                                3

DECLARATION OF ROBERT E. BOONE III
CV-08-0056 (WHA)

1   16.   If required by the Court, CHL also will be prepared to produce witnesses to testify
2   about such documents.  CHL is continuing to look for additional responsive documents.

**B.   The Documents Attached To The *Ex Parte* Application**

17.   Attached as Exhibit A is a true and correct copy of the Transfer Order, Docket No. 1715, *In re Ameriquest Mortgage Co. Mortgage lending Practices Litigation,* dated Dec. 13, 2005.

18.   Attached as Exhibit B is a true and correct copy of the Complaint (without exhibits) in the case of *Knox v. Ameriquest Mortgage Company et al.*, 05-00240 (N.D. Cal.).

19.   Attached as Exhibit C is a true and correct copy of the Joint Panel on Multidistrict Litigation's Conditional Transfer Order (CTO-36).

20.   Attached as Exhibit D is a true and correct copy of the court reporter's Transcript of Proceeding for the Court's preliminary injunction hearing on February 26, 2008.

21.    Attached as Exhibit E is a true and correct copy of the Civil Pretrial Minutes, dated February 26, 2008.

22.   Attached as Exhibit F is a true and correct copy of the letter and attached proposed stipulated protective order from Robert E. Boone III to all counsel, dated March 18, 2008.

23.   Attached as Exhibit G is a true and correct copy of the letter, dated February 21, 2008, from Argent counsel to the Joint Panel on Multidistrict Litigation ("JPML") requesting transfer of *Marcelos v. Dominguez* to MDL 1715 as a potential tag-along action.

24.   Attached as Exhibit H is a true and correct copy of the Argent's Notice of Pendency of Other Action or Proceeding (*i.e.*, the Tag-Along Notice) filed on March 12, 2008.

25.   Attached as Exhibit I is a true and correct copy of CHL's letter to the JPML (without exhibits), dated March 13, 2008, requesting transfer of *Marcelos v. Dominguez* to MDL 1715 as a potential tag-along action.

26.   Attached as Exhibit J is a true and correct copy of CHL's "Notice of Filing of Potential Tag-Along Action" (without exhibits), filed on March 13, 2008.

27.   Attached as Exhibit K is a true and correct copy of the Complaint (without

1  exhibits) in the case of *Belfeld v. Argent Mortgage Company et al., LLC*, 07-cv-00143 (W.D.
2  Mich.).
3     28.    Attached as Exhibit L is a true and correct copy of the Complaint (without exhibits)
4  in the case of *Gardner v. Ameriquest Mortgage Co. et al.* 08-cv-00744, (E.D. Pa.).
5     I declare under penalty of perjury pursuant to the laws of the United States of America that
6  the foregoing is true and correct.
7     Executed this 18th day of March, 2008, at Santa Monica, California.

        /s/ Robert E. Boone III

        Robert E. Boone III

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\672610.2     5

DECLARATION OF ROBERT E. BOONE III
CV-08-0056 (WHA)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On March 19, 2008, I served the foregoing document(s), described as

**DECLARATION OF ROBERT E. BOONE IN SUPPORT OF DEFENDANT COUNTRYWIDE HOME LOANS, INC.'S *EX PARTE* APPLICATION FOR A STAY OF THE DISCOVERY ORDER, DATED FEBRUARY 26, 2008, PENDING TRANSFER OF THE CASE TO MDL 1715**

on the interested party(s) in this action, as follows:

> Shirley Hochhausen
> Community Legal Services
> 2117-B University Avenue
> East Palo Alto, CA 94303

☒ **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒ **(BY OVERNITE EXPRESS)** I deposited in a box or other facility maintained by Overnite Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2008, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

    /s/ Sherri Gramza
Sherri Gramza