# EXHIBIT I



Robert E. Boone III
Direct: 310-576-2385
reboone@bryancave.com

March 13, 2008

**VIA FACSIMILE AND FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

    Re:    <u>In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>, MDL 1715

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, COUNTRYWIDE HOME LOANS, INC. ("CHL"), to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 1715:

> <u>Ricardo Marcelos v. Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, Viki Raab, Countrywide Home Loans, Argent Mortgage Company, LLC, Primestar Financial Services, Shoaib Mahmud, Financial Title Company, New Century Title Company, Recontrust Company, N.A. and Does 1 through 100</u>

This case, related to alleged predatory lending practices by Argent Mortgage Company, LLC, is pending in the United States District Court for the Northern District of California, San Francisco Division, Judge William H. Alsup, Civil Action No. CV 08-0056 (WHA). This case was originally filed in that court on January 4, 2008.

As the enclosed Complaint indicates (<u>see</u> Exhibit A), this action involves questions of fact that are common to the actions previously transferred to the

Bryan Cave LLP
120 Broadway
Suite 300
Santa Monica, CA 90401-2386
Tel (310) 576-2100
Fax (310) 576-2200
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com

Washington, DC
St. Louis

Clerk of the Panel
Judicial Panel on Multi-District Litigation
March 13, 2008
Page 2

Bryan Cave LLP

Northern District of Illinois and assigned to Judge Marvin E. Aspen. We respectfully request that your "tag-along" procedures be utilized to transfer the Marcelos action to Judge Aspen of the Northern District of Illinois for coordinated pre-trial proceedings.

Copies of this letter have been served on all counsel in the Marcelos action. Additionally, a copy of this letter is being filed with the District Court before whom the Marcelos action is pending. We have sent a copy of this submission to the Clerk of the Court for the Northern District of Illinois and to Judge Aspen, to whom the previously transferred predatory lending actions have been assigned. We have also enclosed the docket sheet for your reference (see Exhibit B).

Respectfully submitted,

Dated: March 13, 2008

BRYAN CAVE LLP
Robert E. Boone III
Jennifer A. Jackson

By: _____
Robert E. Boone III

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

Enclosures

cc:  Clerk of the Court
     United States District Court
     Northern District of California
     450 Golden Gate Ave., 16th Floor
     San Francisco, CA 94102

     Clerk of the Court
     United States District Court
     Northern District of Illinois
     Everett McKinley Dirksen
     United States Courthouse
     219 South Dearborn Street
     Chicago, IL 60604

SM01DOCS672676.1

Clerk of the Panel
Judicial Panel on Multi-District Litigation
March 13, 2008
Page 3

**Bryan Cave LLP**

Hon. Marvin E. Aspen
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse, Room 2568
219 South Dearborn Street
Chicago, IL 60604

Counsel in <u>Marcelos v. Dominguez</u>
    See attached service list

Clerk of the Panel
Judicial Panel on Multi-District Litigation
March 13, 2008
Page 4

**Bryan Cave LLP**

## Service List for Marcelos v. Dominguez

Martin D. Murphy, Esq.
Michael E. Hale, Esq.
Liuzzi, Murphy & Solomon, LLP
101 Montgomery Street, 27th Floor
San Francisco, CA 94104

Shirley Hochhausen, Esq.
Community Legal Services
2217-B University Avenue
East Palo Alto, CA 94303

Joel Zeldin, Esq.
Simone M. Katz, Esq.
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111

David M. Liu, Esq.
Jason E. Goldstein, Esq.
Buchalter Nemer
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612

Steven J. Rood, Esq.
Law Offices of Steve Rood
405 14th Street, Suite 212
Oakland, CA 94612