Sanford Shatz (State Bar No. 127229)
David A. Brooks (State Bar No. 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone:    (818) 871-6073
Facsimile:    (818) 871-4669
E-Mail: David_Brooks@Countrywide.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail: stephanie.blazewicz@bryancave.com

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
EMail:  reboone@bryancave.com
        jjackson@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC. AND
RECONTRUST COMPANY, N.A.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICARDO MARCELOS, | Case No. CV 08 0056 WHA |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A. AND DOES 1 through 100, | |
| Defendants. | |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

[PROPOSED] ORDER CV-08-0056

1    Defendant Countrywide Home Loans, Inc.'s ("CHL") *Ex Parte* Application for a stay of
2 discovery pending a determination by the Judicial Panel on Multidistrict Litigation regarding
3 transfer of the action to Multidistrict Litigation No. 1715, *In re Ameriquest Mortgage Co.*
4 *Mortgage Lending Practices Litigation* ("MDL 1715") or, alternatively, for an order shortening
5 time to file a noticed motion for a stay of discovery (*Ex Parte* Application) was submitted before
6 this Court, the Honorable William H. Alsup presiding, on March 19, 2008.

7    Having read and considered the Application, all papers submitted by the parties in support
8 or opposition, and good cause appearing:

9    [IT IS HEREBY ORDERED that CHL's *Ex Parte* Application is GRANTED. Discovery
10 is stayed in this action pending a decision on the transfer of this case to MDL 1715.]

11    [IT IS HEREBY ORDERED that CHL will file a noticed motion for a stay of discovery,
12 on shortened notice, which will be heard by the Court on March ____, 2008, at ____ a.m./p.m.
13 The notice of motion and motion for a stay of discovery will be filed by March ___, 2008. Any
14 opposition to the motion will be filed by March ____, 2008. Any reply in support of the motion
15 will be filed by March ___, 2008.]

16    IT IS SO ORDERED.

18 DATED: _____        _____
                                 Hon. William H. Alsup
19                               United States District Judge

22 Respectfully submitted by:
   **BRYAN CAVE LLP**

24 By:   /s/ Robert E. Boone III
            Robert E. Boone III
25          Jennifer A. Jackson

26 Attorneys for Defendant
   COUNTRYWIDE HOME
27 LOANS, INC.

Bryan Cave LLP
120 Broadway, Suite 300

[PROPOSED] ORDER CV-08-0056

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On March 19, 2008, I served the foregoing document(s), described as

**[PROPOSED] ORDER**

on the interested party(s) in this action, as follows:

> Shirley Hochhausen
> Community Legal Services
> 2117-B University Avenue
> East Palo Alto, CA 94303

☒ **(BY FAX)** I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (310) 576-2200 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

☒ **(BY OVERNITE EXPRESS)** I deposited in a box or other facility maintained by Overnite Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 19, 2008, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

                                                /s/ Sherri Gramza
                                                Sherri Gramza