**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

    Defendants.
                                     /

No. C 08-00056 WHA

**ORDER DENYING DEFENDANTS ARGENT MORTGAGE COMPANY'S AND COUNTRYWIDE HOME LOAN INC.'S *EX PARTE* APPLICATION FOR A STAY OF PROCEEDINGS PENDING TRANSFER OF ACTION TO MDL 1715**

      The motions are **DENIED** for the following reasons. *First*, as a procedural matter, nothing in these motions justifies *ex parte* communication with the Court. *Second*, at all events, the discovery that is currently underway inevitably will need to be taken, even if this action were transferred to MDL 1715. *Third*, there are clear-cut local issues involved in the present case that deserve prompt attention by counsel, such as the relationship between defendants Countrywide and the Paradas. The discovery previously ordered must continue without abatement.

      **IT IS SO ORDERED.**

Dated: March 19, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE