UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

        Plaintiff(s),

v.

EDWIN MAURICIO PARADA
DOMINGUEZ, et al.

        Defendant(s).

Case No. CV08-0056 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private entities; and

        (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/20/08

Dated: 3/20/08

[Party] NEW CENTURY TITLE COMPANY
      By HAROLD GROSSMAN

[Counsel] SIMONE M. KATZ (#246490)
      SHARTSIS FRIESE LLP

**PROOF OF SERVICE**

I, Elaine Woo, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On March 20, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

Case No.
CV08-0056 WHA

- 1 -
CERTIFICATE OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on March 20, 2008, in San Francisco, California.

*Elaine Woo*

Elaine Woo

5982\004\1499872.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.
CV08-0056 WHA          CERTIFICATE OF SERVICE