# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Ricardo Marcelos,

     Plaintiff(s),

       v.

Edwin Mauricio Parada Dominguez, et al.

     Defendant(s).

_____/

Case No. CV 08-0056 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Mar. 20, 2008

Dated: Mar. 20, 2008

Argent Mortgage Company, LLC
_____
[Party]

_____
Buchalter Nemer
[Counsel]

1

**PROOF OF SERVICE**

2

3          I am employed in the County of Orange, State of California.  I am over the age of 18 and

4    not a party to the within action.  My business address is at BUCHALTER NEMER, A

5    Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California  92612-0514.

6          On the date set forth below, I served the foregoing document described as:

7          **ADR CERTIFICATION BY PARTIES AND COUNSEL**

8

9    on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof

     in a sealed envelope as follows:

10

11   Shirley Hochhausen, Esq.
     2117-B University Avenue

12   East Palo Alto, California 94303

13

14

15   ☒    **BY MAIL**    I am readily familiar with the business' practice for collection and processing
     of correspondence for mailing with the United States Postal Service. The address(es) shown above

16   is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United
     States Postal Service at Buchalter Nemer in Irvine, California on March 20, 2008.  The envelope

17   was sealed and placed for collection and mailing with first-class prepaid postage on this date
     following ordinary business practices.

18

19   ☐    **BY FACSIMILE AND MAIL**    I caused the above-named document(s) to be sent via
     facsimile transmission to the law office(s) and facsimile number(s) stated above. The

20   transmission was reported as complete and without error.   A copy of the transmission report(s)
     properly issued by one or more of Buchalter, Nemer's three Xerox 745 WorkCenter facsimile

21   machine(s) [telephone number(s): (213) 896-0400, (213) 896-0411, (213) 896-0408], and (213)
     896-0409 is(are) made a part of this proof of service pursuant to CRC §2008.  I am readily

22   familiar with the business' practice for collection and processing of correspondence for mailing
     with the United States Postal Service.  The correspondence will be deposited in an envelope with

23   the United States Postal Service this day in the ordinary course of business for mailing to the

24   address(es) shown above.  The envelope was sealed and placed for collection and mailing with the
     United States Postal Service at Buchalter Nemer in Irvine, California on March 20, 2008

25   following ordinary business practices.

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1796382v1

**PROOF OF SERVICE**

☐    **BY OVERNIGHT DELIVERY**    On March 20, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents.  The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐    **BY PERSONAL DELIVERY**    On March 20, 2008, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents.  The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause.  The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on March 20, 2008, at Irvine, California.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on March 20, 2008, at Irvine, California.

_____          _____
            Laura Urias                                      (Signature)

**PROOF OF SERVICE**