```
 1  LIUZZI, MURPHY & SOLOMON, LLP
    Martin D. Murphy (SBN 164669)
 2  Michael E. Hale (SBN 245378)
    101 Montgomery St., 27th Floor
 3  San Francisco, CA, 94104
 4  T: (415) 543-5050
    F: (415) 543-3550
 5
    COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
 6  Shirley Hochhausen (SBN 145619)
 7  2117(b) University Avenue
    East Palo Alto, CA 94303
 8  T: (650) 326-6440

 9  Attorneys for Plaintiff
```

RECEIVED
JAN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br><br>    Defendants. | Case No. CV 08 0056<br><br>ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER |

TO DEFENDANTS EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, EDWIN ARTURO MARTINEZ, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.:

YOU, AND EACH OF YOU, ARE ORDERED TO SHOW CAUSE on January_____, 2008 or as soon thereafter as counsel may be heard in located at 450 Golden Gate Avenue in San

1  Francisco, California, why you, your agents, assigns and those acting in concert with you, should not
2  be restrained and enjoined pending trial from selling or attempting to sell the real property located at
3  4023 Folsom Avenue, San Francisco, CA 94110.  PENDING HEARING on the above Order To Show
4  Cause, you, your agents, servants, assigns and all those acting in concert with you ARE HEREBY
5  RESTRAINED AND ENJOINED from selling or attempting to sell the real property located at 4023
6  Folsom Street, San Francisco, CA 94110.  The above temporary restraining order is effective on
7  Plaintiff posting an undertaking the sum of $_____.  This order to show cause and
8  supporting papers must be served on defendants no later than_____days before the date set for
9  hearing and proof of service must be filed no later than_____days before the date set for hearing,
10 and service shall be filed no later than_____days before the Court hearing

12 Date: January_____2008
13 It is so ordered,

                    UNITED STATES DISTRICT COURT JUDGE

                    _____