1  SHARTSIS FRIESE LLP
   JOEL ZELDIN (Bar #51874)
2  SIMONE M. KATZ (Bar #246490)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  jzeldin@sflaw.com; skatz@sflaw.com
5
   Attorneys for Defendants
6  VIKI RAAB AND NEW CENTURY TITLE
   COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12  RICARDO MARCELOS,                    Case No.  CV08-0056 WHA

13          Plaintiff,                   **REQUEST FOR ORAL ARGUMENT**

14  v.

15  EDWIN MAURICIO PARADA                Date:      April 10, 2008
    DOMINGUEZ, GLENDA PARADA,            Time:      8:00 a.m.
16  LORENZO PARADA, VIKI RAAB,           Judge:     Honorable William H. Alsup
    COUNTRYWIDE HOME LOANS,              Location:  450 Golden Gate Avenue
17  ARGENT MORTGAGE COMPANY,                        Courtroom 9
    LLC, PRIMESTAR FINANCIAL                        San Francisco, CA 94102
18  SERVICES, SHOAIB MAHMUD,
    FINANCIAL TITLE COMPANY, NEW         Complaint Filed:   January 4, 2008
19  CENTURY TITLE COMPANY,
    RECONTRUST COMPANY, N.A., AND
20  DOES 1 through 100,

21          Defendants.

---

Case No.                REQUEST FOR ORAL ARGUMENT
CV08-0056 WHA

1  Pursuant to this Court's standing orders, Defendants New Century Title Company ("New Century") and Viki Raab ("Raab") respectfully request that this Court hear oral argument on New Century and Raab's motion to dismiss Plaintiff's Complaint set for hearing on April 10, 2008 at 8:00 a.m. in Courtroom 9.  Attorney Simone M. Katz, counsel for New Century and Raab who will argue the motion to dismiss, has been out of law school for less than four years.  *See* Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup at ¶ 6.

DATED:       March 27, 2008            SHARTSIS FRIESE LLP


                                        By: */s/ Simone M. Katz*
                                               SIMONE M. KATZ

                                        Attorneys for Defendants
                                        VIKI RAAB AND NEW CENTURY TITLE COMPANY

5982\004\SKATZ\1500464.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -
Case No.                REQUEST FOR ORAL ARGUMENT
CV08-0056 WHA