IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

    Defendants.
                                                /

No. C 08-00056 WHA

**ORDER GRANTING REQUEST FOR ORAL ARGUMENT**

    In light of counsel's request, the Court will hear oral argument on the motion to dismiss on **APRIL 10, 2008**, at **8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: March 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE