1   Sanford Shatz  (State Bar No. 127229)
    David A. Brooks (State Bar No. 179716)
2   5220 Las Virgenes Road, MS: AC-11
    Calabasas, California 91302
3   Telephone:     (818) 871-6073
    Facsimile:     (818) 871-4669
4   E-Mail:  David_Brooks@Countrywide.com

5   Robert E. Boone III (State Bar No. 132780)
    Jennifer Jackson (State Bar No. 192998)
6   BRYAN CAVE LLP
    120 Broadway, Suite 300
7   Santa Monica, California  90401
    Telephone:     (949) 223-7000
8   Facsimile:     (949) 223-7100
    E-Mail: reboone@bryancave.com
9          jajackson@bryancave.com

10  Stephanie Blazewicz (State Bar No. 240359)
    BRYAN CAVE LLP
11  2 Embarcadero Center, Suite 1410
    San Francisco, CA  94111
12  Telephone:     (415) 675-3400
    Facsimile:     (415) 675-3434
13  E-Mail:  stephanie.blazewicz@bryancave.com

14  Attorneys for Defendants,
    COUNTRYWIDE HOME LOANS, INC. AND
15  RECONTRUST COMPANY, N.A.

16

17              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                   SAN FRANCISCO DIVISION

19
    RICARDO MARCELOS,                          Case No. CV 08 0056 WHA
20
            Plaintiff,                         CERTIFICATE OF SERVICE BY
21                                             OVERNITE EXPRESS OF
        v.                                     DEFENDANT COUNTRYWIDE HOME
22                                             LOANS, INC.'S REPLY TO
    EDWIN MAURICIO PARADA DOMINGUEZ,           PLAINTIFF'S OPPOSITION TO
23  GLENDA PARADA, LORENZO PARADA, VIKI        MOTION TO DISMISS
    RAAB, COUNTRYWIDE HOME LOANS,
24  ARGENT MORTGAGE COMPANY, LLC,
    PRIMESTAR FINANCIAL SERVICES, SHOAIB
25  MAHMUD, FINANCIAL TITLE COMPANY,
    NEW CENTURY TITLE COMPANY,
26  RECONSTRUST COMPANY, N.A. AND DOES 1
    through 100,
27
            Defendants.
28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

672515                          1                        CV 08 0056 WHA

1    I am employed in the County of Los Angeles, State of California.  I am over the age of 18

2    and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa

     Monica, California 90401-2305.

3    On March 27, 2008, I served the document(s) described as **DEFENDANT**

4    **COUNTRYWIDE HOME LOANS, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO**

     **MOTION TO DISMISS**, which was electronically filed with this Court on March 27, 2008, on

5    the interested party(s) in this action, as follows:

6            Shirley Hochhausen
             Community Legal Services
7            2117-B University Avenue
             East Palo Alto, CA 94303

8

9        ☒    **(BY OVERNITE EXPRESS)**  I deposited in a box or other facility maintained by

     Overnite Express, an express carrier service, or delivered to a courier or driver authorized by said
10
     express carrier service to receive documents, a true copy of the foregoing document, in an
11
     envelope designated by said express service carrier, with delivery fees paid or provided (

12       ☒    (FEDERAL ONLY)  I declare that I am employed in the office of a member of the

     bar of this Court at whose direction the service was made.
13
         Executed on March 28, 2008, at Santa Monica, California.
14
         I declare under penalty of perjury under the laws of the United States of America and the
15
     State of California that the foregoing is true and correct.

16

17                                                          /s/ Sherri Gramza
                                                            Sherri Gramza
18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY OVERNITE EXPRESS OF COUNTRYWIDE'S REPLY
TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

1    I am employed in the County of Los Angeles, State of California. I am over the age of 18
2  and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa
   Monica, California 90401-2305.
3
4    On March 28, 2008, I served the foregoing document(s) described as **CERTIFICATE OF
   SERVICE BY OVERNITE EXPRESS OF DEFENDANT COUNTRYWIDE HOME
   LOANS, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**,
5  which was electronically filed with this Court on March 27, 2008, on the interested party(s) in this
6  action, as follows:

7           Shirley Hochhausen
           Community Legal Services
8           2117-B University Avenue
           East Palo Alto, CA 94303

9

10    ☒    **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed
11 envelope addressed to each interested party as set forth above. I placed each such envelope, with
   postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica,
12 California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of
   correspondence for mailing with the United States Postal Service. Under that practice, the
13 correspondence would be deposited in the United States Postal Service on that same day in the
   ordinary course of business.

14    ☒    (FEDERAL ONLY) I declare that I am employed in the office of a member of the
15 bar of this Court at whose direction the service was made.

16    Executed on March 28, 2008, at Santa Monica, California.

17    I declare under penalty of perjury under the laws of the United States of America and the
   State of California that the foregoing is true and correct.

18

19

20           /s/ Sherri Gramza
           Sherri Gramza

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

672515                          1                    CV 08 0056 WHA 1