1 | LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
2 | Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
3 | San Francisco, CA, 94104
4 | T: (415) 543-5050
F: (415) 543-3550
5 |
COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
6 | Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
7 | East Palo Alto, CA 94303
8 | T: (650) 326-6440

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>　　　　Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEPOSITION**<br><br>Date of Deposition: April 7, 2008 |

Plaintiff RICARDO MARCELOS and defendants COUNTRYWIDE HOME LOANS, INC. ("COUNTRYWIDE"), ARGENT MORTGAGE COMPANY, NEW CENTURY TITLE COMPANY ("NEW CENTURY"), VIKI RAAB, PRIMESTAR FINANCIAL SERVICES and SHOIAB MAHMUD hereby stipulate to the following:

1. The date of plaintiff MARCELOS' deposition, currently scheduled for April 7, 2008, will be moved to April 17, 2008 at a place and time to be determined. The deposition is being moved to accommodate scheduling conflicts.

2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be moved to the week of April 14, 2008, time and place to be determined, to accommodate scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most Knowledgeable" for deposition.

3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

4. The parties further agree that the parties have not waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: 4/2/08

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated:

BRYAN CAVE, LLP

By: _____
Robert E. Boone III
Attorney for defendant
Countrywide Home Loans, Inc.

Dated: 4/1/08

SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated:

LAW OFFICES OF STEVEN ROOD

By: _____
Steven J. Rood
Attorney for defendants
Primestar Financial Services and
Shoaib Mahmud

2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be moved to the week of April 14, 2008, time and place to be determined, to accommodate scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most Knowledgeable" for deposition.

3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

4. The parties further agree that the parties have not waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated:                                     LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated:                                     BRYAN CAVE, LLP

By: _____
Robert E. Boone III
Attorney for defendant
Countrywide Home Loans, Inc.

Dated:                                     SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated:                                     LAW OFFICES OF STEVEN ROOD

By: _____
Steven J. Rood
Attorney for defendants
Primestar Financial Services and
Shoaib Mahmud

1  2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be moved to the week of April 14, 2008, time and place to be determined, to accommodate scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most Knowledgeable" for deposition.

3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

4. The parties further agree that the parties have not waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: _____

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated: _____

BRYAN CAVE, LLP

By: _____
Robert E. Boone III
Attorney for defendant
Countrywide Home Loans, Inc.

Dated: _____

SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated: 4/2/08

LAW OFFICES OF STEVEN ROOD

By: /s/ Steven J. Rood
Steven J. Rood
Attorney for defendants
Primestar Financial Services and
Shoaib Mahmud

| | | |
|---|---|---|
| 1 | Dated: 3/31/08 | BUCHALTER NEMER |
| 2 | | By: /s/ David Liu |
| 3 | | David M. Liu |
| | | Attorney for defendant |
| 4 | | Argent Mortgage Co. |
| | IT IS SO ORDERED. | |
| 5 | Dated: | By: _____ |
| 6 | | Honorable Judge William H. Alsup |