LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>          Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>          Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEPOSITION**<br><br>Date of Deposition: April 7, 2008 |

Plaintiff RICARDO MARCELOS and defendants COUNTRYWIDE HOME LOANS, INC. ("COUNTRYWIDE"), ARGENT MORTGAGE COMPANY, NEW CENTURY TITLE COMPANY ("NEW CENTURY"), VIKI RAAB, PRIMESTAR FINANCIAL SERVICES and SHOIAB MAHMUD hereby stipulate to the following:

1. The date of plaintiff MARCELOS' deposition, currently scheduled for April 7, 2008, will be moved to April 17, 2008 at a place and time to be determined. The deposition is being moved to accommodate scheduling conflicts.

2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be moved to the week of April 14, 2008, time and place to be determined, to accommodate scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most Knowledgeable" for deposition.

3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

4. The parties further agree that the parties have not waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: 4/2/08

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated:

BRYAN CAVE, LLP

By: _____
Robert E. Boone III
Attorney for defendant
Countrywide Home Loans, Inc.

Dated: 4/1/08

SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated:

LAW OFFICES OF STEVEN ROOD

By: _____
Steven J. Rood
Attorney for defendants
Primestar Financial Services and
Shoaib Mahmud

STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S DEPOSITION

2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be moved to the week of April 14, 2008, time and place to be determined, to accommodate scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most Knowledgeable" for deposition.

3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

4. The parties further agree that the parties have not waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: _____                LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated: _____                BRYAN CAVE, LLP

By: _____
Robert E. Boone III
Attorney for defendant
Countrywide Home Loans, Inc.

Dated: _____                SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated: _____                LAW OFFICES OF STEVEN ROOD

By: _____
Steven J. Rood
Attorney for defendants
Primestar Financial Services and
Shoaib Mahmud

1  2. The date of defendants COUNTRYWIDE'S and ARGENT'S "Person Most
      Knowledgeable" deposition, currently scheduled for the week of March 31, 2008, will be
      moved to the week of April 14, 2008, time and place to be determined, to accommodate
      scheduling conflicts. On March 31, 2008, plaintiff identified "Persons Most
      Knowledgeable" for deposition.

2  3. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

3  4. The parties further agree that the parties have not waived any rights, remedies, or defenses
      by virtue of this stipulation.

IT IS SO STIPULATED.

Dated:                                          LIUZZI, MURPHY & SOLOMON, LLP

                                                By: _____
                                                    Michael E. Hale
                                                    Attorney for Plaintiff

Dated:                                          BRYAN CAVE, LLP

                                                By: _____
                                                    Robert E. Boone III
                                                    Attorney for defendant
                                                    Countrywide Home Loans, Inc.

Dated:                                          SHARTSIS FRIESE LLP

                                                By: _____
                                                    Simone M. Katz
                                                    Attorney for defendants
                                                    New Century Title Co. and Viki Raab

Dated: 4/2/08                                   LAW OFFICES OF STEVEN ROOD

                                                By: /s/ Steven J. Rood
                                                    Steven J. Rood
                                                    Attorney for defendants
                                                    Primestar Financial Services and
                                                    Shoaib Mahmud

| | | |
|---|---|---|
| 1 | Dated: 3/31/08 | BUCHALTER NEMER |
| 2 | | By: _____ |
| 3 | | David M. Liu |
| | | Attorney for defendant |
| 4 | | Argent Mortgage |
| | IT IS SO ORDERED. | |
| 5 | | |
| | Dated:  April 3, 2008. | By: _____ |
| 6 | | Honorable Judge William H. Alsup |

*[Seal: IT IS SO ORDERED / Judge William Alsup / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*