LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>        Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>        Defendants. | Case No.: 08-00056 WHA<br><br>**PLAINTIFF'S [PROPOSED] ORDER RE: ARGENT MORTGAGE CO.'S MOTION TO DISMISS**<br><br>Date: April 10, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 19, 450 Golden Gate<br>Judge: Honorable William H. Alsup |

Defendant ARGENT MORTGAGE CO.'S ("ARGENT") Motion to Dismiss was heard on April 10, 2008 in department 19 of the United States District Court in the Northern Division, San Francisco, the Honorable Judge Alsup presiding.

---

1

PLAINTIFF'S [PROPOSED] ORDER RE: ARGENT HOME LOANS, INC.'S MOTION TO DISMISS

Upon consideration of the briefs, oral argument and for good cause shown, IT IS HEREBY ORDERED THAT:

1. ARGENT'S motion to dismiss plaintiff's First Cause of Action alleging TILA violations is DENIED.

2. ARGENT'S motion to dismiss plaintiff's Second Cause of Action alleging RESPA violations is DENIED.

3. Plaintiff is granted leave to amend his Fourth Cause of Action alleging violations of the Equal Credit and Opportunity Act.

4. ARGENT'S motion to dismiss plaintiff's Fifth Cause of Action alleging violations of California Civil Code §1632 is DENIED.

5. ARGENT'S motion to dismiss plaintiff's Seventh Cause of Action alleging Fraud and Deceit is DENIED.

6. ARGENT'S motion to dismiss plaintiff's Eleventh Cause of Action alleging violations of California's Unfair Business and Practices Act is DENIED.

IT IS SO ORDERED.

Date: _____

Honorable Judge William H. Alsup