LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br><br>  Defendants. | )Case No.: 08-00056 WHA<br>)<br>)<br>)**PLAINTIFF'S [PROPOSED] ORDER RE:**<br>)**COUNTRYWIDE HOME LOANS, INC.'S**<br>)**MOTION TO DISMISS**<br>)<br>)<br>)Date: April 10, 2008<br>)Time: 8:00 a.m.<br>)Place: Courtroom 19, 450 Golden Gate<br>)Judge: Honorable William H. Alsup<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>). |

Defendant COUNTRYWIDE HOME LOANS, INC.'S ("COUNTRYWIDE") Motion to Dismiss was heard on April 10, 2008 in department 19 of the United States District Court in the Northern Division, San Francisco, the Honorable Judge Alsup presiding.

1        Upon consideration of the briefs, oral argument and for good cause shown, IT IS HEREBY

2    ORDERED THAT:

3    1.    COUNTRYWIDE'S motion to dismiss plaintiff's First Cause of Action alleging TILA

4        violations is DENIED.

5    2.    COUNTRYWIDE'S motion to dismiss plaintiff's Second Cause of Action alleging RESPA

6        violations is DENIED.

7    3.    COUNTRYWIDE'S motion to dismiss plaintiff's Third Cause of Action alleging FHA

8        violations is GRANTED.

9    4.    Plaintiff is granted leave to amend his Fourth Cause of Action alleging violations of the

10       Equal Credit and Opportunity Act.

11   5.    COUNTRYWIDE'S motion to dismiss plaintiff's Fifth Cause of Action alleging violations

12       of California Civil Code §1632 is DENIED.

13   6.    COUNTRYWIDE'S motion to dismiss plaintiff's Seventh Cause of Action alleging Fraud

14       and Deceit is DENIED.

15   7.    COUNTRYWIDE'S motion to dismiss plaintiff's Eleventh Cause of Action alleging

16       violations of California's Unfair Business and Practices Act is DENIED.

17

18   IT IS SO ORDERED.

19

20   Date:                               _____

21                                    Honorable Judge William H. Alsup

22

23

24

25

26

27

28

PLAINTIFF'S [PROPOSED] ORDER RE: COUNTRYWIDE HOME LOANS, INC.'S MOTION TO DISMISS