Sanford Shatz (State Bar No. 127229)
David A. Brooks (State Bar No. 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Facsimile: (818) 871-4669
E-Mail: David_Brooks@Countrywide.com

Robert E. Boone III (State Bar No. 132780)
Jennifer Jackson (State Bar No. 192998)
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-Mail: reboone@bryancave.com
jajackson@bryancave.com

Stephanie Blazewicz (State Bar No. 240359)
BRYAN CAVE LLP
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: stephanie.blazewicz@bryancave.com

Attorneys for Defendants,
COUNTRYWIDE HOME LOANS, INC.



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICARDO MARCELOS,

Plaintiff,

v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUST COMPANY, N.A. AND DOES 1 through 100,

Defendants.

Case No. CV 08 0056 WHA

STIPULATION RE WITHDRAWAL OF BRYAN CAVE LLP AS COUNSEL OF RECORD FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

DEFENDANT COUNTRYWIDE HOME LOANS, INC. ("CHL"), by and through its counsel of record, and BRYAN CAVE LLP hereby stipulate and agree as follows:

1. WHEREAS, at the initiation of the above-captioned action, CHL was represented by Sanford A. Shatz and David A. Brooks. On March 11, 2008, Robert E. Boone III, Jennifer Jackson and Stephanie Blacewicz of Bryan Cave LLP associated in as counsel of record for CHL in the above-captioned action;

2. WHEREAS, Bryan Cave LLP will no longer be representing CHL in the above-captioned action;

3. WHEREAS, Sanford A. Shatz and David Brooks will continue to represent CHL as its counsel of record in the above-captioned action;

4. WHEREFORE, CHL and Bryan Cave LLP hereby stipulate to have Bryan Cave LLP removed as counsel of record for CHL in the above-captioned action.

IT IS SO STIPULATED.

Dated: April 9, 2008.

SANFORD SHATZ
DAVID A. BROOKS

By: /s/ David A. Brooks
David A. Brooks

Attorneys for Defendant,
COUNTRYWIDE HOME LOANS, INC.

**BRYAN CAVE LLP**
ROBERT E. BOONE III
JENNIFER A. JACKSON
STEPHANIE BLAZEWICZ

By: /s/ Robert E. Boone III
Robert E. Boone III

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On April 9, 2008, I served the foregoing document(s), described as **STIPULATION RE WITHDRAWAL OF BRYAN CAVE LLP AS COUNSEL OF RECORD FOR DEFENDANT COUNTRYWIDE HOME LOANS, INC.**, on the interested party(s) in this action, as follows:

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 9, 2008, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/ June Smith
June Smith

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401