1  Sanford Shatz (SBN: 127229)
2  David A. Brooks (SBN: 179716)
   5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone:  (818) 871-6073
4  Facsimile:   (818) 871-4669
   E-Mail:  David_Brooks@Countrywide.com
5  Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC. and
6  RECONTRUST COMPANY, N.A.

7  BUCHALTER NEMER
   A Professional Corporation
8  JASON E. GOLDSTEIN (SBN: 207481)
   *jgoldstein@buchalter.com*
9  DAVID M. LIU (SBN: 216311)
   *dliu@buchalter.com*
10 18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
11 Telephone:  (949) 760-1121
   Facsimile:   (949) 720-0182

12
   Attorneys for Defendants
13 ARGENT MORTGAGE COMPANY, LLC and
   COUNTRYWIDE HOME LOANS, INC.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>    Defendants. | Case No.: CV 08-00056 WHA<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

BN 1710967v1                                       1                                  CV 08-00056 WHA
NOTICE OF ASSOCIATION OF COUNSEL

1  TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE THAT Defendant Countrywide Home Loans, Inc. hereby associates Buchalter Nemer as additional legal counsel, effective immediately.

All pleadings, papers, court notices and orders should continue to be directed to:

BUCHALTER NEMER
A Professional Corporation
Jason E. Goldstein (SBN: 207481)
*jgoldstein@buchalter.com*
David M. Liu (SBN: 216311)
*dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 224-6477

and

Sanford Shatz (SBN: 127229)
David A. Brooks (SBN: 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Facsimile: (818) 871-4669
E-Mail: David_Brooks@Countrywide.com

DATED: April 9, 2008

By: ___/s/ David A. Brooks___
DAVID A. BROOKS
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
RECONTRUST COMPANY, N.A.

DATED: April 9, 2008

BUCHALTER NEMER
A Professional Corporation

By: ___/s/ Jason E. Goldstein___
JASON E. GOLDSTEIN
Attorneys for Defendants
ARGENT MORTGAGE COMPANY, LLC
and COUNTRYWIDE HOME LOANS, INC.

BN 1710967v1                                2                              CV 08-00056 WHA

NOTICE OF ASSOCIATION OF COUNSEL