UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 10, 2008</u>

Case No.  <u>C 08-0056 WHA</u>

Title: <u>RICARDO MARCELOS</u> v. <u>DOMINGUEZ</u>

Plaintiff Attorneys: Michael Hale; Shirley Hochhausen

Defense Attorneys: Joel Zeldin; Simone Katz; Jason Goldstein

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Dfts New Century and Raab's Motion to Dismiss - Submitted                    </u>

2)   <u>Dft Argent's Motion to Dismiss - Submitted                                   </u>

3)   <u>Dft Countrywide's Motion for More Definite Statement - Submitted             </u>

**ORDERED AFTER HEARING:**

Motions taken under submission.