IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

    Defendants.
                                             /

No. C 08-00056 WHA

**ORDER RE PRELIMINARY INJUNCTION**

     Plaintiffs' counsel is ordered to file a statement showing the amounts and dates of the deposits made by plaintiff into the account we required as a condition of the preliminary injunction. This should be filed by **TUESDAY, APRIL 15, 2008**, at **NOON**, in declaration form.

    **IT IS SO ORDERED.**

Dated: April 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE