1  LIUZZI, MURPHY & SOLOMON, LLP
   Martin D. Murphy (SBN 164669)
2  Michael E. Hale (SBN 245378)
   101 Montgomery St., 27th Floor
3  San Francisco, CA, 94104
   T: (415) 543-5050
4  F: (415) 543-3550
   martin@lmslaw.com
5  hale@lmslaw.com

6

7  COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
   Shirley Hochhausen (SBN 145619)
8  2117(b) University Avenue
   East Palo Alto, CA 94303
9  T: (650) 326-6440
   s_hochhausen@hotmail.com
10

11 Attorneys for Plaintiff

12                     UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT – SAN FRANCISCO DIVISION

14 RICARDO MARCELOS,                        )Case No.:  08-00056 WHA
                              Plaintiff,    )
15                                          )
                                            )**DECLARATION OF MICHAEL E. HALE**
16    v.                                    )**IN RESPONSE TO ORDER RE**
                                            )**PRELIMINARY INJUNCTION**
17 EDWIN MAURICIO PARADA                    )
   DOMINGUEZ, GLENDA PARADA,                )
18 LORENZO PARADA, VIKI RAAB,               )Date Order Issued: April 11, 2008
   COUNTRYWIDE HOME LOANS, ARGENT )
19 MORTGAGE COMPANY, LLC,                   )
   PRIMESTAR FINANCIAL SERVICES,            )
20 SHOAIB MAHMUD, FINANCIAL TITLE           )
   COMPANY, NEW CENTURY TITLE               )
21 COMPANY, RECONTRUST COMPANY,             )
   N.A.                                     )
22                                          )
                                            )
23 AND DOES 1 through 100,                  )
                              Defendants.   )
24 _____  )

25

26         I, Michael E. Hale, declare as follows:

27 1.      I am an attorney at law, duly admitted to practice before this Court, and am an associate in

28         the law firm of Liuzzi, Murphy & Solomon, LLP.  I am one of the attorneys of record for

───────────────────────────────────────────────
1
DECLARATION OF MICHAEL E. HALE IN RESPONSE TO ORDER RE PRELIMINARY INJUNCTION

1    plaintiff RICARDO MARCELOS.  I make this declaration of my own personal knowledge,

2    and if called upon to do so, could and would competently testify thereto.

3    2.    In accordance with Judge Alsup's order re: the preliminary injunction issued February 26,

4    2008, plaintiff's counsel opened a client trust account with Wells Fargo Bank to be used

5    exclusively as a depository for funds to be paid by plaintiff and kept by plaintiff's counsel

6    and not to be used or otherwise disbursed until ordered by the court.

7    3.    On February 29, 2008, plaintiff's dutifully complied with the court's order by delivering to

8    plaintiff's counsel a check in the amount of $1,900.00 which was deposited into the client

9    trust account that day.

10   4.    On March 28, 2008, plaintiff's dutifully complied with the court's order by delivering to

11   plaintiff's counsel a check in the amount of $1,900.00 which was deposited into the client

12   trust account that day.

13

14   I declare the foregoing to be true and correct under penalty of perjury this 14th day of April, 2008 at

15   San Francisco, California.

16

17

18   MICHAEL E. HALE

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL E. HALE IN RESPONSE TO ORDER RE PRELIMINARY INJUNCTION