**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMOUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, N.A., and DOES 1 through 100,

    Defendants.

No. C 08-00056 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference, currently set for April 24, 2008, is hereby **CONTINUED** to **MAY 1, 2008, AT 11:00 A.M.** Please file a joint case management statement no later than April 24, 2008. All initial deadlines are **EXTENDED** accordingly.

    **IT IS SO ORDERED.**

Dated: April 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE