# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Ricardo Marcelos

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08 0056

v.

Edwin Mauricio Dominguez Parada, et. al.

WHA
E-Filing

TO: (Name and address of defendant)

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.

5700 Mission St., San Francisco, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Martin D. Murphy
Liuzzi, Murphy & Solomon, LLP
101 Montgomery St., 27th Fl
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

ANNA SPRINKLES

DATE January 4, 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 04/09/08 ; 1:30 P.M. |
| Name of SERVER JAQUELINE D MARCELOS | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
GUNTHER'S RESTAURANT
1057 EL CAMINO REAL
S. SAN FRANCISCO, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/08
Date

Signature of Server

Address of Server
4023 Folsom St
San Francisco CA 94110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure