1  LIUZZI, MURPHY & SOLOMON, LLP
   Martin D. Murphy (SBN 164669)
2  Michael E. Hale (SBN 245378)
   101 Montgomery St., 27th Floor
3  San Francisco, CA, 94104
4  T: (415) 543-5050
   F: (415) 543-3550
5
   COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
6  Shirley Hochhausen (SBN 145619)
   2117(b) University Avenue
7  East Palo Alto, CA 94303
8  T: (650) 326-6440

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT – SAN FRANCISCO DIVISION

12 RICARDO MARCELOS,                    ) Case No.: 08-00056 WHA
              Plaintiff,                )
13                                      ) **NOTICE OF DISMISSAL**
14     v.                               ) Fed. R. Civ. P. 41(a)(1)
                                        )
15 EDWIN MAURICIO PARADA DOMINGUEZ,     )
   GLENDA PARADA, LORENZO PARADA,       )
16 VIKI RAAB, COUNTRYWIDE HOME          )
   LOANS, ARGENT MORTGAGE COMPANY,      )
17 LLC, PRIMESTAR FINANCIAL SERVICES,   )
   SHOAIB MAHMUD, FINANCIAL TITLE       )
18 COMPANY, NEW CENTURY TITLE           )
   COMPANY, RECONTRUST COMPANY, N.A.    )
19                                      )
20 AND DOES 1 through 100,              )
              Defendants.               )
21

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23

24 PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff

25 RICARDO MARCELOS dismisses defendant VIKI RAAB from this action, and this defendant

26 only, without prejudice.

27

28 //

1 | Defendant VIKI RAAB has been served with process, and has not filed an answer or a motion for
2 | summary judgment. NEW CENTURY TITLE CO. is not being dismissed by this notice. Plaintiff
3 | has not dismissed any other action based on or including the same claim or claims as those
4 | presented in this action.

6 | Dated: April 25, 2008

LIUZZI, MURPHY & SOLOMON, LLP.

By: _____
Michael E. Hale
Attorney for Plaintiff