**LMS**
LIUZZI / MURPHY / SOLOMON

May 1, 2008

Honorable William J. Alsup
United States District Court
Northern District – San Francisco Division
450 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

    Re: *__Marcelos v. Parada, et. al.__*
         **Case No. CV080056 WHA**

Dear Judge Alsup:

    I have prepared this letter pursuant to your request today at the Case Management Conference in the above-referenced case.

    Defendant Edwin Parada has been served with the summons, complaint, and other required documents twice in this case. He was sub-served on January 22, 2008 at 142 Abbott Ave., Daly City, CA. The notice of initial case management conference was served on Edwin Parada at that time. The due diligence statement prepared by the process server and filed with the proof of service described the numerous attempts and locations where service was attempted on Edwin Parada. The affidavit of service was filed with the court on January 30, 2008.

    Next, Edwin Parada was personally served on April 9, 2008 with the summons, complaint and other required documents at Gunther's Restaurant at 1057 El Camino Real, South San Francisco, CA. During this service, Edwin Parada received both the notice of initial case management conference and the court's civil pretrial minutes of February 26, 2008 continuing the case management conference to April 24, 2008. Also, as part of the documents served on Edwin Parada, he was served with his notice of deposition scheduled for April 23, 2008. The affidavit of service was filed with the court on April 15, 2008. Plaintiff's counsel has had no other contact with Edwin Parada other than these completed service attempts.

    To the best of our knowledge, Edwin Parada's residence address is 5700 Mission St, San Francisco, CA 94112.

    Defendants Glenda and Lorenzo Parada were personally served with the summons, complaint, and other required documents on January 16, 2008. The notice of initial case management conference was part of the documents served on these defendants. The affidavit of service was filed with the court on January 30, 2008. Plaintiff's counsel has had no other contact with Glenda and Lorenzo Parada other than these completed service attempts.



        Thank you for the opportunity to allow the undersigned to review the case file more closely to respond to the Court's inquires.

Very truly yours,

/s/ Martin D. Murphy

Martin D. Murphy

101 MONTGOMERY STREET  /  27TH FLOOR / SAN FRANCISCO, CALIFORNIA 94104
T 415 543 5050  /  F 415 543 3550 / W LMSLAW.COM