**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,

    Defendants.

No. C 08-00056 WHA

**ORDER TO SHOW CAUSE TO DIRECT TO EDWIN MAURICIO PARADA DOMINGUEZ AND ORDER OF SERVICE BY UNITED STATES MARSHAL**

Edwin Maricio Parada Dominguez is ordered to appear in the United States District Court, Courtroom Number 9 on the 19th floor at 450 Golden Gate Avenue, San Francisco, California 94102, on **MAY 22, 2008, AT 3:00 PM**, and to show cause why he should not be held in contempt of court for (i) failing to appear at the duly noticed case management conference on May 1, 2008; (ii) failing to appear at his deposition; and (iii) failing to appear in this civil action despite service, it having been represented by plaintiff's counsel that proper notice and service of all three were given. The United States Marshal shall promptly serve this order personally on Edwin Maricio Parada Dominguez whose address is said to be 5700 Mission St., San

Francisco, California 94112. Mr. Parada is advised that failure to appear, as ordered above, may subject him to a bench warrant.

**IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2