**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 1, 2008

Case No.  C 08-0056 WHA

Title: RICARDO MARCELOS v. EDWIN MAURICIO PARADA DOMINGUEZ

Plaintiff Attorneys: Shirley Hochhausen; Martin Murphy

Defense Attorneys: Jason Goldstein; Simone Katz; Marc Janowitz for Steven Rood

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)  _____

Complete Initial Disclosures (Rule 26): 5/8/08

Discovery Cutoff: 7/31/08

Designation of Experts: 7/31/08

Last Day to File Motion: 8/28/08

Continued to _ for Further Case Management Conference

Continued to  **10/14/08 at 2:00pm**  for Pretrial Conference

Continued to  **10/20/08 at 7:30am**  for Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Chen for mediation/settlement conference. Plaintiff shall send a letter to the Court to confirm service and provide an address for Edwin Parada. Court will send notice to Mr. Parada.