**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,

    Defendants.
                                           /

No. C 08-00056 WHA

**ORDER STRIKING AMENDED COMPLAINT**

    Plaintiff filed an amended complaint on May 12, 2008. According to the case management order, "*leave* to add any new parties or pleading amendments must be sought by **MAY 8, 2008**" (Dkt. No. 101). Not only did plaintiff file the amended complaint *after* the deadline set by the case management order, but he filed it without seeking leave of the Court to do so. The amended complaint is therefore **STRICKEN**. Pursuant to FRCP 16, plaintiff may file a motion seeking leave to file an amended complaint after the deadline set forth in the case management order. The Court will grant leave to amend only upon a showing of good cause.

    **IT IS SO ORDERED.**

Dated: May 13, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE