**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,

    Defendants.

No. C 08-00056 WHA

**ORDER VACATING EARLIER ORDER STRIKING AMENDED COMPLAINT**

    The Court overlooked the order dated April 21, 2008, which stated that "[a]ny amended complaint must be filed by May 12, 2008, at noon" (Dkt. No. 101). Plaintiff rightfully filed an amended complaint by the aforementioned deadline. The earlier order striking the amended complaint (Dkt. No. 109) is hereby **VACATED**, and the amended complaint is not stricken.

    **IT IS SO ORDERED.**

Dated: May 14, 2008.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE