SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>    Defendants. | Case No. CV08-0056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY MAY FILE ITS ANSWER TO THE AMENDED COMPLAINT**<br><br>Judge:          Hon. William H. Alsup<br>Complaint Filed: January 4, 2008 |

Pursuant to Local Rule 6-1(a), Plaintiff Ricardo Marcelos ("Plaintiff") and Defendant New Century Title Company ("New Century") by and through they respective counsel, all subject to the approval of this Court, hereby stipulate that New Century will file its answer to the allegations of the operative pleadings within ten (10) days of this Court's Order on New Century's Motion to Dismiss the First Amended Complaint, which New Century intends to file on or before May 22, 2008, based upon the following facts and circumstances:

1. Plaintiff filed his Complaint on January 4, 2008.

2. New Century filed its Motion to Dismiss the Complaint on February 25, 2008.

3. The Court heard oral argument on New Century's Motion to Dismiss the Complaint on April 10, 2008.

4. The Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss on April 21, 2008. The Court granted New Century's Motion to Dismiss without leave to amend as to the claim under the Real Estate Settlement Procedures Act ("RESPA"), and with leave to amend as to the claim under California Civil Code Section 1632, the claim for fraud and deceit, the claim for rescission and restitution, the claim under California Business & Professions Code Section 17200, and the claim for punitive damages. The Court denied New Century's Motion to Dismiss as to the breach of contract and breach of fiduciary duty claims. The Court allowed Plaintiff until May 12, 2008, at noon, to file an amended complaint and allowed Defendants until May 22, 2008, to respond to the amended complaint.

5. On May 12, 2008, Plaintiff filed a First Amended Complaint ("FAC").

6. New Century intends to file a Motion to Dismiss various claims of the FAC on or before May 22, 2008.

7. The parties believe that judicial efficiency and economy will be promoted if New Century files its answer to the allegations of the operative pleadings, at the same time, once the pleadings are settled.

8. This extension does not alter the date of any event or any deadline already fixed by Court Order.

9. Local Rule 6-1(a) does not require a Court order when the change in the date for a responsive pleading will not alter the date of any event or any deadline already fixed by Court order.

10. The parties nevertheless want to ensure that the extension of time is acceptable to the Court.

1  Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

2  The time within which New Century may file its answer to the operative pleadings will be

3  within ten (10) days of this Court's Order on New Century's Motion to Dismiss the First

4  Amended Complaint, which New Century intends to file on or before May 22, 2008.

5  DATED:     May __, 2008                SHARTSIS FRIESE LLP

7  By:  */s/ Simone M. Katz*
            SIMONE M. KATZ

9  Attorneys for Defendant
   NEW CENTURY TITLE COMPANY

10 DATED:    May __, 2008                 LIUZZI, MURPHY & SOLOMON, LLP

12 By:  */s/ Michael E. Hale*
            MICHAEL E. HALE

14 Attorneys for Plaintiff
   RICARDO MARCELOS

1   Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

2   The time within which New Century may file its answer to the operative pleadings will be within ten (10) days of this Court's Order on New Century's Motion to Dismiss the First Amended Complaint, which New Century intends to file on or before May 22, 2008.

DATED:   May 16, 2008          SHARTSIS FRIESE LLP

                               By: _____
                                        SIMONE M. KATZ

                               Attorneys for Defendant
                               NEW CENTURY TITLE COMPANY

DATED:   May __, 2008          LIUZZI, MURPHY & SOLOMON, LLP

                               By: _____
                                        MICHAEL E. HALE

                               Attorneys for Plaintiff
                               RICARDO MARCELOS

---

Case No. CV 08-0056 WHA

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY MAY FILE ITS ANSWER TO THE FAC

- 3 -

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

The time within which New Century may file its answer to the operative pleadings will be within ten (10) days of this Court's Order on New Century's Motion to Dismiss the First Amended Complaint, which New Century intends to file on or before May 22, 2008.

DATED:   May ___, 2008         SHARTSIS FRIESE LLP

By: _____
SIMONE M. KATZ

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

DATED:   May 15, 2008          LIUZZI, MURPHY & SOLOMON, LLP

By: _____
MICHAEL E. HALE

Attorneys for Plaintiff
RICARDO MARCELOS

## **ORDER**

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered the time within which New Century may file its answer to the operative pleadings will be within ten (10) days of this Court's Order on New Century's Motion to Dismiss the First Amended Complaint, which New Century intends to file on or before May 22, 2008.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2008

HONORABLE WILLIAM H. ALSUP

5982\004\SKATZ\1510916.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -
Case No. CV 08-0056 WHA   STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY MAY FILE ITS ANSWER TO THE FAC