1  SHARTSIS FRIESE LLP
   JOEL ZELDIN (Bar #51874)
2  SIMONE M. KATZ (Bar #246490)
   One Maritime Plaza, Eighteenth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 421-6500
4  Facsimile:  (415) 421-2922
   Email:  jzeldin@sflaw.com; skatz@sflaw.com
5
   Attorneys for Defendant
6  NEW CENTURY TITLE COMPANY

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | RICARDO MARCELOS,              | Case No.  CV08-0056 WHA

13 |         Plaintiff,             | **CERTIFICATE OF SERVICE**

14 | v.                             |

15 | EDWIN MAURICIO PARADA          | Judge:    Honorable William H. Alsup
   | DOMINGUEZ, GLENDA PARADA,      | Complaint Filed:  January 4, 2008
16 | LORENZO PARADA, COUNTRYWIDE
   | HOME LOANS, ARGENT MORTGAGE
17 | COMPANY, LLC, PRIMESTAR
   | FINANCIAL SERVICES, SHOAIB
18 | MAHMUD, NEW CENTURY TITLE
   | COMPANY, RECONTRUST
19 | COMPANY, N.A., AND DOES 1 through
   | 100,
20 |
   |         Defendants.
21

Case No.                    CERTIFICATE OF SERVICE
CV08-0056 WHA

# PROOF OF SERVICE

I, Wendy Cornell, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On May 16, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH NEW CENTURY TITLE COMPANY MAY FILE ITS ANSWER TO THE AMENDED COMPLAINT**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA  94303

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 16, 2008, in San Francisco, California.

_____
WENDY CORNELL

5982\004\WCORNELL\1511136.1

- 1 -

Case No.
CV08-0056 WHA

CERTIFICATE OF SERVICE