LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>　　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL dba PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>　　　　　Defendants. | Case No.: 08-00056 WHA<br><br>**NOTICE OF STAY OF PROCEEDINGS AS TO DEFENDANT EDWIN PARADA/ PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>Judge: Honorable William H. Alsup |

TO ALL COUNSEL OF RECORD AND THE COURT:

Please take notice that it has recently come to plaintiff's attention that defendant EDWIN PARADA has filed for Chapter 7 bankruptcy in United States Bankruptcy Court, Northern District in

---

1
NOTICE OF STAY OF PROCEEDINGS AS TO DEFENDANT EDWIN PARADA/ PENDENCY OF OTHER ACTION OR PROCEEDING

1  San Francisco, Case No. 08-30337 DM 7.  EDWIN PARADA'S counsel in Bankruptcy Court is
2  Herbert Hayden of The New Tech Law Group, Inc. at 40931 Fremont Blvd. in Fremont CA, 94538
3  (510) 659-8884.  The Chapter 7 trustee is Andrea A. Wirum, Chapter 7 counsel is Daniel M. Linchey.
4  The US Trustee is Patricia A. Cutler.

   Pursuant to 11 USC §362(a), this places an "automatic stay" on the proceedings against
6  defendant EDWIN PARADA, and him only.  This stay does not extend to any other parties.  In
7  *Wedgeworth v Fibreboard Corp.* the Fifth Circuit held that if the debtor is one of several defendants in
8  a pending lawsuit, the automatic stay applies only to the debtor, not to the remaining defendants.
9  (1983, CA5 La) F2d 541, recalled, vacated, in part on other grounds (1983, CA5 La) 9 CBC2d 725, 37
10 FR Serv 2d 879.  Furthermore, the case has been able to proceed without him since the Complaint was
11 first filed given defendant EDWIN PARADA has not yet appeared and the case has moved along well
12 against.

   Although litigation against the debtor PARADA is stayed, the stay does not prohibit plaintiff
14 from taking discovery from him on matters relating to claims against other defendants.  *Groner v Miller*
15 *(In re Miller)* (BAP 9th Cir 2001) 262 BR 499.  Plaintiff reserves the right to subpoena debtor
16 PARADA for deposition as a third-party witness.

   Plaintiff will pursue a stipulation as to non-dischargeability and/or file a Complaint of non-
18 dischargeability in US Bankruptcy Court before the deadline of June 9, 2008.  This should not interfere
19 with the case at bar, but rather plaintiff will proceed as to all claims against defendant EDWIN
20 PARADA, and him only, in Bankruptcy Court.

22 I declare under penalty of perjury that the foregoing is true and correct.  Executed May 16, 2008 in San
23 Francisco, CA.

                                                                    */s/ Michael E. Hale*
                                                                    Michael E. Hale