IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARCELOS, | No. C 08-00056 WHA |
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE; AND VACATING HEARING** |
| EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100, | |
| Defendant. | |

Edwin Mauricio Parada Dominguez was ordered to appear in the United States District Court on May 22, 2008 to show cause why he should not be held in contempt of court. The United States Marshal was directed to serve the order personally on Edwin Mauricio Parada Dominguez. After repeated attempts to locate Edwin Mauricio Parada Dominguez, the United States Marshal was unable to serve him. Therefore, the order to show cause is discharged and the hearing is vacated.

**IT IS SO ORDERED.**

Dated: May 21, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\08-0056 discharging order to show cause.wpd