SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>Defendants. | Case No. CV08-0056 WHA<br><br>**DEFENDANT NEW CENTURY TITLE COMPANY'S NOTICE OF MOTION AND MOTION FOR THIS COURT TO DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS THE SECOND, THIRD, FOURTH, AND SEVENTH CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Date: July 3, 2008<br>Time: 8:00 a.m.<br>Judge: Honorable William H. Alsup<br>Location: 450 Golden Gate Avenue<br>Courtroom 9<br>San Francisco, CA 94102 |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Thursday, July 3, 2008 at 8:00 a.m., or as soon thereafter as may be heard by the Honorable William H. Alsup of the above-referenced Court, located at 450 Golden Gate Street, San Francisco, California, Defendant New Century Title Company ("New Century"), will and hereby does move pursuant to 28 U.S.C. § 1367(c)(2) for an order from this Court that it will decline to exercise supplemental jurisdiction over New Century because state law claims predominate over the sole federal claim, which federal claim is not asserted against New Century. In the alternative, New Century will and hereby does move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Second, Third, Fourth, and Seventh Causes of Action of the First Amended Complaint ("FAC") of Ricardo Marcelos ("Plaintiff") for failure to state a claim on which relief can be granted. More specifically, New Century moves to dismiss these claims as follows:

1. The Second Cause of Action for violation of California Civil Code Section 1632 ("Section 1632") for allegedly failing to provide Plaintiff with documents in Spanish fails to state a claim against New Century because Plaintiff has not pleaded any factual allegations that brings New Century within the purview of Section 1632.

2. The Third Cause of Action for fraud fails to state a claim against New Century because it is not pled with sufficient particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure and, more particularly, because Plaintiff has not adequately alleged reliance, which is an essential element of a fraud claim.

3. The Fourth Cause of Action for aiding and abetting fraud fails to state a claim against New Century because Plaintiff has failed to adequately alleged actual knowledge or substantial assistance, both of which are essential elements of an aiding and abetting claim.

4. The Seventh Cause of Action for violation of California's Unfair Competition Law ("UCL") fails to state a claim against New Century because Plaintiff has only asserted factual allegations relating to mortgage lending and lending practices, neither of which involves New Century, which provided only escrow services; has failed to allege any particular statute that New Century violated as a predicate for the UCL cause of action; and has failed to adequately allege

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1  any fraudulent conduct on the part of New Century.

2  This motion is based upon this Notice of Motion and Motion, the supporting
3  Memorandum submitted herewith, the pleadings and records on file in this action, all other
4  matters of which the Court is permitted to take judicial notice, and such argument and evidence as
5  may be presented at the hearing on this motion.

7  DATED: May 22, 2008            SHARTSIS FRIESE LLP

9                                  By: */s/ Simone M. Katz*
10                                          SIMONE M. KATZ

11                                  Attorneys for Defendant
                                    NEW CENTURY TITLE COMPANY

13  5982\004\SKATZ\1510865.1

- 2 -

Case No. CV08-0056 WHA   DEFENDANT NEW CENTURY TITLE COMPANY'S NOTICE OF MOT AND MOT TO DISMISS FIRST AMENDED COMPLAINT