SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>Defendants. | Case No. CV08-0056 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEW CENTURY TITLE COMPANY'S MOTION FOR THIS COURT TO DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS THE SECOND, THIRD, FOURTH, AND SEVENTH CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Date:      July 3, 2008<br>Time:      8:00 a.m.<br>Judge:     Honorable William H. Alsup<br>Location:  450 Golden Gate Avenue<br>           Courtroom 9<br>           San Francisco, CA 94102 |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

The Motion for this Court to Decline to Exercise Supplemental Jurisdiction, or in the alternative, to Dismiss the Second, Third, Fourth and Seventh Causes of Action of the First Amended Complaint for Failure to State a Claim of Defendant New Century Title Company ("New Century"), came on regularly for hearing on July 3, 2008, at 8:00 a.m., pursuant to notice, the Honorable William Alsup presiding.  Having fully considered all of the pleadings and papers filed in support of and in opposition to the motion, all pleadings on file with the Court, all other matters of which the Court is permitted to take judicial notice and the arguments of counsel, this Court hereby rules as follows:

IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND ORDERED that this Court will decline to exercise supplemental jurisdiction over New Century pursuant to 28 U.S.C. § 1367(c)(2) because state law claims predominate over the sole federal claim, which federal claim is not asserted against New Century, in the First Amended Complaint ("FAC") of Ricardo Marcelos ("Plaintiff").

IN THE ALTERNATIVE, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED AND ORDERED that the Second, Third, Fourth, and Seventh Causes of Action of the FAC are dismissed against New Century pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  Specifically:

1.    The Second Cause of Action for violation of California Civil Code Section 1632 ("Section 1632") for allegedly failing to provide Plaintiff with documents in Spanish fails to state a claim against New Century because Plaintiff has not pleaded any factual allegations that brings New Century within the purview of Section 1632.

2.    The Third Cause of Action for fraud fails to state a claim against New Century because it is not pled with sufficient particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure and, more particularly, because Plaintiff has not adequately alleged reliance, which is an essential element of a fraud claim.

3.    The Fourth Cause of Action for aiding and abetting fraud fails to state a claim against New Century because Plaintiff has failed to adequately alleged actual knowledge or

- 1 -

1    substantial assistance, both of which are essential elements of an aiding and abetting claim.

2        4.      The Seventh Cause of Action for violation of California's Unfair Competition Law

3    ("UCL") fails to state a claim against New Century because Plaintiff has only asserted factual

4    allegations relating to mortgage lending and lending practices, neither of which involves New

5    Century, which provided only escrow services; has failed to allege any particular statute that New

6    Century violated as a predicate for the UCL cause of action; and has failed to adequately allege

7    any fraudulent conduct on the part of New Century.

8        **IT IS SO ORDERED.**

9

10   DATED: _____

11                                       HONORABLE WILLIAM ALSUP
                                         DISTRICT COURT JUDGE
12                                       NORTHERN DISTRICT OF CALIFORNIA

13   5982\004\SKATZ\1511379.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111