2. Commonwealth is substituted as a party to this action in place of New Century. Commonwealth hereby acknowledges actual notice of this suit and subjects itself to the personal jurisdiction of this Court in this action.

3. Rule 25(c) of the Federal Rules of Civil Procedure provides that a motion may be made to substitute a party based on a transfer of interest. However, the parties hereby stipulate that Commonwealth is substituted as a party for New Century, and no motion is therefore necessary.

4. While a Court order is not required for a substitution of parties, Plaintiff and New Century nevertheless want to ensure that the substitution of parties is acceptable to the Court.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth. Commonwealth is substituted as a party to this action in place of New Century.

DATED: May __, 2008            SHARTSIS FRIESE LLP


By:_____
   SIMONE M. KATZ

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

DATED: May 16, 2008            LIUZZI, MURPHY & SOLOMON, LLP


By:_____
   MICHAEL E. HALE

Attorneys for Plaintiff
RICARDO MARCELOS