SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, <br><br> Plaintiff, <br><br> v. <br><br> EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100, <br><br> Defendants. | Case No. CV08-0056 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY** <br><br> Judge:  Hon. William H. Alsup <br> Complaint Filed:  January 4, 2008 |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendant New Century Title Company ("New Century") by and through they respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

1. New Century is no longer a party to this action by reason of its dissolution and transfer of assets and liabilities to Commonwealth Land Title Company ("Commonwealth").

2. Commonwealth is substituted as a party to this action in place of New Century. Commonwealth hereby acknowledges actual notice of this suit and subjects itself to the personal jurisdiction of this Court in this action.

3. Rule 25(c) of the Federal Rules of Civil Procedure provides that a motion may be made to substitute a party based on a transfer of interest. However, the parties hereby stipulate that Commonwealth is substituted as a party for New Century, and no motion is therefore necessary.

4. While a Court order is not required for a substitution of parties, Plaintiff and New Century nevertheless want to ensure that the substitution of parties is acceptable to the Court.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth. Commonwealth is substituted as a party to this action in place of New Century.

DATED: May 21, 2008    SHARTSIS FRIESE LLP

By: */s/ Simone M. Katz*
    SIMONE M. KATZ

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

DATED: May 16, 2008    LIUZZI, MURPHY & SOLOMON, LLP

By: */s/ Michael E. Hale*
    MICHAEL E. HALE

Attorneys for Plaintiff
RICARDO MARCELOS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**ORDER**

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth. Commonwealth is substituted as a party to this action in place of New Century.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____, 2008

HONORABLE WILLIAM H. ALSUP

5982\004\SKATZ\1511024.1

Shartsis Friese LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111