SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>        Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>        Defendants. | Case No. CV08-0056 WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Honorable William H. Alsup<br>Complaint Filed: January 4, 2008 |

Case No.
CV08-0056 WHA

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I, NICOLE A. BIGLEY, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On May 22, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**DEFENDANT NEW CENTURY TITLE COMPANY'S NOTICE OF MOTION AND MOTION FOR THIS COURT TO DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS THE SECOND, THIRD, FOURTH, AND SEVENTH CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

**MEMORANDUM IN SUPPORT OF DEFENDANT NEW CENTURY TITLE COMPANY'S MOTION FOR THIS COURT TO DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS THE SECOND, THIRD, FOURTH, AND SEVENTH CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

**[PROPOSED] ORDER GRANTING DEFENDANT NEW CENTURY TITLE COMPANY'S MOTION FOR THIS COURT TO DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION, OR IN THE ALTERNATIVE, TO DISMISS THE SECOND, THIRD, FOURTH, AND SEVENTH CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

- 1 -

Case No.
CV08-0056 WHA

CERTIFICATE OF SERVICE

| | |
|---|---|
| ☐ | by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  (☐ by agreement / ☐ not by agreement) |
| ☐ | by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement) |

Shirley Hochhausen
Community Legal Services
2117-B University Avenue
East Palo Alto, CA  94303

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2008, in San Francisco, California.

*/s/ Nicole A. Bigley*
NICOLE A. BIGLEY

5982\004\NBIGLEY\1488117.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

- 2 -
Case No. CV08-0056 WHA        CERTIFICATE OF SERVICE