1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11    RICARDO MARCELOS,                      Case No.: CV 08-00056 WHA

12              Plaintiff,                   [PROPOSED] ORDER ON DEFENDANT
                                            ARGENT MORTGAGE COMPANY'S
13        v.                                 MOTION TO DISMISS PURSUANT TO
                                            FEDERAL RULE OF CIVIL PROCEDURE
14    EDWIN MAURICIO PARADA                  12(b)(6)
      DOMINGUEZ; GLENDA PARADA;
15    LORENZO PARADA; VIKI RAAB;            Date:      July 3, 2008
      COUNTRYWIDE HOME LOANS;              Time:      8:00 a.m.
16    ARGENT MORTGAGE COMPANY, LLC;        Place:     Courtroom 9
      PRIMESTAR FINANCIAL SERVICES;        Judge:     The Hon. William Alsup
17    SHOAIB MAHMUD; FINANCIAL TITLE
      COMPANY; NEW CENTURY TITLE
18    COMPANY; RECONSTRUCT
      COMPANY, N.A.; AND DOES 1
19    THROUGH 100,

20              Defendants.

21

22        Defendant Argent Mortgage Company, LLC's ("Argent") motion to dismiss pursuant to

23    Federal Rule of Civil Procedure 12(b)(6) certain of plaintiff Ricardo Marcelos' ("Plaintiff")

24    claims was heard on July 3, 2008, at 8:00 a.m. in Courtroom 9 of the above-entitled Court, the

25    Honorable William Alsup, presiding.  Jason E. Goldstein of Buchalter Nemer appeared on behalf

26    of Argent.  Other appearances were noted on the record.

27        The Court, having considered the evidence and points and authorities in support of and in

28    opposition to the motion, and after having heard argument from counsel:

1    IT IS ORDERED THAT Argent's motion to dismiss the following claims of Plaintiff is

2   GRANTED and that the following claims are dismissed, with prejudice:

3        1)      The third claim for relief for Argent's alleged fraud and deceit against Plaintiff;

4        2)      The fourth claim for relief for Argent's alleged aiding and abetting fraud; and

5        3)      The seventh claim for relief for Argent's alleged violation of Business &

6   Professions Code § 17200; and

7        4)      The allegations with respect to punitive damages as to Argent.

8        IT IS SO ORDERED.

9   DATED: July ____, 2008

10

11                                _____
                                  THE HONORABLE WILLIAM ALSUP
12                                JUDGE, UNITED STATES DISTRICT COURT FOR THE
                                  NORTHERN DISTRICT OF CALIFORNIA
13

14   Respectfully submitted by:

15   BUCHALTER NEMER
     A Professional Corporation
16   JASON E. GOLDSTEIN (SBN: 207481)
     *jgoldstein@buchalter.com*
17   18400 Von Karman Avenue, Suite 800
     Irvine, California 92612-0514
18   Telephone:  (949) 760-1121
     Facsimile:   (949) 720-0182
19
     Attorneys for Argent Mortgage Company, LLC and
20   Countrywide Home Loans, Inc.

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

[PROPOSED] ORDER ON ARGENT'S MOTION TO DISMISS UNDER FRCP 12(b)(6)

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER ON DEFENDANT ARGENT MORTGAGE COMPANY'S MOTION TO DIMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
2117-B University Avenue
East Palo Alto, California 94303

☒    **BY MAIL**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on May 22, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☐    **BY FACSIMILE AND MAIL**    I caused the above-named document(s) to be sent via facsimile transmission to the law office(s) and facsimile number(s) stated above. The transmission was reported as complete and without error. A copy of the transmission report(s) properly issued by one or more of Buchalter, Nemer's three Xerox 745 WorkCenter facsimile machine(s) [telephone number(s): (213) 896-0400, (213) 896-0411, (213) 896-0408], and (213) 896-0409 is(are) made a part of this proof of service pursuant to CRC §2008. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited in an envelope with the United States Postal Service this day in the ordinary course of business for mailing to the address(es) shown above. The envelope was sealed and placed for collection and mailing with the United States Postal Service at Buchalter Nemer in Irvine, California on May 22, 2008 following ordinary business practices.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 1796382v1

3

**PROOF OF SERVICE**

☐    **BY OVERNIGHT DELIVERY**    On May 22, 2008, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐    **BY PERSONAL DELIVERY**    On May 22, 2008, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on May 22, 2008, at Irvine, California.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 22, 2008, at Irvine, California.

_____          _____
          Laura Urias                                                      (Signature)