SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant
NEW CENTURY TITLE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>        Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>        Defendants. | Case No.  CV08-0056 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SUBSTITUTING PARTY**<br><br>Judge:         Hon. William H. Alsup<br>Complaint Filed:   January 4, 2008 |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendant New Century Title Company ("New Century") by and through they respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

    1.  New Century is no longer a party to this action by reason of its dissolution and transfer of assets and liabilities to Commonwealth Land Title Company ("Commonwealth").

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

2.  Commonwealth is substituted as a party to this action in place of New Century. Commonwealth hereby acknowledges actual notice of this suit and subjects itself to the personal jurisdiction of this Court in this action.

3.  Rule 25(c) of the Federal Rules of Civil Procedure provides that a motion may be made to substitute a party based on a transfer of interest. However, the parties hereby stipulate that Commonwealth is substituted as a party for New Century, and no motion is therefore necessary.

4.  While a Court order is not required for a substitution of parties, Plaintiff and New Century nevertheless want to ensure that the substitution of parties is acceptable to the Court.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth. Commonwealth is substituted as a party to this action in place of New Century.

DATED:      May 21, 2008                SHARTSIS FRIESE LLP


                                        By: /s/ Simone M. Katz
                                        _____
                                                SIMONE M. KATZ

                                        Attorneys for Defendant
                                        NEW CENTURY TITLE COMPANY

DATED:      May 16, 2008                LIUZZI, MURPHY & SOLOMON, LLP


                                        By: /s/ Michael E. Hale
                                        _____
                                                MICHAEL E. HALE

                                        Attorneys for Plaintiff
                                        RICARDO MARCELOS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

## <u>ORDER</u>

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth.  Commonwealth is substituted as a party to this action in place of New Century.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____ May 23, _____, 2008

_____
HONORABLE WILLIAM H. ALSUP

5982\004\SKATZ\1511024.1

*UNITED STATES DISTRICT COURT*
*IT IS SO ORDERED*
*Judge William Alsup*
*NORTHERN DISTRICT OF CALIFORNIA*

Case No. CV
08-0056 WHA          STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY

2. Commonwealth is substituted as a party to this action in place of New Century. Commonwealth hereby acknowledges actual notice of this suit and subjects itself to the personal jurisdiction of this Court in this action.

3. Rule 25(c) of the Federal Rules of Civil Procedure provides that a motion may be made to substitute a party based on a transfer of interest. However, the parties hereby stipulate that Commonwealth is substituted as a party for New Century, and no motion is therefore necessary.

4. While a Court order is not required for a substitution of parties, Plaintiff and New Century nevertheless want to ensure that the substitution of parties is acceptable to the Court.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

New Century is no longer a party to this action due to its dissolution and transfer of assets and liabilities to Commonwealth. Commonwealth is substituted as a party to this action in place of New Century.

DATED:     May __, 2008                      SHARTSIS FRIESE LLP


                                             By:_____
                                                    SIMONE M. KATZ

                                             Attorneys for Defendant
                                             NEW CENTURY TITLE COMPANY

DATED:     May 12, 2008                      LIUZZI MURPHY & SOLOMON, LLP


                                             By:_____
                                                    MICHAEL E. HALE

                                             Attorneys for Plaintiff
                                             RICARDO MARCELOS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No. CV
08-0056 WHA                    STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PARTY