Dbtf !4;19.dw11167.X I B!!!!!Epdvn f ou217!!!!!!Gjrhe!160160B119!!!!!Qbhf !2!pg3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,

    Defendants.

No. C 08-00056 WHA

**ORDER TO SHOW CAUSE TO DIRECT TO EDWIN MAURICIO PARADA DOMINGUEZ AND ORDER OF SERVICE BY UNITED STATES MARSHAL**

Edwin Maricio Parada Dominguez is ordered to appear in the United States District Court, Courtroom Number 9 on the 19th floor at 450 Golden Gate Avenue, San Francisco, California 94102, on **MAY 22, 2008, AT 3:00 PM**, and to show cause why he should not be held in contempt of court for (i) failing to appear at the duly noticed case management conference on May 1, 2008; (ii) failing to appear at his deposition; and (iii) failing to appear in this civil action despite service, it having been represented by plaintiff's counsel that proper notice and service of all three were given. The United States Marshal shall promptly serve this order personally on Edwin Maricio Parada Dominguez whose address is said to be 5700 Mission St., San

Case 3:08-cv-00056-WHA    Document 130    Filed 05/27/2008    Page 2 of 4
Dbtf !4;19.dw.11167.X I B!!!!!Epdvn foU217!!!!!!Gjrfie!16016O3119!!!!!Qbhf !3!pg3

1  Francisco, California 94112. Mr. Parada is advised that failure to appear, as ordered above,
2  may subject him to a bench warrant.

**IT IS SO ORDERED.**

Dated: May 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

AO 440 (Rev. 04/08) Civil Summons (Page 2)

C08-56 WHA

## Proof of Service

I declare under penalty of perjury that I served the _OSC_ in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    X (4) returning the summons unexecuted to the court clerk on  05/21/08 ; or

    (5) other (specify)  _See Attached_

_Unable to Locate Individual_.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

Date: 05/21/08

_Kelly_
Server's signature

_Kelly McGrath Sousa_
Printed name and title

450 Golden Gate Ave.
Server's address



**U.S. Department of Justice**

United States Marshals Service

Northern District of California

---

450 Golden Gate Ave Suite 15-2848
San Francisco, CA 94102

May 20, 2008

### Due diligence for C08-00056WHA Order to Show Cause

05/06/08 – Attempted service at 5700 Mission St. in San Francisco. That address is a tri-level multi-apartment building with a security gate. The mailboxes/doorbells do not have the occupant's name or even an apartment number associated with them. I rang all the doorbells with no success.
There is a realty sign on the building indicating the building is for sale. I called the Realty Office that is selling the building and talked to Jeanette Dane. She told me only the bottom unit is for sale and the other units are still occupied.

05/07/08 – Supervising Deputy McGowen checked 5700 Mission St. with negative results.
My supervisor informed me that earlier in the week, Ms. Dane made a 911 call to SFPD about Parada who was confronting her and she felt threatened by him. The responding officer was Ofc. McWilliams (#1227) of the Ingleside Station.

I called Ingleside Station to see if Ofc. McWilliams was there. I thought he might remember the call and possibly have gotten an address for him. Ofc. McWilliams was not there but I talked with Sergeant Karp. Sergeant Karp told me it was Ofc. McWilliams' day off and he would not return to work until Monday (05/12 @ 11:00am). I asked Sergeant Karp to leave Ofc. McWilliams a message to call me. She said she would. In the mean time, Sergeant Karp said she would check the Computer Aided Dispatch to see if there was any information about the call McWilliams responded to. Karp later called me and told me they had been extremely busy and she was not able to check the CAD.

05/13/08 – Ofc. McWilliams had not returned my call so I called the Ingleside station again. He was not there so, I left a second message for him to call me.
Deputy Keith Leong and I went to Parada's sister's house in S. San Francisco but no one was home. We also checked an address in San Francisco (20 Brazil) that came up in Parada's DMV printout. When cited for a Vehicle code violation, Parada was driving a vehicle that was registered to the San Francisco address.

Rodney Wong
Sp. Deputy
U. S. Marshals Service