LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>              Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL dba PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>              Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF DEFENDANT NEW CENTURY TITLE COMPANY'S, COUNTRYWIDE HOME LOANS, INC'S AND ARGENT MORTGAGE COMPANY, LLC'S MOTIONS TO DISMISS**<br><br>Date of Hearing: July 3, 2008<br>Time: 8:00 a.m.<br>Dept.: Courtroom 9, Fl 19, 450 Golden Gate<br>Judge: Honorable William H. Alsup |

Plaintiff RICARDO MARCELOS, defendant ARGENT MORTGAGE COMPANY, LLC ("ARGENT"), defendant COUNTRYWIDE HOME LOANS, INC. ("COUNTRYWIDE") and defendant NEW CENTURY TITLE COMPANY ("NEW CENTURY") stipulate to the following:

1. The date of the hearing of defendant ARGENT'S, COUNTRYWIDE'S and NEW CENTURY'S motions to dismiss, currently scheduled for July 3, 2008 at 8a.m. in courtroom 9, is now continued to July 10, 2008 at 8a.m. in courtroom 9.

2. In accordance with Civil Local Rule 7-7(d) governing the filing of oppositions and reply briefs for hearings moved by stipulation, plaintiff's opposition to defendant ARGENT'S, COUNTRYWIDE'S and NEW CENTURY'S motions to dismiss will be filed and served upon defendant's counsel no later than 21 days before the hearing, or June 19, 2008.

3. Likewise, defendants' reply briefs will be due no less than 14 days before the hearing, or June 26, 2008.

4. In so doing, the parties are not affecting or otherwise altering the schedule of the case.

5. The parties further agree that neither party has waived any rights, remedies, or defenses by virtue of this stipulation.

IT IS SO STIPULATED.

Dated: June 3, 2008                    LIUZZI, MURPHY & SOLOMON, LLP

                                       By: _____
                                       Michael E. Hale (SBN 245378)
                                       Attorney for Plaintiff

Dated: June 3, 2008                    BUCHALTER NEMER

                                       By: /s/ Jason Goldstein
                                       Jason E. Goldstein
                                       Attorney for Argent Mortgage Company,
                                       LLC and Countrywide Home Loans, Inc.

Dated: June 3, 2008                    SHARTSIS FRIESE, LLP

                                       By: /s/ Joel Zeldin
                                       Joel Zeldin
                                       Attorney for New Century Title Co.

IT IS SO ORDERED.

Dated:                                 By: _____
                                       Honorable Judge William H. Alsup

Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING OF DEFENDANT NEW CENTURY TITLE COMPANY'S, COUNTRYWIDE HOME LOANS' AND ARGENT MORTGAGE COMPANY'S MOTIONS TO DISMISS