**United States District Court**
For the Northern District of California

1

2

3

4

5

6             IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    RICARDO MARCELOS,                        No. C 08-00056 WHA

11              Plaintiff,

12       v.                                     **ORDER DENYING STIPULATED**
                                                **REQUEST TO CONTINUE**
13    EDWIN MAURICIO PARADA                     **HEARING OF DEFENDANT NEW**
      DOMINGUEZ, GLENDA PARADA,                 **CENTURY TITLE COMPANY'S,**
14    LORENZO PARADA, VIKI RAAB,                **COUNTRYWIDE HOME LOANS,**
      COUNTRYWIDE HOME LOANS, ARGENT            **INC.'S AND ARGENT**
15    MORTGAGE COMPANY, LLC,                    **MORTGAGE COMPANY, LLC'S**
      PRIMESTAR FINANCIAL SERVICES,             **MOTIONS TO DISMISS**
16    SHOAIB MAHMUD, FINANCIAL TITLE
      COMPANY, NEW CENTURY TITLE
17    COMPANY, RECONTRUST COMPANY,
      N.A., and DOES 1 through 100,
18
19              Defendant.

20    _____/

21          The Court has received the parties' stipulation and proposed order to continue the

22    hearing on defendants' motions to dismiss.  The parties wish to continue the hearing currently

23    scheduled for July 3, 2008, to July 10, 2008.  Good cause not shown, the stipulated request is

24    **DENIED**.

25

26          **IT IS SO ORDERED.**

27

28    Dated:  June 4, 2008.         _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE