IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

  v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, VIKI RAAB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,

    Defendant.

No. C 08-00056 WHA

**ORDER RE STIPULATION TO CONTINUE HEARING UNTIL JULY 10, 2008**

    Due to the parties' unavailability on July 3, 2008, and the Court's unavailability on July 10, 2008, the hearing on defendants' motions to dismiss is continued to **THURSDAY, JULY 17, 2008.** The previous order denying the parties' stipulated request to continue the hearing (Dkt. No. 132) is **VACATED**.

    **IT IS SO ORDERED.**

Dated: June 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE