1  Sanford Shatz (SBN: 127229)
   David A. Brooks (SBN: 179716)
2  5220 Las Virgenes Road, MS: AC-11
   Calabasas, California 91302
3  Telephone:  (818) 871-6073
   Facsimile:   (818) 871-4669
4  *David_Brooks@Countrywide.com*

5  Attorneys for Defendants
   Countrywide Home Loans, Inc., and
6  Recontrust Company, N.A.

7  BUCHALTER NEMER
   A Professional Corporation
8  Jason E. Goldstein (SBN: 207481)
   David M. Liu (SBN: 216311)
9  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
10 Telephone:  (949) 760-1121
   Facsimile:   (949) 720-0182
11 *jgoldstein@buchalter.com*
   *dliu@buchalter.com*
12
   Attorneys for Defendants
13 Argent Mortgage Company, LLC and
   Countrywide Home Loans, Inc.
14
15                    UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

17

18 RICARDO MARCELOS,                          Case No.:  CV 08-00056 WHA

19                          Plaintiff,        DEFENDANT COUNTRYWIDE HOME
                                              LOAN, INC.'S NOTICE OF NON-
20               v.                           OPPOSITION TO COUNTRYWIDE'S
                                              MOTION TO DISMISS PURSUANT TO
21 EDWIN MAURICIO PARADA                      FEDERAL RULE OF CIVIL PROCEDURE
   DOMINGUEZ; GLENDA PARADA;                  12(b)(6)
22 LORENZO PARADA; VIKI RAAB;
   COUNTRYWIDE HOME LOANS; ARGENT
23 MORTGAGE COMPANY, LLC;                     Date:      July 17, 2008
   PRIMESTAR FINANCIAL SERVICES;              Time:      8:00 a.m.
24 SHOAIB MAHMUD; FINANCIAL TITLE             Place:     Courtroom 9
   COMPANY; NEW CENTURY TITLE
25 COMPANY; RECONSTRUCT COMPANY,
   N.A.; AND DOES 1 THROUGH 100,
26
                           Defendants.
27

28

Plaintiff Ricardo Marcelos ("Plaintiff") has failed to file any opposition to defendant Countrywide Home Loans, Inc.'s ("Countrywide") motion to dismiss certain claims in Plaintiff's first amended complaint.

The hearing on Countrywide's motion to dismiss is set for July 17, 2008, and pursuant to Northern District Local Rule 7-3(a)-(b), any opposition or statement of non-opposition must be filed not less than 21 days before the hearing date, or by June 26, 2008.

Plaintiff has not filed any opposition or statement of non-opposition to Countrywide's motion to dismiss.  Plaintiff's failure to oppose any portion of the motion to dismiss should be deemed as Plaintiff's consent that the motion is meritorious in every respect, including the following as stated in the motion:

1)     The first claim for relief for Countrywide's alleged violation of the Truth in Lending Act fails because, as the servicer of the loan, Countrywide is not imputed with any assignee liability;

2)     The third claim for relief for Countrywide's alleged fraud and deceit against Plaintiff fails to state a claim for, among other reasons, it fails to satisfy the particularity requirements of Federal Rule of Civil Procedure 9(b).  Specifically, there is no allegation of any representation, let alone a misrepresentation, by a Countrywide employee or agent;

3)     The fourth claim for relief for aiding and abetting fraud fails for, among other reasons, Countrywide was not involved in the loan origination and therefore could not have known or acted to assist the Paradas in allegedly stealing money from Plaintiff;

4)     The seventh claim for relief for alleged violation of California Business and Professions Code section 17200 fails because Countrywide has not acted unfairly, unlawfully or fraudulently in servicing Plaintiff's loan, and Plaintiff has failed to allege that he lost any money or property due to Countrywide's conduct; and

5)     The claim for punitive damages in the fraud and deceit claim is barred because the claim is insufficiently pled, and the claim for punitive damages in the TILA cause of action is barred because TILA does not provide for punitive damages.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

2070975_1.DOC

- 1 -

CV 08-00056 WHA

DEF. COUNTRYWIDE HOME LOAN'S NOTICE OF NON-OPP. TO RULE 12(b)(6) MOTION TO DISMISS

1    Each of Plaintiff's claims above should be dismissed with prejudice against Countrywide.

2    DATED:  July 3, 2008                    BUCHALTER NEMER
                                            A Professional Corporation
3

4

5                                           By:  _____/s/ Jason E. Goldstein_____
                                                 JASON E. GOLDSTEIN
6                                                Attorneys for Defendants
                                                 ARGENT MORTGAGE COMPANY, LLC and
7                                                COUNTRYWIDE HOME LOANS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.