# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On the date set forth below, I served the foregoing document described as:

**DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S REPLY TO OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Shirley Hochhausen, Esq.
Community Legal Services
2117-B University Avenue
East Palo Alto, CA 94303

☒    **BY MAIL**    I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Irvine, California on July 3, 2008. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 3, 2008, at Irvine, California.

_____
Joanne D. Mealey-Hatch

_Joanne D. Mealey-Hatch_
(Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

**PROOF OF SERVICE**