**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.  C08-0056 WHA

Title: Marcelos  v. Dominguez

Plaintiff Attorneys:    Michael Hale, Martin Murphy

Defense Attorneys:    Jason Goldstein, Simone Katz

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)    Dft  New Century's Motion to Dismiss- Held.

2)    Dft  Countrywide's Motion to Dismiss - Held.

3)    Dft Argent Mortgage's Motion to Dismiss - Held.

**ORDERED AFTER HEARING:**

The Court takes the matters under submission.   Order to be issued by the Court.