SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant Commonwealth Land Title Company, successor-in-interest to New Century Title Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>      Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>      Defendants. | Case No. CV08-0056 WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:     Honorable William H. Alsup<br>Trial Date:  October 20, 2008<br>Complaint Filed:  January 4, 2008 |

# CERTIFICATE OF SERVICE

I, NICOLE A. BIGLEY, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 28, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**COMMONWEALTH LAND TITLE COMPANY'S ANSWER TO RICARDO MARCELOS' FIRST AMENDED COMPLAINT FOR INJUNCTIVE RELIEF, RESCISSION, RESTITUTION, DAMAGES, PUNITIVE DAMAGES AND ATTORNEY FEES**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

- 1 -
Case No. CV08-0056 WHA  CERTIFICATE OF SERVICE

1  Shirley Hochhausen
   Community Legal Services
2  2117-B University Avenue
   East Palo Alto, CA  94303
3

4
         I declare under penalty of perjury under the laws of the State of California that the
5
   foregoing is true and correct.
6
         Executed on July 28, 2008, in San Francisco, California.
7

8                                      */s/ Nicole A. Bigley*
                                       NICOLE A. BIGLEY
9
   5982\004\NBIGLEY\1488117.1
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No.                CERTIFICATE OF SERVICE
CV08-0056 WHA