**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**         August 5, 2008

**Court Reporter:**     FTR 080508 (6:41 - 6:58)

**Case No.:**     C-08-0056 WHA (EMC)

**Case Name:**    Ricardo Marcelos v. Edwin Mauricio Parada Dominguez, et al.

**Counsel:**
**Plf:**   Martin D. Murphy            **Def:**   Joel Zeldin
           Michael E. Hale                        Simone M. Katz
           Shirley Hochhausen                     Jason E. Goldstein
                                                  Steven Rood

**Outcome of Settlement Conference:**

          X            Settled – see Notes below

                       Partial settlement

                       Did not settle

                       Other:

**Notes:** Conditional Settlement reached.

**Time:** 9.5 hours


                                                  /s/
                                        Leni Doyle, Deputy Clerk



cc:    EMC, WHA