1 | Lorenzo Parada, Pro Se
5128 Canada Hills Drive
2 | Antioch, CA 94531

3 | Defendant, Pro Se
Making a Special Appearance
4

FILED

08 AUG -1 PM 12: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

RICARDO MARCELOS,

    Plaintiff,

EDWIN MAURICIO PARADA DOMINQUEZ, ET AL.,

    Defendants.

Case No.:   CV 08-00056 WHA

**NOTICE OF DISCHARGE IN BANKRUPTCY**

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Lorenzo Parada filed for relief under Chapter 7 of the United States Bankruptcy Code, on August 10, 2007, Case No. 07-42520, Northern District of California, Oakland Division.

Attached hereto as Exhibit A is a copy of the Discharge Order dated 4April 15, 2008. Any acts done between the filing of the petition and the order discharging debtor are void and in violation of the Automatic Stay. Prosecution of this case is in violation of the discharge order. Notice if further given that this is a no asset case and that under *In re: Breezley,* 994 F2d 1433 (9th Cir.1993), any prepetition dischargeable claim of an unlisted creditor is discharged.

Dated: July 23, 2008

                                                                          /s/ Lorenzo Parada
                                                                          Lorenzo Parada

---

NOTICE OF DISCHARGE IN BANKRUPTCY                                                                PAGE 1

Form CAodsc7

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California (Oakland)**

In re:
Lorenzo Balmore Parada
5128 Canada Hills Drive
Antioch, CA 94531

Perla Leticia Parada
5128 Canada Hills Drive
Antioch, CA 94531
           Debtor(s)

Case Number: 07-42520 EDJ 7
Chapter: 7

Debtor/Joint Debtor Social Security Number(s):
  xxx-xx-4583
  xxx-xx-4907

## DISCHARGE OF DEBTOR

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 4/15/08

By the Court:

Edward D. Jellen
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 46

— **EXHIBIT A** —

CAocsd7 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are **not** discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

This information is only ;_ general rules. Because the law i effect of the discharge in this c:   **EXHIBIT A**   _ire exceptions to these etermine the exact

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0971-4         User: jkrakue              Page 1 of 2              Date Rcvd: Apr 15, 2008
Case: 07-42520               Form ID: CAODSC7           Total Served: 49

