1  Lorenzo Parada, Pro Se
   5128 Canada Hills Drive
2  Antioch, CA 94531

3  Defendant, Pro Se
   Making a Special Appearance
4

FILED
08 AUG -1 PM 12: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS, | Case No.: **CV 08-00056 WHA** |
| Plaintiff | |
| | **CERTIFICATE OF SERVICE** |
| EDWIN MAURICIO PARADA DOMINQUEZ, ET AL., | |
| Defendants. | |

The undersigned hereby certifies that a true copy of the *Notice of Discharge in Bankruptcy* and this *Certificate of Service* were served to all parties in interest at the addresses set forth following the undersigned's signature, by first class Mail and/or Electronic Mail, on the date entered below.

July 30, 2008

_____
Lily Shakouri

| Liuzzi, Murphy & Solomon, LLP<br>Att: Michael Hale<br>101 Montgomery Street, 27th floor<br>San Francisco, CA 94104<br>[Hale@LMSLaw.com] | Buchalter Nemer<br>Att: Jason Goldstein<br>18400 Von Karman Ave., Ste 800<br>Irvine, CA 92612-0514<br>[Jgoldstein@buchalter.com] | Shirley Hochhausen, Esq.<br>2117-B University Avenue<br>East Palo Alto, CA 94303 |

ORIGINAL

CERTIFICATE OF SERVICE                                                                 PAGE 1