1   SHARTSIS FRIESE LLP
    JOEL ZELDIN (Bar #51874)
2   SIMONE M. KATZ (Bar #246490)
    One Maritime Plaza, Eighteenth Floor
3   San Francisco, CA  94111
    Telephone:  (415) 421-6500
4   Facsimile:  (415) 421-2922
    Email:  jzeldin@sflaw.com; skatz@sflaw.com
5
    Attorneys for Defendant Commonwealth Land Title
6   Company, successor-in-interest to New Century
    Title Company
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  RICARDO MARCELOS,                    Case No.  CV08-0056 WHA

13              Plaintiff,               **CERTIFICATE OF SERVICE**

14  v.

15  EDWIN MAURICIO PARADA               Judge:        Honorable William H. Alsup
    DOMINGUEZ, GLENDA PARADA,           Trial Date:   October
16  LORENZO PARADA, COUNTRYWIDE         Complaint Filed:    January 4, 2008
    HOME LOANS, ARGENT MORTGAGE
17  COMPANY, LLC, ND FINANCIAL
    SERVICES d/b/a/ PRIMESTAR
18  FINANCIAL SERVICES, SHOAIB
    MAHMUD, COMMONWEALTH LAND
19  TITLE COMPANY, SUCCESSOR-IN-
    INTEREST TO NEW CENTURY TITLE
20  COMPANY, RECONTRUST
    COMPANY, N.A., AND DOES 1 through
21  100,

22              Defendants.

23

24

25

26

27

28

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA  94111

**CERTIFICATE OF SERVICE**

I, NICOLE A. BIGLEY, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On August 7, 2008, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**STIPULATION AND [PROPOSED[ ORDER REGARDING 10-DAY LITIGATION FREEZE**

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ]  by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ]  by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ]  by facsimile transmission on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:  ([ ] by agreement / [ ] not by agreement)

[ ]  by electronically delivering the document(s) listed above on this date from electronic address sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: ([ ] by agreement / [ ] not by agreement)

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 1 -

Case No.
CV08-0056 WHA

CERTIFICATE OF SERVICE

1    Shirley Hochhausen
     Community Legal Services
2    2117-B University Avenue
     East Palo Alto, CA  94303

3

4        I declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct.

6        Executed on August 7, 2008, in San Francisco, California.

7

8                                          /s/ Nicole A. Bigley
                                           NICOLE A. BIGLEY
9

10  5982\004\NBIGLEY\1488117.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.                    CERTIFICATE OF SERVICE
CV08-0056 WHA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111