SHARTSIS FRIESE LLP
JOEL ZELDIN (Bar #51874)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: jzeldin@sflaw.com; skatz@sflaw.com

Attorneys for Defendant Commonwealth Land Title Company, successor-in-interest to New Century Title Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　Defendants. | Case No. CV08-0056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING 10-DAY LITIGATION FREEZE**<br><br>Judge:　　　　Hon. William H. Alsup<br>Trial Date:　　October 20, 2008<br>Complaint Filed:　January 4, 2008 |

Pursuant to the Honorable William H. Alsup's request and based on the proceedings at the August 5, 2008 Settlement Conference before the Honorable Edward M. Chen, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendants Countrywide Home Loans ("Countrywide"), Argent Mortgage Company, LLC ("Argent"), ND Financial Inc. d/b/a Primestar Financial Services, Shoaib Mahmud and Commonwealth Land Title Company, successor-in-interest to New Century Title Company (collectively, "Defendants"), by and through their respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

1. On August 5, 2008, at the parties' Settlement Conference before the Honorable Edward M. Chen, the parties reached a conditional settlement on the record in the above-entitled action.

2. The settlement is conditioned upon Countrywide, within ten (10) days of August 5, 2008, approving of the proposed loan modification to Plaintiff's loan set forth during the Settlement Conference.

3. The settlement is also conditioned upon the Court approving of a ten (10) day litigation freeze, from August 5, 2008.

4. Pursuant to this Court's Case Management Order, (a) the non-expert discovery cut-off date was July 31, 2008; (b) the last day for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof was July 31, 2008; and (c) a jury trial is set to begin on October 20, 2008, at 7:30 a.m.

5. Because of the proposed 10-day litigation freeze, there are certain discovery and other deadlines that will need to extended by a corresponding 10-day period, should the condition regarding approval of the proposed loan modification by Countrywide not be satisfied.

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

1. The parties agree to a 10-day litigation freeze from August 5, 2008.

2. The parties agree to extend the following deadlines:

| EVENT | ORIGINAL DATE | PROPOSED NEW DATE |
|---|---|---|
| Last day to move to compel non-expert discovery | August 11, 2008 | August 21, 2008 |

- 1 -

Case No. CV 08-0056 WHA    STIPULATION AND [PROPOSED] ORDER REGARDING 10-DAY LITIGATION FREEZE

| EVENT | ORIGINAL DATE | PROPOSED NEW DATE |
|---|---|---|
| Last day to disclose responsive expert testimony with full expert reports responsive to opening reports | August 14, 2008 | August 25, 2008 |
| Last day for the opening parties to disclose any reply reports rebutting specific material in opposition reports | August 21, 2008 | September 2, 2008 |
| Last day to respond to Argent and Countrywide's counterclaims | August 21, 2008 | September 2, 2008 |
| Last day to file dispositive motions | August 28, 2008 | September 8, 2008 |
| Expert discovery cut-off | September 4, 2008 | September 15, 2008 |
| Last day to move to compel expert discovery | September 15, 2008 | September 25, 2008 |

3.    Other deadlines remain unchanged, unless the Court orders otherwise.

DATED:    August 6, 2008            SHARTSIS FRIESE LLP


                        By: */s/ Simone M. Katz*
                                SIMONE M. KATZ

                        Attorneys for Defendant
                        COMMONWEALTH LAND TITLE
                        COMPANY, successor-in-interest to NEW
                        CENTURY TITLE COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No. CV 08-0056 WHA    STIPULATION AND [PROPOSED] ORDER REGARDING 10-DAY LITIGATION FREEZE

| | | |
|---|---|---|
| DATED: | August 6, 2008 | LIUZZI, MURPHY & SOLOMON, LLP |

By: */s/ Martin D. Murphy*
MARTIN D. MURPHY

Attorneys for Plaintiff
RICARDO MARCELOS

| | | |
|---|---|---|
| DATED: | August 6, 2008 | BUCHALTER NEMER |

By: */s/ David M. Liu*
DAVID M. LIU

Attorneys for Defendants
COUNTRYWIDE HOME LOANS AND
ARGENT MORTGAGE COMPANY, LLC

| | | |
|---|---|---|
| DATED: | August 6, 2008 | LAW OFFICE OF STEVEN ROOD |

By: */s/ Steven Rood*
STEVEN ROOD

Attorneys for Defendants
ND FINANCIAL INC. d/b/a/ PRIMESTAR
FINANCIAL SERVICES AND SHOAIB
MAHMUD

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

**ECF CERTIFICATION**

I, SIMONE M. KATZ, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING 10-DAY LITIGATION FREEZE. In compliance with General Order 45.X.B, I hereby attest that Martin D. Murphy, David M. Liu and Steven Rood have concurred in this filing.

DATED: August 6, 2008  SHARTSIS FRIESE LLP

By: */s/ Simone M. Katz*
SIMONE M. KATZ

Attorneys for Defendant
COMMONWEALTH LAND TITLE COMPANY, successor-in-interest to NEW CENTURY TITLE COMPANY

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 4 -
Case No. CV 08-0056 WHA   STIPULATION AND [PROPOSED] ORDER REGARDING 10-DAY LITIGATION FREEZE

# ORDER

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that the above-entitled action shall have a 10-day litigation freeze from August 5, 2008, pending Countrywide's approval of the modification of Plaintiff's loan at issue in this matter. The deadlines set forth above are accordingly reset.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

Date: August 7, 2008

_____
HONORABLE WILLIAM H. ALSUP

5982\004\SKATZ\1527547.1