1  Sanford Shatz (SBN: 127229)
   David A. Brooks (SBN: 179716)
2  5220 Las Virgenes Road, MS: AC-11
   Calabasas, California 91302
3  Telephone:  (818) 871-6073
   Facsimile:   (818) 871-4669
4  *David_Brooks@Countrywide.com*

5  Attorneys for Defendants
   Countrywide Home Loans, Inc., and
6  Recontrust Company, N.A.

7  BUCHALTER NEMER
   A Professional Corporation
8  Jason E. Goldstein (SBN: 207481)
   David M. Liu (SBN: 216311)
9  18400 Von Karman Avenue, Suite 800
   Irvine, California 92612-0514
10 Telephone:  (949) 760-1121
   Facsimile:   (949) 720-0182
11 *jgoldstein@buchalter.com*
   *dliu@buchalter.com*
12
   Attorneys for Defendants
13 Argent Mortgage Company, LLC and
   Countrywide Home Loans, Inc.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>        Defendants. | Case No.:  CV 08-00056 WHA<br><br>**NOTICE OF SETTLEMENT** |

1  Defendant and counterclaimant Argent Mortgage Company, LLC ("Argent") and
2  defendant and counterclaimant Countrywide Home Loans, Inc. ("Countrywide"), hereby provides
3  its Notice of Settlement that all of the parties are working towards finalizing the terms of the
4  settlement as reached at the Mandatory Settlement Conference held on August 5, 2008.
5  Countrywide and plaintiff Ricardo Marcelos ("Marcelos") have agreed on loan modification
6  terms. Argent and Marcelos and Argent and Commonwealth Land Title have agreed on
7  settlement terms. Argent and Primestar have agreed on a settlement conditioned on performance
8  within the next few months.

9  DATED: August 18, 2008           BUCHALTER NEMER
                                     A Professional Corporation
10

11                                   By:      /s/ David M. Liu
                                     DAVID M. LIU
12                                   Attorneys for Defendants
                                     ARGENT MORTGAGE COMPANY, LLC and
13                                   COUNTRYWIDE HOME LOANS, INC.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.