LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
martin@lmslaw.com
Michael E. Hale (SBN 245378)
hale@lmslaw.com
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
S_hochhausen@hotmail.com
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>    Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, AND VIKI RAAB**<br>**Fed. R. Civ. P. 41(a)(2)** |

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendants Argent Mortgage Company, LLC ("Argent"), and Commonwealth Land Title Company, successor-in-interest to New Century Title Company

---
Page 1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMMONWEALTH LAND TITLE COMPANY
AND VIKI RAAB WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(2)

("Commonwealth"), by and through their respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

1. On January 4, 2008, Plaintiff filed his original Complaint ("Complaint") against Commonwealth and Raab, among other defendants.

2. On April 25, 2008, Plaintiff dismissed Raab from the action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

3. On May 12, 2008, Plaintiff filed his First Amended Complaint ("FAC") in the above-entitled action against Commonwealth, among other defendants.

4. On July 28, 2008, Commonwealth filed its Answer to the FAC.

5. On July 28, 2008, Argent filed its Answer to the FAC and also filed its counterclaims against Commonwealth, among other counter-defendants (the "Argent Counterclaims").

6. On August 5, 2008, at the parties' Settlement Conference before the Honorable Edward M. Chen, the parties reached a conditional settlement on the record in the above-entitled action.

7. On August 15, 2008, Countrywide Home Loans ("Countrywide") approved of the proposed loan modification to Plaintiff's loan set forth during the Settlement Conference.

8. On September 9, 2008, the parties entered into a fully executed Settlement Agreement and Mutual Release ("Settlement Agreement").

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

1. Commonwealth is dismissed from the action (including the Argent Counterclaims) with prejudice, each party to bear their own fees and costs.

2. Because Plaintiff had previously dismissed Raab without prejudice from this action, Raab is now dismissed from the action with prejudice, each party to bear their own fees and costs.

DATED: September 16, 2008　　　　　LIUZZI, MURPHY & SOLOMON, LLP

By: _____
MICHAEL E. HALE
Attorneys for Plaintiff
RICARDO MARCELOS

---

Page 2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMMONWEALTH LAND TITLE COMPANY
AND VIKI RAAB WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(2)

| | | | |
|---|---|---|---|
| 1 | DATED: | September 16, 2008 | BUCHALTER NEMER |
| 2 | | | |
| 3 | | | By: /s/ David M. Liu |
| 4 | | | DAVID M. LIU |
| | | | Attorneys for Defendants |
| 5 | | | COUNTRYWIDE HOME LOANS AND ARGENT MORTGAGE COMPANY, LLC |
| 6 | | | |
| 7 | DATED: | September 16, 2008 | SHARTSIS FRIESE LLP |
| 8 | | | |
| 9 | | | By: /s/ Simone M. Katz |
| | | | SIMONE M. KATZ |
| 10 | | | Attorneys for Defendant |
| 11 | | | COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY |

# ORDER

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that Commonwealth Land Title Company, successor-in-interest to New Century Title Company, is dismissed from the action (including the Argent Counterclaims) with prejudice, each party to bear their own fees and costs, and Viki Raab is dismissed from the action with prejudice, each party to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 24, 2008

_____
HONORABLE WILLIAM H. ALSUP

*IT IS SO ORDERED*
*Judge William Alsup*