IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARCELOS,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., and DOES 1 through 100,<br><br>Defendants.<br>_____/ | No. C 08-00056 WHA<br><br>**ORDER FOR RESPONSE** |

On September 24, 2008, the Court filed a stipulation and order dismissing with prejudice the claims against defendants Commonwealth Land Title Company, successor-in-interest to New Century Title Company ("Commonwealth"), and Raab pursuant to the parties' settlement agreement. The stipulation and order indicated that Countrywide Home Loans had approved the loan modification to plaintiff's loan proposed in the settlement.

The Court had previously entered a preliminary injunction in favor of plaintiff, dated February 26, 2008, enjoining defendant Countrywide, and the agents for Countrywide, from foreclosing on Mr. Marcelos' home pending resolution of this action.

1   On September 24, 2008, plaintiff filed a proposed order for release of bond and monies
2  paid by plaintiff pursuant to the preliminary injunction (referred to by plaintiff as a temporary
3  restraining order). The Court hereby orders defendant Countrywide to respond to the filing and
4  indicate whether it opposes the return of the bond and monies referenced in plaintiff's proposed
5  order.

**IT IS SO ORDERED.**

Dated: September 26, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2