LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
martin@lmslaw.com
Michael E. Hale (SBN 245378)
hale@lmslaw.com
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
S_hochhausen@hotmail.com
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>    Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>    Defendants. | Case No.: 08-00056 WHA<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF ARGENT MORTGAGE COMPANY, LLC<br><br>Fed. R. Civ. P. 41(a)(2) |

Page 1
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF ARGENT MORTGAGE COMPANY, LLC PURSUANT TO Fed. R. Civ. P. 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendant Argent Mortgage Company, LLC ("Argent"), by and through their respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

1. On January 4, 2008, Plaintiff filed his original Complaint ("Complaint") against Argent, among other defendants.
2. On May 12, 2008, Plaintiff filed his First Amended Complaint ("FAC") in the above-entitled First Amended Complaint against Argent, among other defendants.
3. On July 28, 2008, Argent filed its Answer to the FAC and Argent also filed counterclaims against Commonwealth, among other counterclaim defendants.
4. On August 5, 2008, at the parties' Settlement Conference before the Honorable Edward M. Chen, the parties reached a conditional settlement on the record in this action.
5. On September 9, 2008, the parties entered into a fully executed Settlement Agreement and Mutual Release ("Settlement Agreement").

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

1. Argent is dismissed from the First Amended Complaint, with prejudice, each party to bear their own fees and costs.

DATED: September 24, 2008        LIUZZI, MURPHY & SOLOMON, LLP

By: _____
MICHAEL E. HALE
Attorneys for Plaintiff
RICARDO MARCELOS

DATED: September 24, 2008        BUCHALTER NEMER

By: /s/ David M. Liu
DAVID M. LIU
Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

### ORDER

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that Argent Mortgage Company, LLC be dismissed from the First Amended Complaint, with prejudice, each party to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: September 26, 2008



_____
HONORABLE WILLIAM H. ALSUP