IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO MARCELOS,

    Plaintiff,

v.

EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PA, VIKI RABB, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, PRIMESTAR FINANCIAL SERVICES,, SHOAIB MAHMUD, FINANCIAL TITLE COMPANY, NEW CENTURY TITLE COMPANY, RECONSTRUCT COMPANY, NA., AND DOES 1 THROUGH 100,

    Defendants.

No. C 08-00056 WHA

**ORDER RE STIPULATION VACATING TRIAL DATE**

The Court has received the stipulation and proposed order vacating the trial date. As to all defendants who have not settled out, the case should be ready for trial. Any defaults should have already been taken long ago. The Court will hold the final pretrial conference on Tuesday, October 14 at 2:00 p.m. All parties still in the case should attend and be prepared for trial on October 20 but the Court will consider the possibility of a continuance after hearing argument on October 14.

**IT IS SO ORDERED.**

Dated: October 7, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE