A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 10, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Oct 10, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION**

Ricardo Marcelos v. Edwin Mauricio Parada Dominguez,
et al., N.D. California, C.A. No. 3:08-56

MDL No. 1715

**ORDER DEEMING MOTION WITHDRAWN**

Before the Panel is a motion by defendants Argent Mortgage Company, LLC, and Countrywide Home Loans to transfer this action (*Marcelos*) to the Northern District of Illinois, pursuant to 28 U.S.C. § 1407, for inclusion in the coordinated or consolidated pretrial proceedings being conducted by the Honorable Marvin E. Aspen. Defendants have now notified the Panel that it withdraws its Section 1407 motion to transfer *Marcelos*.

IT IS THEREFORE ORDERED that the defendants motion for transfer of this action under 28 U.S.C. § 1407 is hereby DEEMED WITHDRAWN.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel