Sanford Shatz (SBN: 127229)
David A. Brooks (SBN: 179716)
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6073
Facsimile: (818) 871-4669
*David_Brooks@Countrywide.com*

Attorneys for Defendants
Countrywide Home Loans, Inc., and
Recontrust Company, N.A.

BUCHALTER NEMER
A Professional Corporation
Jason E. Goldstein (SBN: 207481)
David M. Liu (SBN: 216311)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
*jgoldstein@buchalter.com*
*dliu@buchalter.com*

Attorneys for Defendants
Argent Mortgage Company, LLC and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>                    Plaintiff,<br><br>          v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; PRIMESTAR FINANCIAL SERVICES; SHOAIB MAHMUD; FINANCIAL TITLE COMPANY; NEW CENTURY TITLE COMPANY; RECONSTRUCT COMPANY, N.A.; AND DOES 1 THROUGH 100,<br><br>                    Defendants. | Case No.: CV 08-00056 WHA<br><br>COUNTRYWIDE'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM ACTION AGAINST COUNTERCLAIM DEFENDANTS EDWIN PARADA, GLENDA PARADA AND LORENZO PARADA |

COUNTRYWIDE HOME LOANS, INC.,

              Counterclaimant,

     vs.

EDWIN MAURICIO PARADA
DOMINGUEZ, GLENDA PARADA and
LORENZO PARADA, and ROES 1-50,

              Counterdefendants.

      Pursuant to Rule 41(a)(1)(A)(i) and Rule 41(c) of the Federal Rules of Civil Procedure, defendant and counterclaimant Countrywide Home Loans, Inc. ("Countrywide") voluntarily dismisses, without prejudice, its counterclaim action against counterclaim defendants Edwin Mauricio Parada Dominguez, Glenda Parada and Lorenzo Parada, who have yet to be served or appear in this action.

DATED: October 10, 2008

                    BUCHALTER NEMER
                    A Professional Corporation

                    By: _____/s/ Jason E. Goldstein_____
                        JASON E. GOLDSTEIN
                        Attorneys for Defendants
                        ARGENT MORTGAGE COMPANY, LLC and
                        COUNTRYWIDE HOME LOANS, INC.

1

**ORDER**

2

    THE COURT, having considered the foregoing notice of dismissal,

3

IT IS HEREBY ORDERED:

4

5

    Countrywide's counterclaim action against counterclaim defendants Edwin Mauricio

6

Parada Dominguez, Glenda Parada and Lorenzo Parada, is hereby dismissed without prejudice.

7

8

    IT IS SO ORDERED.

9

DATED:  October __15__, 2008

10

11

_____
THE HONORABLE WILLIAM ALSUP,
JUDGE OF THE UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE