BUCHALTER NEMER
A Professional Corporation
Jason E. Goldstein (SBN: 207481)
David M. Liu (SBN: 216311)
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
*jgoldstein@buchalter.com*
*dliu@buchalter.com*

Attorneys for Defendants and Counterclaimants
Argent Mortgage Company, LLC and
Countrywide Home Loans, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ; GLENDA PARADA; LORENZO PARADA; VIKI RAAB; COUNTRYWIDE HOME LOANS; ARGENT MORTGAGE COMPANY, LLC; ND FINANCIAL SERVICES d/b/a PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　Defendants. | Case No. CV 08-00056 WHA<br><br>ARGENT MORTGAGE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIMS AGAINST COUNTERCLAIM DEFENDANTS EDWIN PARADA, GLENDA PARADA AND LORENZO PARADA |
| ARGENT MORTGAGE COMPANY, LLC,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COMMONWEALTH LAND TITLE COMPANY, successor-in-interest to NEW | |

BN 2332735v1　　　　　　　　　　1

ARGENT'S NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM AGAINST
COUNTERCLAIM DEFENDANTS EDWIN PARADA, GLENDA PARADA AND LORENZO PARADA

CENTURY TITLE COMPANY, and N D FINANCIAL, INC., doing business as, PRIMESTAR FINANCIAL SERVICES, and ZOES 1-50,

        Counterdefendants.

Pursuant to Rule 41(a)(1)(A)(i) and Rule 41(c) of the Federal Rules of Civil Procedure, defendant and counterclaimant Argent Mortgage Company, LLC, voluntarily dismisses, without prejudice, its counterclaims against counterclaim defendants Edwin Mauricio Parada Dominguez, Glenda Parada and Lorenzo Parada, who have yet to be served or appear in this action.

DATED: October 10, 2008        BUCHALTER NEMER
                                           A Professional Corporation

                                           By:       /s/ Jason E. Goldstein
                                                  JASON E. GOLDSTEIN
                                                  Attorneys for Defendants
                                                  ARGENT MORTGAGE COMPANY, LLC and
                                                  COUNTRYWIDE HOME LOANS, INC.

BN 2332735v1

2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

ARGENT'S NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM AGAINST COUNTERCLAIM DEFENDANTS EDWIN PARADA, GLENDA PARADA AND LORENZO PARADA

## ORDER

THE COURT, having considered the foregoing notice of dismissal,

IT IS HEREBY ORDERED:

Argent's counterclaims against counterclaim defendants Edwin Mauricio Parada Dominguez, Glenda Parada, Lorenzo Parada, are hereby dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 15, 2008

_____
THE HONORABLE WILLIAM ALSUP,
JUDGE OF THE UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge William Alsup*

BN 2332735v1

3

ARGENT'S NOTICE OF DISMISSAL, WITHOUT PREJUDICE, OF ITS COUNTERCLAIM AGAINST COUNTERCLAIM DEFENDANTS EDWIN PARADA, GLENDA PARADA AND LORENZO PARADA

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES