LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
martin@lmslaw.com
Michael E. Hale (SBN 245378)
hale@lmslaw.com
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
S_hochhausen@hotmail.com
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL SERVICES d/b/a/ PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, COMMONWEALTH LAND TITLE COMPANY, SUCCESSOR-IN-INTEREST TO NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A., AND DOES 1 through 100,<br><br>　　　　　Defendants. | Case No.: 08-00056 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTRYWIDE HOME LOANS, INC., AND RECONTRUST COMPANY, N.A.**<br><br>**Fed. R. Civ. P. 41(a)(2)** |

2312391_1.DOC

_____
Page 1
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTRYWIDE AND
RECONTRUST PURSUANT TO Fed. R. Civ. P. 41(a)(2)

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Ricardo Marcelos ("Plaintiff") and Defendants Countrywide Home Loans, Inc. ("Countrywide") and Recontrust Company, N.A., by and through their respective counsel, all subject to the approval of this Court, hereby stipulate and agree as follows:

1. On January 4, 2008, Plaintiff filed his original Complaint ("Complaint") against Countrywide and Recontrust, among other defendants.
2. On February 13, 2008, this Court signed an order that Recontrust was not required to participate in the action because it was sued solely as the trustee for Plaintiff's deed of trust and agreed to be bound by any order or judgment of the Court.
3. On May 12, 2008, Plaintiff filed his First Amended Complaint ("FAC") in the above-entitled First Amended Complaint against Countrywide and Recontrust.
4. On July 28, 2008, Countrywide filed its Answer to the FAC and Countrywide also filed counterclaims against Edwin Parada, Glenda Parada and Lorenzo Parada.
5. On August 5, 2008, at the parties' Settlement Conference before the Honorable Edward M. Chen, the parties reached a conditional settlement on the record in this action.
6. On September 9, 2008, the parties entered into a fully executed Settlement Agreement and Mutual Release ("Settlement Agreement").

Now therefore, based upon the foregoing, the parties hereto stipulate as follows:

1. Countrywide and Recontrust are dismissed from the First Amended Complaint, with prejudice, each party to bear their own fees and costs.

DATED: October 3, 2008  LIUZZI, MURPHY & SOLOMON, LLP

By: /s/ Martin D. Murphy
      MARTIN D. MURPHY

Attorneys for Plaintiff
RICARDO MARCELOS

DATED: October 3, 2008  BUCHALTER NEMER

By: /s/ Jason E. Goldstein
      JASON E. GOLDSTEIN

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
AND RECONTRUST COMPANY, N.A.

2312391_1.DOC

Page 2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF COUNTRYWIDE AND RECONTRUST PURSUANT TO Fed. R. Civ. P. 41(a)(2)

# ORDER

Having read the foregoing stipulation of the Parties, and good cause appearing therefore, it is hereby ordered that Countrywide Home Loans, Inc., and Recontrust Company, N.A. be dismissed from the First Amended Complaint, with prejudice, each party to bear their own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 14, 2008

*IT IS SO ORDERED*
*/s/ William Alsup*
*Judge William Alsup*

_____
HONORABLE WILLIAM H. ALSUP

2312391_1.DOC