LIUZZI, MURPHY & SOLOMON, LLP
Martin D. Murphy (SBN 164669)
Michael E. Hale (SBN 245378)
101 Montgomery St., 27th Floor
San Francisco, CA, 94104
T: (415) 543-5050
F: (415) 543-3550
martin@lmslaw.com
hale@lmslaw.com

COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
Shirley Hochhausen (SBN 145619)
2117(b) University Avenue
East Palo Alto, CA 94303
T: (650) 326-6440
s_hochhausen@hotmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO MARCELOS,<br>     Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO PARADA DOMINGUEZ, GLENDA PARADA, LORENZO PARADA, COUNTRYWIDE HOME LOANS, ARGENT MORTGAGE COMPANY, LLC, ND FINANCIAL dba PRIMESTAR FINANCIAL SERVICES, SHOAIB MAHMUD, NEW CENTURY TITLE COMPANY, RECONTRUST COMPANY, N.A.<br><br>AND DOES 1 through 100,<br>     Defendants. | Case No.: 08-00056 WHA<br><br>[PROPOSED] ORDER FOR RELEASE OF BOND AND MONIES PAID PURSUANT TO TEMPORARY RESTRAINING ORDER<br><br>Judge: Honorable William H. Alsup |

  Plaintiff RICARDO MARCELOS, having settled this matter with COUNTRYWIDE HOME LOANS, INC. individually and on behalf of RECONTRUST COMPANY N.A., the parties against whom a Temporary Restraining Order was granted on February 28, 2008, for which a $5,000.00 bond

1

was ordered to be deposited with the Court, and for which a monthly sum of $1,900.00 was to be deposited in a separate trust account held by plaintiff's counsel, pursuant to the settlement agreement between these parties, hereby requests the Court order:

1. the immediate release to plaintiff by and through his counsel of record of said $5,000.00 bond;
2. the immediate release to plaintiff by and through his counsel of record of monies paid to date into the trust account pursuant to the Temporary Restraining Order, which total $11,400.00.

**IT IS SO ORDERED,**

Date: October 14, 2008



_____
Judge William H. Alsup

---

[PROPOSED] ORDER FOR RELEASE OF BOND AND MONIES PAID PURSUANT TO TEMPORARY RESTRAINING ORDER