1 | LIUZZI, MURPHY & SOLOMON, LLP
2 | Martin D. Murphy (SBN 164669)
  | Michael E. Hale (SBN 245378)
3 | 101 Montgomery St., 27th Floor
  | San Francisco, CA, 94104
4 | T: (415) 543-5050
  | F: (415) 543-3550
5 |
6 | COMMUNITY LEGAL SERVICES IN EAST PALO ALTO
  | Shirley Hochhausen (SBN 145619)
7 | 2117(b) University Avenue
  | East Palo Alto, CA 94303
8 | T: (650) 326-6440
9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT – SAN FRANCISCO DIVISION

| RICARDO MARCELOS, | ) Case No.: 08-00056 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR** |
|  | ) **DISMISSAL OF SHOIAB MAHMUD AND ND** |
| EDWIN MAURICIO PARADA DOMINGUEZ, | ) **FINANCIAL SERVICES, INC. d/b/a** |
| GLENDA PARADA, LORENZO PARADA, | ) **PRIMESTAR FINANCIAL SERVICES** |
| VIKI RAAB, COUNTRYWIDE HOME | ) |
| LOANS, ARGENT MORTGAGE COMPANY, | ) **Fed. Rule of Civ. Proc. 41(a)(1)(A)(ii)** |
| LLC, PRIMESTAR FINANCIAL SERVICES, | ) |
| SHOAIB MAHMUD, FINANCIAL TITLE | ) |
| COMPANY, NEW CENTURY TITLE | ) |
| COMPANY, RECONTRUST COMPANY, N.A. | ) |
|  | ) |
| AND DOES 1 through 100, | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties, by and through their undersigned attorneys, that plaintiff's complaint, in its entirety, shall be dismissed with prejudice and on the merits but without costs or attorney fees to either party, and that judgment of dismissal with prejudice and on the merits may be entered hereon pursuant hereto without further notice. This dismissal is voluntary and based upon SHOAIB MAHMUD and ND FINANCIAL SERVICES, INC. d/b/a PRIMESTAR

1  FINANCIAL SERVICES full compliance with the terms of the settlement agreement, namely timely
2  payment of $35,000.00 to plaintiff and his attorneys of record.
3  Dated: January 14, 2009                                LIUZZI, MURPHY & SOLOMON, LLP
4                                                         By: /signature/
5                                                         Michael E. Hale
                                                          Attorney for Plaintiff
6
7  Dated: January ____, 2009                              SHARTSIS FRIESE LLP
8
                                                          By: _____
9                                                         Simone M. Katz
                                                          Attorney for defendants
10                                                        New Century Title Co. and Viki Raab
11
12 Dated: January 14, 2009                                LAW OFFICES OF STEVEN ROOD
13
                                                          By: /s/ Steven J. Rood
14                                                        Steven J. Rood
                                                          Attorney for defendants Shoaib Mahmud
15                                                        ND Financial Services, Inc. d/b/a
                                                          Primestar Financial Services
16
17
   Dated: January 14, 2009                                BUCHALTER NEMER
18
19                                                        By: /s/ David M. Liu
                                                          David M. Liu
20                                                        Attorney for defendants
                                                          Argent Mortgage Co. and Countrywide
21
22 IT IS SO ORDERED:
23     Based on the above, defendant ND FINANCIAL SERVICES, INC. d/b/a PRIMESTAR
24 FINANCIAL SERVICES is dismissed, with prejudice, from plaintiff's entire action, each party to
25 bear its fees and costs.
26
27 Dated: January ____, 2009                              _____
                                                          Honorable William H. Alsup
28                                                        United States District Judge

FINANCIAL SERVICES full compliance with the terms of the settlement agreement, namely timely payment of $35,000.00 to plaintiff and his attorneys of record.

Dated: January ____, 2009

LIUZZI, MURPHY & SOLOMON, LLP

By: _____
Michael E. Hale
Attorney for Plaintiff

Dated: January 8, 2009

SHARTSIS FRIESE LLP

By: _____
Simone M. Katz
Attorney for defendants
New Century Title Co. and Viki Raab

Dated: January ____, 2009

LAW OFFICES OF STEVEN ROOD

By: _____
Steven J. Rood
Attorney for defendants Shoaib Mahmud
ND Financial Services, Inc. d/b/a
Primestar Financial Services

Dated: January ____, 2009

BUCHALTER NEMER

By: _____
David M. Liu
Attorney for defendants
Argent Mortgage Co. and Countrywide

IT IS SO ORDERED:

Based on the above, defendant ND FINANCIAL SERVICES, INC. d/b/a PRIMESTAR FINANCIAL SERVICES is dismissed, with prejudice, from plaintiff's entire action, each party to bear its fees and costs.

Dated: January 16, 2009

IT IS SO ORDERED
Judge William Alsup

_____
Honorable William H. Alsup
United States District Judge