The following entities were served by first class mail on Apr 17, 2008.
db          +Lorenzo Balmore Parada,    5128 Canada Hills Drive,    Antioch, CA 94531-8100
jdb         +Perla Leticia Parada,    5128 Canada Hills Drive,    Antioch, CA 94531-8100
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
cr          +Mortgage Electronic Registration Systems, Inc. ("M,    1665 Scenic Avenue. Suite 200,
               Costa Mesa, CA 92626-1441
8871093     +Calvary Portfolio Services,    7 Skyline Dr, 3rd Floor,    Hawthorne, NY 10532-2162
8868507     +Cavalry Portfolio Services, LLC,    7 Skyline Drive, Third Floor,    Hawthorne, NY 10532-2156
8871094     +Chevron,    Po Box 5010,    Concord, CA 94524-0010
8871095     +Citibank / Sears*,    P.O. Box 20363,    Kansas City, MO 64195-0363
8871096     +Corporate,    23220 Chagrin Suite 400,    Beachwood, OH 44122-5433
8881723     +Countrywide Home Loans,Inc.,    1665 Scenic Avenue. Suite 200.,    Costa Mesa, CA 92626-1441
8871099      Credit Protect Assoc,    1355 Noel Rd Suite 2100,    Dallas, TX 75240
8871100     +Credit Protect Assoc.*,    PO Box 802068,    Dallas, TX 75380-2068
8871103     +FBCS,    841 E Hunting Park Ave,    Philadelphia, PA 19124-4813
8871105     +GE Capital Consumer Cred Card /Macy's,    PO Box 8066,    Dayton OH 45040-8066
8871107     +GEMB / JC Penny,    Po Box 984100,    El Paso, TX 79998-4100
8871106     +GEMB / JC Penny,    Attn: Bankruptcy Dept,    4125 Windward Plaza, Bldg 300,
               Alpharetta, GA 30005-8738
8871109     +GEMB / Mervyns,    Po Box 981400,    El Paso, TX 79998-1400
8871108     +GEMB / Mervyns,    PO Box 103104,    Roswell, GA 30076-9104
8871110     +Montgomery Ward / MBGA/GE Money Bank*,    PO Box 103106,    Roswell, GA 30076-9106
8871112     +NCO Financial Systems*,    PO Box 4907,    Trenton, NJ 08650-4907
8871113      NCO Financial Systems/ Collection Agency,    PO 41448,    Philadelphia, PA 19101
8871111     +National Credit Corp,    7091 Orchard Lake Rd,    West Bloomfield, MI 48322-3654
8871114     +New Century Mortgage C,    18400 Von Karman Ave Ste,    Irvine, CA 92612-1514
8871115     +New Century Mtg/Carrington Loan Servicin,    1610 E. St. Andrew Pl,    Santa Ana, CA 92705-4931
8956546      Pallino Receivables III LLC,    c/o Jefferson Capital Systems LLC,    PO Box 23051,
               Columbus, GA 31902-3051
8896988     +Pallino Receivables III LLC,    51 JFK Pkwy 1st Floor,    West Short Hills, NJ 07078-2713
8871116     +Receivables Performanc,    1930 220th St Se Ste 101,    Bothell, WA 98021-8410
8871117     +Resurgent Capital Serv/Sherman Acq.,    PO Box 10587,    Greenville, SC 29603-0587
8871118     +Sears/CBSD,    8725 W Sahara Ave,    The Lakes, NV 89163-0001
8871121     +Wells Fargo,    PO Box 7648,    Boise, ID 83707-1648
8871122     +Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228-5445
8903484     +Wells Fargo Bank,    Overdraft Recovery Payment Pro. Dept.,    A0143-042,    P.O. Box 63491,
               San Francisco, Ca 94163-0001

The following entities were served by electronic transmission on Apr 16, 2008.
smg          EDI: CALTAX.COM Apr 16 2008 05:23:00     CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA 95812-2952
8871092     +EDI: CINGMIDLAND.COM Apr 16 2008 05:22:00      AT&T Wireless,    Attn: National Correspondence Team,
               PO box 6028,    Cerritos, CA 90702-6028
8864779     +EDI: ACCE.COM Apr 16 2008 05:22:00     Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
8864780     +EDI: ACCE.COM Apr 16 2008 05:22:00     Asset Acceptance LLC,
               Assignee Target/Retailers Natl Bank,    Po Box 2036,    Warren MI 48090-2036
8864783     +EDI: ACCE.COM Apr 16 2008 05:22:00     Asset Acceptance LLC,    Assignee Pacific Bell/AT&T,
               Po Box 2036,    Warren MI 48090-2036
8864781     +EDI: ACCE.COM Apr 16 2008 05:22:00     Asset Acceptance LLC,    Assignee Sprint,    Po Box 2036,
               Warren MI 48090-2036
8871095     +EDI: SEARS.COM Apr 16 2008 05:22:00     Citibank / Sears*,    P.O. Box 20363,
               Kansas City, MO 64195-0363
8871098     +EDI: COUNTRYWIDE.COM Apr 16 2008 05:22:00      Countrywide Home Lending,
               Attn: Litigation Intake MS;AC-11B,    5220 Vigenes Rd.,    Calabasas, CA 91302-1064
8871097     +EDI: COUNTRYWIDE.COM Apr 16 2008 05:22:00      Countrywide Home Lending,
               450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
8871101      EDI: DISCOVER.COM Apr 16 2008 05:22:00     Discover Financial,    PO Box 15316,
               Wilmington, DE 19850
8882329      EDI: DISCOVER.COM Apr 16 2008 05:22:00     Discover Bank/DFS Services LLC,    PO Box 3025,
               New Albany, OH 43054-3025
8871102     +EDI: DISCOVER.COM Apr 16 2008 05:22:00     Discover Financial*,    PO Box 3025,
               New Albany, OH 43054-3025
8871104     +EDI: FORD.COM Apr 16 2008 05:22:00     Ford Motor Credit Corporation*,
               Ford Credit National Bankruptcy Center,    PO Box 537901,    Livonia, MI 48153-7901
8907048      EDI: IRS.COM Apr 16 2008 05:22:00     Internal Revenue Service,    Insolvency,
               1301 Clay Street, Suite 1400S,    Oakland, CA 94612
8871119      EDI: WTRRNBANK.COM Apr 16 2008 05:23:00     Target (Retailers) National Bank,
               c/o MervynsCredit Services, 48E,    P.O. Box 1334,    Minneapolis, Minnesota 55440-1334
8871120      EDI: WTRRNBANK.COM Apr 16 2008 05:23:00     Target (Retailers) National Bank,
               c/o Target Credit Services,    P.O. Box 1581,    Minneapolis, Minnesota 55440-1581
8871121     +EDI: WFFC.COM Apr 16 2008 05:22:00     Wells Fargo,    PO Box 7648,    Boise, ID 83707-1648
8871122     +EDI: WFFC.COM Apr 16 2008 05:22:00     Wells Fargo Bank,    Po Box 5445,    Portland, OR 97228-5445
8903484     +EDI: WFFC.COM Apr 16 2008 05:22:00     Wells Fargo Bank,    Overdraft Recovery Payment Pro. Dept.,
               A0143-042,    P.O. Box 63491,    San Francisco, Ca 94163-0001
                                                                                              TOTAL: 19
```

# — EXHIBIT A —

```
District/off: 0971-4         User: jkrakue              Page 2 of 2              Date Rcvd: Apr 15, 2008
Case: 07-42520               Form ID: CAODSC7           Total Served: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8987651          Allied Waste Services
8987650          PG&E
8987652          The CBE Group
cr*             +Countrywide Home Loans,Inc.,   1665 Scenic Avenue. Suite 200,   Costa Mesa, CA 92626-1441
8871091*        +Asset Acceptance,    PO Box 2036,    Warren, MI 48090-2036
8897685*        +Pallino Receivables III LLC,   51 JFK Pkwy 1st Floor,   West Short Hills, NJ 07078-2713
8871123*        +Wells Fargo*,    PO Box 7648,    Boise, ID 83707-1648
                                                                                         TOTALS: 3, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2008                    Signature:  *Joseph Speetjens*

# EXHIBIT A

Case: 07-42520    Doc #: 47    Filed: 04/17/2008    Page 4 of 4

United States Bankruptcy Court
Northern District of California

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 08/10/2007 at 01:14 AM and filed on 08/10/2007.

**Lorenzo Balmore Parada**
5128 Canada Hills Drive
Antioch, CA 94531
SSN: xxx-xx-4583

**Perla Leticia Parada**
5128 Canada Hills Drive
Antioch, CA 94531
SSN: xxx-xx-4907



The case was filed by the debtor's attorney:

**Scott E. Turner**
Law Offices of Scott E. Turner
2000 Broadway
Redwood City, CA 94063
(650) 364-2470

The case was assigned case number 07-42520.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet*
home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 1300 Clay Street #300 (94612), Post Office Box 2070, Oakland, CA 94604-2070.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gloria L. Franklin
Clerk, U.S. Bankruptcy Court



PACER Service Center
Transaction Receipt

## — EXHIBIT A —

Case 3:08-cv-00056-WHA    Document 149    Filed 08/01/2008    Page 7 of 7
CANB Live Database - NoticeOfFiling                https://ecf.uscourts.gov/cgi-bin/NoticeOfFiling.pl?331692

| 08/10/2007 01:19:27 | | | |
|---|---|---|---|
| **PACER Login:** | st1505 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 07-42520 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |